FILED
CLERK, U.S. DISTRICT COURT

**1/11/24**

CENTRAL DISTRICT OF CALIFORNIA
BY: ____**CS**____ DEPUTY

Victoria Tenisha Shanae Dillihunt (Full Name)

dillihuntvictoria@yahoo.com ____(Email Address)

Homeless this is old address

12035 S Broadway # K ____(Address Line 1)

Los Angeles CA, 90061 ____(Address Line 2)

No Phone ____(Phone Number)

Plaintiff in Pro Per

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

CV24-361-HDV(SSCx)

Victoria Tenisha Shanae Dillihunt
_____,

Plaintiff,

vs.

National Medical Enterprises Inc
_____

Temmler Pharma GmbH
_____

Rose Motel
_____

Edward Lynn Brown Apartments

Defendant(s).

**Case No.**: _____
(To be supplied by the Clerk)

**Civil Rights Complaint Pursuant to 42 U.S.C. § 1983 (non-prisoners)**

**Jury Trial Demanded**: ☒Yes ☐ No

(*All paragraphs and pages must be numbered.*)

## I. JURISDICTION

1. This court has jurisdiction under 28 U.S.C. § 1331 and 28 U.S.C. § 1343.
Federal question jurisdiction arises pursuant to 42 U.S.C. § 1983.

## II. VENUE

2. Venue is proper pursuant to 28 U.S.C. § 1391 because ____The situation took____ place in County of plaintiff's residence
_____

_____

1
_____
Page Number

**Congressional Record--Appendix, pp. A34-A35**
**Current Communist Goals**

EXTENSION OF REMARKS OF HON. A. S. HERLONG, JR. OF FLORIDA
IN THE HOUSE OF REPRESENTATIVES
Thursday, January 10, 1963

*Mr. HERLONG.* Mr. Speaker, Mrs. Patricia Nordman of De Land, Fla., is an ardent and articulate opponent of communism, and until recently published the De Land Courier, which she dedicated to the purpose of alerting the public to the dangers of communism in America.

At Mrs. Nordman's request, I include in the RECORD, under unanimous consent, the following "Current Communist Goals," which she identifies as an excerpt from "The Naked Communist," by Cleon Skousen:

## CURRENT COMMUNIST GOALS

1. U.S. acceptance of coexistence as the only alternative to atomic war.

2. U.S. willingness to capitulate in preference to engaging in atomic war.

3. Develop the illusion that total disarmament [by] the United States would be a demonstration of moral strength.

4. Permit free trade between all nations regardless of Communist affiliation and regardless of whether or not items could be used for war.

5. Extension of long-term loans to Russia and Soviet satellites.

6. Provide American aid to all nations regardless of Communist domination.

7. Grant recognition of Red China. Admission of Red China to the U.N.

8. Set up East and West Germany as separate states in spite of Khrushchev's promise in 1955 to settle the German question by free elections under supervision of the U.N.

9. Prolong the conferences to ban atomic tests because the United States has agreed to suspend tests as long as negotiations are in progress.

10. Allow all Soviet satellites individual representation in the U.N.

11. Promote the U.N. as the only hope for mankind. If its charter is rewritten, demand that it be set up as a one-world government with its own independent armed forces. (Some Communist leaders believe the world can be taken over as easily by the U.N. as by Moscow. Sometimes these two centers compete with each other as they are now doing in the Congo.)

12. Resist any attempt to outlaw the Communist Party.

13. Do away with all loyalty oaths.

14. Continue giving Russia access to the U.S. Patent Office.

15. Capture one or both of the political parties in the United States.

16. Use technical decisions of the courts to weaken basic American institutions by claiming their activities violate civil rights.

17. Get control of the schools. Use them as transmission belts for socialism and current Communist propaganda. Soften the curriculum. Get control of teachers' associations. Put the party line in textbooks.

18. Gain control of all student newspapers.

19. Use student riots to foment public protests against programs or organizations which are under Communist attack.

20. Infiltrate the press. Get control of book-review assignments, editorial writing, and policymaking positions.



21. Gain control of key positions in radio, TV, and motion pictures.

22. Continue discrediting American culture by degrading all forms of artistic expression. An American Communist cell was told to "eliminate all good sculpture from parks and buildings, substitute shapeless, awkward and meaningless forms."

23. Control art critics and directors of art museums. "Our plan is to promote ugliness, repulsive, meaningless art."

24. Eliminate all laws governing obscenity by calling them "censorship" and a violation of free speech and free press.

25. Break down cultural standards of morality by promoting pornography and obscenity in books, magazines, motion pictures, radio, and TV.

26. Present homosexuality, degeneracy and promiscuity as "normal, natural, and healthy."

27. Infiltrate the churches and replace revealed religion with "social" religion. Discredit the Bible and emphasize the need for intellectual maturity which does not need a "religious crutch."

28. Eliminate prayer or any phase of religious expression in the schools on the ground that it violates the principle of "separation of church and state." (Remember these goals were published to expose them in 1958) Coincidence?

29. Discredit the American Constitution by calling it inadequate, old-fashioned, out of step with modern needs, a hindrance to cooperation between nations on a worldwide basis.

30. Discredit the American Founding Fathers. Present them as selfish aristocrats who had no concern for the "common man."

31. Belittle all forms of American culture and discourage the teaching of American history on the ground that it was only a minor part of the "big picture." Give more emphasis to Russian history since the Communists took over.

32. Support any socialist movement to give centralized control over any part of the culture--education, social agencies, welfare programs, mental health clinics, etc.

33. Eliminate all laws or procedures, which interfere with the operation of the Communist apparatus.

34. Eliminate the House Committee on Un-American Activities.

35. Discredit and eventually dismantle the FBI.

36. Infiltrate and gain control of more unions.

37. Infiltrate and gain control of big business.

38. Transfer some of the powers of arrest from the police to social agencies. Treat all behavioral problems as psychiatric disorders which no one but psychiatrists can understand [or treat].

39. Dominate the psychiatric profession and use mental health laws as a means of gaining coercive control over those who oppose Communist goals.

40. Discredit the family as an institution. Encourage promiscuity and easy divorce.

41. Emphasize the need to raise children away from the negative influence of parents. Attribute prejudices, mental blocks and retarding of children to suppressive influence of parents.

42. Create the impression that violence and insurrection are legitimate aspects of the American tradition; that students and special-interest groups should rise up and use ["] united force ["] to solve economic, political or social problems.

43. Overthrow all colonial governments before native populations are ready for self-government.

44. Internationalize the Panama Canal.

45. Repeal the Connally reservation so the United States cannot prevent the World Court from seizing jurisdiction [over domestic problems. Give the World Court jurisdiction] over nations and individuals alike.



## III. PARTIES

3.    Plaintiff __Victoria Dillihunt_____resides at:
*(your full name)*

__12035 S. Broadway # K_____

__Los Angeles CA, 90061_____.
*(your address)*

*(You should specifically identify each Defendant you intend to sue in a separate, numbered paragraph.)*

4. Defendant __National Medical Enterprises Inc_____ works at
*(full name of Defendant)*

__10750 Columbia Pike Silver Spring, Maryland 20901_____.
*(Defendant's place of work)*

Defendant's title or position is __SAUM SUTARIA (DIRECTOR)_____.
*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity                    ☒ official capacity

This Defendant was acting under color of law because: __defendant is a part of the charades of witchcraft.__ Defendant is now called Tenet Healthcare. Defendant owned Dominguez Hospital where I was born and been in scandals.

5. Defendant __Temmler Pharma GmbH & Co. KG_____ works at
*(full name of Defendant)*

__Temmlerstraße 2, 35039 Marburg, Germany_____.
*(Defendant's place of work)*

Defendant's title or position is __DIRECTOR:Matthias Utrata_____.
*(Defendant's title or position at place of work)*
.

This Defendant is sued in his/her (check one or both):

☐ individual capacity                    ☒ official capacity

This Defendant was acting under color of law because: __defendant is a part of the charades of witchcraft.__ Ex: defendant is RESPONSIBLE for the pill PERVITIN This pill is what the Nazis used while under the dictatorship of HITLER in order to stay alert. The pill was used for war purposes. After that a chemist made amphetamine and then a Japanese Chemist made Meth. is a form of chemical warfare that has been used for racketeering purposes in order for the Elites to embezzle the citizens out of money, take away their families, and fraudulently label the people for becoming addicted to a drug that was given to them as a method of GENOCIDE which is premeditated murder, blackmail, frame up, etc(R.I.C.O) here is the seed of the issue!

**4**
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

11/25/23, 5:15 PM
Case 2:24-cv-00361-HDV-SSC    Document 1    Filed 01/11/24    Page 5 of 224    Page ID #:5
List of mayors of Compton, California

RU    DE    ES    FR

## ACADEMIC

*Academic Dictionaries and Encyclopedias*

| Enter text to search in dictionaries and encyclopedias | Search! |

Wikipedia

**Interpretations**

<u>Wikipedia</u>

# List of mayors of Compton, California

List of mayors of Compton, California

This is a **list of** <u>Mayors</u> of <u>Compton, California</u>.

## Mayors

| Mayor | Term | Party |
|---|---|---|
| C. A. Dickison | 1924–1933 | Republican |
| C. S. Smith | 1933–1936 | Democratic |
| A. Leroy Aylmer | 1936–1941? | Republican |
| Roy W. Tarleton | 1945–1946? | Republican |
| Milton Andrew | 1946?–1946 | |
| Monte Snavely | 1946–1946 | Democratic |
| Harry T. Laugharn | 1946–1953 | |
| Frank G. Bussing | 1953–1957 | Republican |
| Del M. Clawson | 1957–1963 | Republican |
| Chester R. Crain | 1963–1969 | Democratic |
| Douglas Dollarhide | 1969–1973 | Democratic |
| Doris A. Davis | 1973–1977 | Democratic |
| Lionel Cade | 1977–1981 | Democratic |
| Walter R. Tucker, Jr. | 1981–1990 | Democratic |
| Walter R. Tucker III | 1991–1992 | Democratic |
| Omar Bradley | 1993–2001 | |
| Eric J. Perrodin | 2001–Present | |

## Mayoral races

(winners are in **bold**)

### Contents

- 1 Mayors
- 2 Mayoral races

← I was born August 26, 1989 @ Dominguez Hospital during the time Walter R. Tucker Jr was the Mayor of Compton. He died in 1990 after I was born and they did not fill the Mayor position until about 6 months to 1 year later. I used to live on Tucker/ LongBeach Blvd @ the Uptown Apts (sounds like Uptown Records LOL!) and I lived on Tucker/McDivitt which is 1 block away from Willow St & two blocks from Rose St in Compton (Oh the Irony) By Time Witchcraft !!!



| Year | Candidate 1 | Candidate 2 |
|---|---|---|
| 2005 | **Eric J. Perrodin** 3,548 | Cecil W. Rhambo, Jr. 1,204 |
| 2001 | Omar Bradley 5,103 | **Eric J. Perrodin** 5,367 |
| 1997 | **Omar Bradley** | Unknown |
| 1993 | **Omar Bradley** 3,483 | Patricia A. Moore 3,134 |
| 1991* | **Walter R. Tucker III** 2,389 | Patricia A. Moore 1,863 |
| 1989 | **Walter R. Tucker, Jr.** | E. Boyd (Chuck) Esters |
| 1985 | **Walter R. Tucker, Jr.** 6,588 | Maxcy D. Filer 1,065 |
| 1981 | Lionel Cade 2,791 | **Walter R. Tucker, Jr.** 4,338 |
| 1977 | **Lionel Cade** 3,494 | Walter R. Tucker, Jr. 3,184 |
| 1973 | Douglas Dollarhide 4,867 | **Doris A. Davis** 6,063 |
| 1969 | **Douglas Dollarhide** 5,711 | Walter R. Tucker, Jr. 4,072 |
| 1965 | **Chester R. Crain** | Conway Cooke |
| 1961 | **Del Clawson** 4,656 | Unopposed |
| 1953 | **Frank G. Bussing** | Edmund F. Shaheen |
| 1949 | **Harry Laugharn** | Unknown |
| 1933 | C. A. Dickison 855 | **C. S. Smith** 971 |
| 1929 | **C. A. Dickison** 1,001 | Ivy Clark 720 |

NOTE: If no incumbent, winner is listed first.

- (*) Special election to fill vacancy. Highest vote getter wins, even with less than 50% of vote.
Categories:
- Lists of mayors of places in the United States
- Mayors of Compton, California
- Lists of people from California
- Los Angeles County, California geography stubs

*Wikimedia Foundation. 2010.*

Игры ☺ Нужно решить контрольную?

☒



Case 2:24-cv-00361-HDV-SSC   Document 1   Filed 01/11/24   Page 7 of 224   Page ID #:7

## Los Angeles Times

CALIFORNIA

# Hospital Closure in Long Beach Expected to Hit Compton Hard : Health care: After Dominguez Medical Center closes its doors May 31, many fixed-income residents will have to travel several miles to nearest county facility for treatment.

BY DAVID HALDANE

APRIL 21, 1991 12 AM PT

TIMES STAFF WRITER

LONG BEACH — The long halls of Dominguez Medical Center are almost deserted now.

The footsteps of the hospital's few remaining patients echo through the corridors. The voices of idle clerks and technicians waft along the walls. On a recent afternoon, maintenance workers stacked folding chairs in the main lobby following a job fair to help the facility's 550 non-physician employees find new jobs.

"We're all very sad," said an emergency room clerk who would not give her name. "We don't know what's going on. People are very upset."

Last month, National Medical Enterprises Inc., the Santa Monica-based firm that has owned the 250-bed acute-care hospital since 1969, announced that financial losses would force it to close the facility--located near Artesia Boulevard on the border of Compton and North Long Beach--on May 31.

The hospital stopped accepting non-emergency patients two weeks ago. And at the end of the month, administrators say, the facility's emergency room also will shut its doors while the hospital maintains services only for outpatients and a handful of others who remain.

11/25/23, 5:21 PM    How-00361-HDV-SSC···Rich Experiment Compton Trailed Health Care After Dominguez Medical Center Closes its doors M…

Case 2:24-cv-00361-HDV-SSC    Document 1    Filed 01/11/24    Page 8 of 224    Page ID
#:8

Compton officials said the closure of Dominguez, the closest medical facility to Compton, will be devastating to the community. Many indigent and fixed-income residents probably will have to travel several miles to the nearest county facility--Martin Luther King Jr.-Drew Medical Center in Watts--to receive medical care, officials said.

For emergencies, even the closest private hospitals will be at least five minutes farther by ambulance from most Compton locations, officials said.

"It's going to impact us terribly," Compton Councilwoman Patricia A. Moore said. "Our people will have to go to other hospitals where they will be at the low end of the totem pole. It will be a terribly long wait."

Besides endangering lives, she said, the longer distances will drive up the budget for the city's ambulance service, which is supported by taxpayers.

David Langness, vice president of communications for the Hospital Council of Southern California, said that the loss of Dominguez--which averages 1,300 emergency visits a month--will place an added burden on an already overtaxed health-care system, especially for patients who are indigent or on fixed incomes and receiving government aid.

"They will have a more difficult time finding care," Langness said, referring to patients on MediCare and MediCal, the federal and state health programs. "You will find more patients winding up in the county system and those who go to private hospitals will face longer waits and more difficulty in getting treatment."

But officials at National Medical Enterprises and other area hospitals disagreed.

"It's regrettable that any hospital has to close," said Neil Sorrentino, an executive vice president for National Medical, which owns 37 other hospitals worldwide. "But we don't

honestly believe that it will create a major void because there are other hospitals in the area that can pick up the slack."

Spokesmen for several nearby hospitals--including St. Francis in Lynwood, Charter Suburban in Paramount and Memorial in Long Beach--also said their hospitals should be able to handle increased demands.

Ironically, it was the large number of fixed-income patients treated at Dominguez that led to the center's financial losses, which totaled about $16 million over the last three years, Sorrentino said.

In recent years, Sorrentino said, about 85% of the hospital's average 30,000 patients a year were either indigent or received government health-care subsidies. But the state and federal governments, pinched by budget restraints, have not reimbursed the hospital adequately for treating those patients. "The reimbursement has not kept up with hospital costs," Sorrentino said.

Officials at National Medical Enterprises said they plan to have the building demolished if they can't find a buyer.

Compton officials say they are talking to medical firms around the country to try to find a buyer for the failing hospital, but so far have been unsuccessful.

Officials in Long Beach, while decrying the loss of the hospital, say that residents of their city will be less affected by the closure because of the proximity of other hospitals.

But that is little consolation for Esther Washington, 66, a Compton resident who has been coming to the hospital for years for various medical treatments.

Washington, who lives on a fixed income, said she probably will have to go to the county medical center in Watts after Dominguez closes.



12/27/23, 7:27 PM                    (2,129 unread) illihuntvictoria@yahoo.com - Yahoo Mail

HOME    MAIL    NEWS    FINANCE    SPORTS    ENTERTAINMENT    LIFE    SEARCH    SHOPPING    PLUS    Upgrade Now

# WORKED AT THE PALLADIUM

Starred    Search in starred...    Advanced ∨                    Home

Compose    ← Back ↩ ↩↩ ↪ 📁 Archive  📥 Move  🗑 Delete  ⊗ Spam                    ⚙

| | |
|---|---|
| Inbox 2.1K | To: <familyrise2023@gmail.com> |
| Unread | |
| **Starred** | --------- Forwarded message --------- |
| Drafts 5 | From: **Singleton Brite Cleaning** <hello@sbntecleaning.com> |
| Sent | Date: Wed, Aug 24, 2022, 5:55 PM |
| Archive | Subject: Cleaning Crew Invite |
| Spam | To: <heyshanaepray@gmail.com> |
| Trash | |
| ⌃ Less | Hi Victoria, |

Thank you for your interest in joining our cleaning crew at the Hollywood Palladium/The Wiltern. We are happy to extend an invitation to have you join our team. Please do not hesitate to reach out to either of us at any time for any questions or concerns.

818.452.8566 (Alicia) / 310.909.4986 (Amir)

**Scheduled Shifts**
Friday, August 26, 2022, @ The Wiltern 5:30 PM - 2:00 AM.
Saturday, August 27, 2022, @ The Wiltern 5:30 PM - 2:00 AM.

**Calendar of Events**
The calendar of events for August and September is attached.

**Uniform**
Please wear a black (no patterns or logos) shirt and pants, and comfortable closed-toe rubber/tennis shoes (shoes do not need to be black). Leggings are OK as long as they're not see-through. No ripped jeans or crocs.

**Identification**
Please arrive 15-20 minutes earlier than your scheduled shift to complete new hire paperwork upon arrival. Also, please bring documents for employment eligibility verification. Acceptable documents include US Passport **OR** Driver's license or ID issued by a state or outlying possession of the United States provided it contains a photograph or information such as name, date of birth, gender, height, eye color, and address **AND** Social Security Card.

**Parking**
"**Hollywood Palladium**" staff parking is located at the VIACOM parking lot, 1500 El Centro Ave. Take a parking ticket and go to the left to go down to the 2nd level. You can park anywhere on the 2nd level and below. Parking validation will be provided at the end of your shift.

"**The Wiltern**" staff parking is located at 3785 Wilshire Blvd. The entrance to the parking lot is on Oxford St. Enter on the RETAIL parking side of the lot - do NOT park on the Residence side of the lot.

Views    Hide
🖼 Photos
📄 Documents
📧 Emails to myself
📰 Subscriptions
🧾 Receipts
💳 Credits
✈ Travel

Folders    Hide
+ New Folder
Notes

Victoria 🔍
familyrise2023@gmail.com
+ Add to contacts

← On my birthday I worked at the Wiltern Cleaning after a Rock Band Concert (August 26th, 2022)

← On August 27th, 2022 I worked at the Wiltern for a K-POP Concert

← On August 31st, 2022 I worked at the Palladium for the BLXST concert then was let go from the cleaning job for NO REASON just like other jobs I have taken throughout my life. However, I believed it had to do with who I am, the connection with LIVE NATION and somebody recognizing who I am while I was working.

Definitions: PALLADIUM

1) In Greek & Roman Mythology, the Palladium (Greek) or Palladion (Latin) was a cult **image** of great antiquity on which the safety of Troy and late Rome was to depend, the wooden statue of Pallas Athena. Since 1600, the word Palladium has been used figuratively to mean anything believed to provide protection or safety.

(10)

12/27/23, 7:28 PM     (2,127 unread) dillihuntvictoria@yahoo.com - Yahoo Mail

NEWS     FINANCE     SPORTS     ENTERTAINMENT     LIFE     SEARCH     SHOPPING     ( + ) BLUE   Upgrade Now

Starred ∨     Search in starred...     Advanced ∨     Home

Compose     ← Back  ↰  ↞  ➡  Archive     Move     Delete     Spam                          ⚙

Inbox     2.1K          **Fwd: Daniel Hoang**          Yahoo/Inbox ★

Unread

**Starred**

Drafts     5          **Shanae**                    Sun, Dec 3 at 12:27 AM ★          **Shanae** Q
                      From:                                                         heyshanaepray@gmail.com
Sent                 heyshanaepray@gmail.com                                        + Add to contacts
                     To:
Archive              dillihuntvictoria@yahoo.com

Spam
                     ---------- Forwarded message ---------
Trash                From: **V Dillihunt** <ramrecordz@gmail.com>
                     Date: Fri, Jul 29, 2022, 9:53 AM
∧ Less               Subject: Daniel Hoang  ← — Vietnamese Attorney who advised me to take my
                     To: <heyshanaepray@gmail.com>        case higher after I was indirectly

Views      Hide                                            booth @ Children's Court during
                     If you give this to DCFS then that keeps giving them power to     my 2hr trial about my case,
 Photos              fabricate documents on me and my family. He has my daughter      the violations, set up, lack of
                     talking about he hates me. He's told her she's going with her paternal
 Documents           grandmother. They took my visits away since the beginning of this   support, and sabotage from
                     case and all they have done is make moves to keep me and my
 Emails to myself    children further and further a part. I have a recording that I recorded   DCFS officials using influential
                     while talking to Miracle's foster sister. That lady is lying on Richards   peddling in their attempt to cover
 Subscriptions       behalf she told me he told her to avoid my calls. He's mad bcuz I   their tracks for the things they
                     sent that first complaint about his professional negligence. The lady
 Receipts            said it out her own mouth that I could have been had my kids back   did to me and my family without
                     but that Richard is working against me... This is madness, he hadn't   cause.
 Credits             spoken to me in over a month. Stop giving him power bcuz he's
                     misusing it and every time I go to expose them this is the mess I get.       This was July 2022
 Travel              They can't keep using my kids as child soldiers to keep me quiet but
                     then keep attacking me my depriving all my attempts to get my kids
Folders    Hide      back. DCFS is playing the courts against the parents.

+ New Folder

 Notes                              ↰   ↞   ➡   ...

               Reply, Reply All or Forward



12/27/23, 7:29 PM
(2,127 unread) dillihuntvictoria@yahoo.com - Yahoo Mail

Starred    Search in starred...    Advanced ∨    Home

← Back    Archive    Move    Delete    Spam    ⚙

---------- Forwarded message ----------
From: **Rising Above Measure** <dillihuntv@gmail.com>
Date: Tue, Aug 17, 2021 at 10:16 PM
Subject: Organized Crimers attacks again
To: victoriusovercomer@icloud.com <victoriusovercomer@icloud.com>

Can you please speak to the person over DCFS department and see if I can get a monitor because I feel like that is a direct attack on my daughter.

See on August 11th she supposedly ran away but truth be told I know it was organized because they did it the day before court but they didn't know I already spoke to you and my court was hearing was extended. ***Structure of the organized crime:
1) bcuz the police called me and told me instead of my oldest or the caretaker. However, the foster mom seen her in the streets at 3 pm, she pulled up on her with my oldest daughter, asked her to get in she said No so the lady sped off while telling my oldest daughter that the police willing pick up Miracle. The lady should have never left and waited for the cops to arrive. However, her husband is a retired cop so she had no real concern letting her be in the streets because she knew what was going on(my assumption that was confirmed by the following list of behaviors)
2)The police tried to detain me after acting like he was coming to speak with me about Miracle while I was at the beach but instead he really came to search my car and interrogate me upon not finding Miracle like he thought he would; he decided he was going to try and detain me for talking to Meriya(all of a sudden when supposedly they came for Miracle) (they were looking for another way to cross me up) so arresting me talking about the restraining order pertaining to Meriya was their goal until I told them it was overruled by Children Court. (They didn't want me talking to Meriya and finding out about the lady seeing Miracle in the streets, pulling up on her, then speeding off while leaving her in the streets)
3) Then, I was with missing children detective and they kept interrogating me like they knew I had her but I didn't have her so I left their office and instead of going to LA from Long Beach; I went to Orange County instead( thank God I followed my intuition because normally I stop in Compton at Circle K every time I'm on my way home or I'm leaving my house).
4) Then, I got a call at midnight saying they found her in Compton at a store I always go to(but she's NEVER been to that Circle K with me before however, she knows the owner from his old store).
5)I personally know that store owner deals with the cops so that also told on they using my daughter as bait.

Organized Crime just like every time they keep sabotaging all my attempts to get my kids back with circumstances they intentionally have come my way, people they send to attack me, gaslighting techniques, gang stalking tactics, etc.

**Shanae** Q
heyshanaepray@gmail.com
- Add to contacts

← Another email to Daniel Hoang about my children, my rights that were constantly violated, and the lack of support from government officials. This was August 2021



HOME    MAIL    NEWS    FINANCE    SPORTS    ENTERTAINMENT    LIFE    SEARCH    SHOPPING

Find messages, documents, photos or people  Advanced ∨

← Back    Archive    Move    Delete    Spam    •••

**NOTICE TO PAY RENT OR QUIT**
(C.A.R. Form PRQ, Revised 10/22)

To: **Victoria Dillihunt** ("Tenant")
and any other occupant(s) in possession of the premises located at: 12035 Broadway [Street Address]
K (Unit/Apartment #)  Los Angeles (City) Seller [State]  90061 (Zip Code) ("Premises").
Other notice address if different from Premises above: _____

1.  **Notice to the above-named person(s) and any other occupants of the above-referenced Premises:**
WITHIN 3 DAYS, excluding Saturdays, Sundays, and other judicial holidays, you are required to (i) Pay rent, which is past due (see paragraph 2), OR (ii) Vacate the Premises and surrender possession.

2.  **Rent Due and Payment:** (Do not include any amount which was due more than one year prior to the date of service of this form without first speaking to legal counsel.)
A.  The total amount of rent which is PAST DUE is specified below.

| | | | | |
|---|---|---|---|---|
| B. | $ 357.00 for the period | September 1, 2022 | to | September 30, 2022 |
| | $ 1,740.00 for the period | October 1, 2022 | to | October 31, 2022 |
| | $ 3,480.00 for the period | November 1, 2022 | to | January 31, 2023 |
| | $ 5,577.00 Total unpaid rent due. | | | |

C.  If applicable, check, money order, draft or instrument, shall be made payable to: RLC Holdings, Corp. (specific individual)
D.  Rent shall be delivered to: Rodolfo Concha (specific individual)
whose phone number is (213)253-5993 at P O Box 1810 Walnut, Ca. 91788 (Address).
E.  X Rent may be delivered in person between the hours of 8 am to 5 pm on the following days: Monday to Friday

3.  **Failure to pay or surrender possession:**
If you do not pay the past due amount or give up possession by the required time, a legal action will be filed seeking not only damages and possession, but also a statutory damage penalty of up to $600.00 (California Code of Civil Procedure § 1174). Landlord declares a forfeiture of the lease if past due rent is not paid, and you continue to occupy the Premises. As required by law, you are hereby notified that a negative credit report reflecting on your credit record may be submitted to a credit reporting agency if you fail to pay your rent.

Landlord (Owner or Agent) Rodolfo Concha    Date 1/13/2023
Landlord (Owner or Agent)    Date
Address P O Box 1810    City Walnut    State CA Zip 91788
Telephone (323) 253-5993    Fax    E-mail rudyconcha@gmail.com

4.  **DELIVERY OF NOTICE/PROOF OF SERVICE**
This Notice was served by Marcos Medrano on 1-16-23 (date)
in the following manner: (if mailed, a copy was mailed at _____ (Location))
Emailing a notice does not satisfy the requirements of Code of Civil Procedure §§ 1162(a) or 1162(b).
To comply with state law, service attempts must be done in the following order: A, then B, then C.
A.  X Personal service. A copy of the Notice was personally delivered to the above named Tenant.
B.  NOTE: SUBSTITUTED SERVICE MAY BE USED IF THE TENANT IS ABSENT FROM THE TENANT'S RESIDENCE OR USUAL PLACE OF BUSINESS.
    Substituted service. A copy of the Notice was left with a person of suitable age and discretion at the Tenant's residence or usual place of business and a copy was mailed to the Tenant at the Premises.
C.  NOTE: POSTING AND MAILING OF THE NOTICE MAY BE USED ONLY IF THE TENANT'S RESIDENCE OR USUAL PLACE OF BUSINESS CANNOT BE ASCERTAINED OR IF KNOWN THEN ONLY IF NO PERSON OF SUITABLE AGE AND DISCRETION CAN BE FOUND AT THOSE LOCATIONS.
    Post and mail. A copy of the Notice was affixed to a conspicuous place on the Premises and a copy was mailed to the Tenant at the Premises.

© 2022 California Association of REALTORS®, Inc.
PRQ REVISED 10/22 (PAGE 1 OF 2)

**NOTICE TO PAY RENT OR QUIT (PRQ PAGE 1 OF 2)**

*Exhibit 3:* Notice the change of dates however the dollar amounts stayed the same. Now, what I can say is I received a notice every time I began working to stand up for myself so it was like they were trying to Blackmail me into staying quiet as they violated me without any remorse for my well beings and what makes things worse is Everybody violating me played VICTIM & I was the VILLIAN.







The Serpent Stole Her Seed & Made them His Own through Sorcery, Education, Jobs, etc

# IV. STATEMENT OF FACTS

*(Explain what happened in your own words. You do not have to cite legal authority in this section. Be specific about names, dates, and places. Explain what each Defendant did. Remember to number every paragraph.)*

____. **Romans 8:28** And we know that all things work together for good to them that love God, to them who are the called according to his purpose. **Matthew 11:25** At that time Jesus answered, and said, I thank thee, O Father, Lord of heaven and earth, because thou hast hid these things from the wise and prudent, and hast revealed them unto babes. ✱ **Matthew 11:25** is why the Elite has always went after the children: ① Looking for the lamb and bride in order

____. to pervert (twisted truth) their identity, image, and beliefs so that the Elite could rob them of their destiny. ② to steal from the youth their innocence (perversion as a weapon), creative ability from a pure form, and to rob and/or kill and God given insight, visions, or dreams (if they robbed them it was for capitalization and if they killed their gift it is to make sure nobody could see their true motive, expose their tactics, and overturn their position that was built from stolen

____. power). **Matthew 12:24-27** ㉔ But when the Pharisees heard it, they said, This fellow doth not cast out devils, but by Beelzebub the prince of devils. ㉕ And Jesus knew their thoughts, and said unto them, Every kingdom divided against itself is brought to desolation, and every city or house divided against itself shall not stand: ㉖ And if Satan cast out Satan, he is divided against himself; how shall then his kingdom stand? ㉗ And if I by Beelzebub cast out devils, by whom do your children cast them out? therefore they shall be your judges. ✱ **Matthew 12:24-27** = This passage of scripture is

**15 A**
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

_____ a revealer of multiple truths. there are a few: ① Beelzebub (verse 24) in Greek (G954) is beelzeboúl meaning dung-god; beelzebul, a name of Satan, Baal of (the) Fly, and in Hebrew (H1168) it would be Baal, a Phoenician diety. (H1167) it is a master, owner (like slavery) confederate (with H1285), adversary and according to (H1166) Baal means to have dominion (over) wife (like pimping and hoeing). ② Beelzebub (Beelzebul & Ba'al) are the princes of Satan (devils/demons). Job 41:34 ③ He beholdeth all high things: he is a king over all the

_____ children of pride. * Job 41:34 is referring to Leviathan as being the King over the children of pride. John 8:42-45 says ②Jesus said unto them, If God were your Father, ye would love me: for I proceeded forth and came from God; neither came I of myself, but he sent me. ㊸Why do ye not understand my speech? even because ye cannot hear my word. ㊹Ye are of your father the devil, and the lusts of your father ye will do. He was a murderer from the beginning, and

_____ abode not in the truth, because there is no truth in him. When he speaketh a lie, he speaketh of his own: for he is a liar, and the father of it. ㊺And because I tell you the truth, ye believe me not. Genesis 3:14-15 ⑭And the LORD God said unto the serpent, Because thou hast done this, thou art cursed above all cattle, and above every beast of the field; upon thy belly shalt thou go, and dust shalt thou eat all the days of thy life: ⑮And I will put enmity between thee and the woman, and

**15 B**

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

____. between thy seed and her seed; it shall bruise thy head, and thou shalt bruise his head. (16) Unto the woman he said, I will greatly multiply thy sorrow and thy conception; in sorrow thou shalt bring forth children, and thy desire shall be to thy husband, and he shall rule over thee.

Insert ¶ #

Summary: Matthew 12:24 (paraphrased) Beelzebub the prince of devils aka Baʼal Job 41:34 (paraphrased) King over the children of pride, John 8:44 (paraphrased) Ye are of your father the devil, Genesis 3:14 (paraphrased) And the LORD

____. God said unto the serpent, because thou hast done this, thou art cursed above all cattle, and above every beast of the field. All these passages of scripture define different identities of the enemy of GOD (King of kings and LORD of lords) while using different names but speaking about the same spirit (ex: Beelzebub, King, Father the devil, and serpent). When speaking about his seed they are devils & children of pride, drug dealers (pharmaceuticals and big companies, etc) and to verify this passage is talking about

Insert ¶ #

____. people in the positions to lead by example the sheep that they are supposed to be watching or governing is because in Genesis 3:14 (paraphrased) God told the serpent that because of what he did (which was to use manipulation, deception, and perversion a twisted truth based off of envy, wrong motives, twisting words that mislead people from GOD's Real Truth in order to gain control of their lives, and misrepresenting the TRUE God all in the while they're replicating God so that the people will serve the creature more than the creator) that the serpent would be cursed above all the cattle

Insert ¶ #

**15 C**

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

_____. and every beast of the field. Right here in Genesis 3:14-

Insert ¶ #

Satan has become cursed because of his cunning ways that deceived Eve into leading Adam to rebel against God. After being rebuked by God in Genesis 3:15, The LORD says to the serpent that he would put enmity between him and the woman and between his seed and the womans seed... When God was speaking about the serpent seed and the woman's seed there's a distinction between the two that I will like.

_____. To clarify for the sake of God's undeniable TRUTH.

Insert ¶ #

(A) First of all, MAN came before Woman when it comes to the order of how God created humanity. (B) Secondly, MAN carry the seed of life, women carry the eggs that becomes impregnated by the mans seed, and then she carries the seed of life until the time is right to give Birth (that sounds like birthright). (C) Thirdly, the woman gives birth to her child however in this case She gave birth to the serpents

_____. Seed first (due to her disobeying the divine instructions given to

Insert ¶ #

her husband) that's why many say she slept with the serpent but the truth behind Eve's fall is that she was deceived. So, before we talk about her seed let me explain her proclamation of being deceived (beguiled). First off, Eve was NOT created when GOD spoke to Adam and told him not to eat of the tree of knowledge. Also Adam had dominion over Gods enemy because he was given responsibility to dress(H5647=to serve), keep (H8104=to protect) and he was given authority over the animals (wasn't

**15 D**
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

D

_____ . it a serpent which is an animal who knew the Word but twisted it in order to deceive Eve?). Due to the fact that Eve came from Adams rib that made her spiritually aware of what God told Adam. However, the serpent understood the Power of Gods Word that's why he did not go straight to Adam because Adam had the spirit of God (God blew the breath of life into Adam when He created Him) so Adam would discern the deception and also

_____ . Adam had dominion over the animals. But Eve had not the Spirit of God, had not heard God speak to her yet, and did not understand the Power of the Word of God being God Himself. ① Eve was questioned by the serpent about what God said pertaining to the trees in the garden (Genesis 3:1 - Now the serpent was more subtil than any beast of the field which the LORD God had made. And he said unto the woman, Yea, hath God said, Ye shall

_____ . not eat of every tree of the garden?) let's break down Genesis 3:1 in Hebrew: Serpent (H5175= nâchâsh) meaning a snake from its hiss or according to H5172= nâchash meaning to ① hiss, ② whisper a (magic) spell; ③ prognosticate (predict, foretell, indicate by signs, omen, (augur according to ancient Rome is a religious official who interpreted omens to guide public policy. Augurs are in the regions of Rome, Roma, Eternal City, Italian capital, capital of Italy) because they indicate by signs and these signs be bad news), ④ divine, ⑤ enchanter, ⑥ use enchantment, ⑦ learn by experience, ⑧ (idiom) indeed, ⑨ diligently observe (*in my opinion just like an observatory).

Civil Rights Complaint Pursuant to U.S.C. § 1983

___. was (H1961 = hâyâh) meaning (A) to exist, be or become, (B) come (C) to pass, beacon (① a fire (usually on a hill or tower) that can be seen from a distance) ② A radio station that broadcasts a directional signal for navigational purposes, ③ a tower with a light that gives warning of shoals to passing ships. (D) came, (E) has been, (F) were happened. subtil (H6175 = ârûwm) meaning cunning (shrewdness as demonstrated by being skilled in deception), crafty, prudent. beast (H2416 = chay) meaning appetite, (wild) beast, company, congregation, maintenance,

_Insert ¶ #_

___. (phrase) merry, multitude. field (H7704 = sâdeh) meaning to spread out, country, ground, land, soil. LORD (H3069 = Yᵉhôvâh) meaning (the) self-Existent or Eternal; Jehovah or according to H3050 = Yahh meaning the same; Jah, the sacred name; Jah, the Lord, most vehement. God (H430 = 'ĕlôhîym) meaning gods in ordinary sense but specifically used of the supreme God or according to H433 = 'ĕlôwahh meaning a deity.) Now, that I have broken down some of the words from Genesis 3:1 in Hebrew we can finally see

_Insert ¶ #_

___. why Eve felt like she was deceived (beguiled) by the serpent. The serpent manipulated (twisted) The word of God which caused Eve to be bewitched by the serpents spell or enchantment. The way the serpent was able to bewitch Eve started with a question based upon him observing & (spying) and studying The Word of God (John 1:1 - In the beginning was The Word, and the Word was with God, and the Word was God. John 1:2 The same was in the beginning with God). The serpent was once with God so he studied God

_Insert ¶ #_

**15 F**

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

F

_____. who is The Word and that is how he was able to

*Insert ¶ #* bewitch Eve with the word because she hadn't had a chance to get to know God before the serpent (sorcerer, magician, wizard, necromancer (one who practices divination by conjuring up the dead) conjuring means calling up a spirit (spirit is defined as ① the vital principle or animating force within living things, ② the general atmosphere of a place or situation and the effect it has on people, ③ a fundamental emotional and activating principle determining one's

_____. character ④ any incorporeal supernatural being that can become

*Insert ¶ #* Phones, TV, movies, etc. visible (or audible) to human beings, ⑤ the state of a person's emotions (especially with regard to pleasure or dejection) ⑥ animation and energy in action or expression, ⑦ the intended meaning of a communication). Conjuring means calling up a spirit or devil (devil is defined as ① an evil supernatural being, ② a word used in exclamation of confusion, ③ a rowdy or mischievous person, ④ a cruel wicked and inhumane person. Ephesians 6:12 - For we wrestle not against flesh and blood, but against principalities,

_____. against powers, against the rulers of darkness of this

*Insert ¶ #* world, against spiritual wickedness in high places.) Eve was under the enchantment of the serpents word curse. Genesis 3:4 And the serpent said unto the woman, Ye shall not surely die. Genesis 3:5 - For God doth know that in the day ye eat thereof, then your eyes shall be opened, and ye shall be as gods, knowing good and evil. Genesis 3:6 And when the woman saw that the tree was good for food, and that it was pleasant to the eyes, and a tree to be desired to make

**15 G**

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

G

_____. one wise, she took of the fruit thereof, and did eat, and gave also unto her husband with her; and he did eat. Genesis 3:7. And the eyes of them both were opened, and they knew that they were naked, and they sewed fig leaves together, and made themselves aprons. Genesis 3:8 And they heard the voice of the LORD God walking in the garden in the cool of the day; and Adam and his wife hid themselves from the presence of the LORD God

_____. amongst the trees of the garden. *In Genesis 3:4 The serpent gives Eve a false promise & reassurance that she will not really die (he was speaking about the flesh of Eve but GOD was speaking about the spiritual connection between Him and humanity). In Genesis 3:5-7 The serpent verbally painted Eve a mental picture that gave her a different perspective about herself while she was barely beginning to find out why she was created. So basically, she didn't even

_____. have an ideal yet of who she was and why she was created. So when the serpent verbally painted her a mental picture of her eyes being opened and her having the ability to be as gods that enticed her to eat due to her own lack of knowledge of God, herself, her husband, and their unity as a covenant. She gave it to Adam thinking that he wanted to know who he was as well due to the fact that she came from his rib but what Eve did not know was that Adam was the one that would give her the answers to who she was and he would

**15 H**

Civil Rights Complaint Pursuant to U.S.C. § 1983

H

_____. be the one to name her. However, due to Eve being Adams

*Insert ¶ #*

rib and them being joined together by way of the spirit it caused Adam to eat as well because they were still one even though God made two (because she came from him). However, due to Eve listening to the serpent she became King in the serpents kingdom (feminist agenda) and her demonic authority drove her which still conflicted with Adams authority and that caused strange fire which is still a form of sorcery. Thats how they realized that

_____. they were naked, they had the knowledge to get fig leaves

*Insert ¶ #*

and so them together to cover their nakedness and they named them aprons. In Genesis 3:8 Adam and his wife HID themselves from the presence of the LORD God amongst the trees of the garden. This is how you know that they were deceived because they really believed that they could hide from GOD. As if He wouldn't know that they were walking in a false light (sorcery) when it may have appeared to look like GOD but it didn't have the characteristics of God due

_____. to eating from the tree of knowledge. See, they had the image

*Insert ¶ #*

of God but not the HEART (motive behind why they did/do the things that they did/do) of the LORD. That was their fall because they got caught in the Intellectual side of life while forgetting to live by way of the spirit of the LORD. ***⑮ Moving Past this topic because it's a lot I can breakdown, let's now get to her seed. Genesis 4:1-2 says ①And Adam knew Eve his wife; and she conceived, and bare Cain, and said, I have gotten a man from the LORD. ②And she again bare his brother Abel. And

_____. Abel was a keeper of sheep, but Cain was a tiller of the ground. Genesis 4:7-8 says: If thou doest well, shalt thou not be accepted? and if thou doest not well, sin lieth the door. And unto thee shall be his desire, and thou shalt rule over him. And Cain talked with Abel his brother: and it came to pass, when they were in the field, that Cain rose up against Abel his brother, and slew him. *Both sons came out of Eve however the difference

Insert ¶ #

_____. between the two was the intent of their hearts. Cain (serpent seed) had jealousy/envy towards Abel so he killed Abel for nothing that Abel did wrong to him. Abel (chosen seed) was only doing what the LORD put on his heart to do. Now Genesis 4:7 (paraphrased) is the LORD basically telling Cain why his offering wasn't pleasant in Gods eyes. What God was saying was that The MOTIVE of WHY you do, create, or speak something will determine in Gods eyes whether He is pleased. If your motive

Insert ¶ #

_____. is good he will see that but if your motive is bad then the enemy will play off of that. The serpent seeds are ill-willed towards others, they devise evil things, they are haters of God, etc. Her seed LOVE GOD with their heart, they're not perfect, they have issues, however they are not out for self at the expense of somebody else, they don't intentionally devise plans, plots, systems, groups, etc to hurt others. They are Genuine, Broken, Rejected, Persecuted, different, etc. The matter (motive) of their heart is to improve the lives of others. Last but not least THEY LOVE JESUS CHRIST of NAZARETH!

Insert ¶ #

**15 J**
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

J

Year 6606 & 1666 lets you see the TRUTH

_____. In year 666 B.C. There was a king named Ashurbanipal who ruled the Assyrian Empire. They labeled him the Genocidal King. He constructed the Library of Ashurbanipal which was located in Nineveh, a city located in modern-day Iraq. In year 666 in the Middle East the death of Ramla bint Abi Sufyan, a wife of Muhammad died. In year 1666 The French Academy of Sciences was founded by Louis XIV. In 1666, Isaac Newton discovered the spectrum of light, worked out

_____. his system of fluxions the precursor of modern calculus, and then started considering gravity. **I put all this together to let you understand the serpents seed from another aspect now all those highlighted areas are learned history so let me show you how I broke down the drug field that explains the perversion that has affected America but started on the other side of the world that is governed by Britain (U.K), Italy (Vatican), etc. 1) Adam & Eve's first son is Cain who killed his brother Abel. Cain = Cocaine (Paisas) or

_____. Crack Cocaine (Blacks) that's Genesis 4:8 where Cain killed Abel. Genesis 4:11 is where God curses Cain for killing his brother HOWEVER this verse has been twisted (perverted too). Genesis 4:11- And now art thou cursed from the earth, which hath opened her mouth to receive thy brother's blood from thy hand;. *In this verse of scripture, Cain who is the builder of the city (Genesis 4:17- And Cain knew his wife; and she conceived, and bare Enoch: and he builded a city, and called the name of the city, after the name of his son, Enoch) has transfered his curse through the arts and artist in order to get back

**15 K**

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

K

Built Dragonfire from Word of God

_____. at God because of him killing his brother out of jealousy.

Insert ¶ # Basically, the creative arts are weapons of sorcery against humanity in order mock God. Prime example of the twist ① in the Bible we call Gods Word Scriptures however in the industry of film when you're reading a piece for a part they call that a script. ② When we read the Bible we say chapter 3 verse 2 of whatever book we're reading. When people talk about music you may hear somebody say his verses were hot!

_____. You may also hear them say his bars are fire (bars Insert ¶ # really symbolize a mental prison). The World has been stealing Gods Word then creating a twisted version of the word as they steal from God to make money for Satan. Now, Back to drugs. In Genesis 9:20-25 Noah is drunk from wine and passes out after being in the Ark for 40 days that it was flooding; Noah had 3 sons Shem, Japheth, and Ham. Ham walked in on Noah passed out and naked so he goes and tells

_____. his brothers. His brothers walk in the room backwards Insert ¶ # and covers up their dad. When Noah wakes up he says, Cursed be Cana an (for the perversion). The enemy twists up this story for drugs because Ham had a son named Cush (that's marijuana) and out of jealousy of Shem being blessed by God he turned Shem into Sherm (water because it was a flood) and he also turns Shem which is the bloodline Jesus is to come from (during those times) into a He/She. ③ Revelation 6:8 (Pale Horse) symbolizes fentanyl ④ Revelations 6:5 (Black Horse) symbolizes Heroin Revelation 4:6 (See crystal clear as glass) symbolizes Meth (Crystal)

**15 L**

Page Numb—

Why they build a drug empire to try to destroy my faith?

Science is 666

ONLY CHEMIST created drugs

The AntiChrist's Kingdom drugged us to set up the Blacks to fall for what they did!

• Genesis 2:7-And the LORD God formed man of the dust of

Insert ¶ # ④ the ground, and breathed into his nostrils the breath of life;

and man became a living soul. *** Hebrew Definitions:

① LORD (H3068) in Hebrew is Yᵉhovah. ② Formed (H3335) in Hebrew

is yâtsar meaning to mould into a form and/or to purpose.

③ Dust (H6083) in Hebrew is 'âphâr meaning earth, powder, clay, etc.

④ Ground (H127) in Hebrew is 'âdâmâh meaning husbandman, soil (from its redness)

country, land, etc. ⑤ Breathed (H5301) in Hebrew is nâphach

Insert ¶ # ____ . meaning to kindle, to puff, blow, give up, cause to lose (life),

snuff, seething (extremely angry) ⑥ Nostrils (H639) in Hebrew is

'aph meaning forehead, forebearing, anger (gry), suffering, wrath, etc.

⑦ Breath (H5397) in Hebrew is neshâmâh meaning vital breath,

divine inspiration, intellect, spirit, etc ⑧ Life (H2416) in Hebrew

is chay meaning alive, raw (flesh); fresh (plant, water, year),

strong, (wild) beast, company, congregation, running, etc.

⑨ Soul (H5315) in Hebrew is nephesh meaning will.

Insert ¶ # ____ . *** The backwards twist and witchery of the

scripture breaks down to this: Ye (Kanye West) and

Hovah (Jay-Z) purpose came from powder land which

is South America's ways to kindle anger, suffering, and

wrath as the vital breath, divine inspiration & intellect,

coming alive as a wild beast in every company & congregation

running on Satan's will. (let's verify with scripture) Revelation 13:11,15

⑪ And I beheld another beast coming up out of the earth; and he had two horns like a lamb,

and he spake as a dragon. ⑮ And he had power to give life unto the image of the beast, that the

image of the beast should both speak, and cause that as many as would not worship the

image of the beast should be killed. Revelation 4:6- And before the throne there was a sea

of glass like unto crystal: and in the midst of the throne, and round about the throne,

were four beast full of eyes before and behind. Revelation 6:8- And I looked, and

behold a pale horse: and his name that sat on him was Death, and Hell followed

with him. And power was given unto them over a fourth part of the earth.

Civil Rights Complaint Pursuant to U.S.C. § 1983

## Matthew 4:1-11                    Jesus Tempted

___. Then was Jesus led up of the Spirit into the wilderness to be tempted of the devil. ② And when he had fasted 40 days and forty nights, he was afterward an hungered. ③ And when the tempter came to him, he said, if thou be the Son of God, command that these stones be made bread. ④ But he answered and said, It is written, Man, shall not live by bread alone, but by every word that proceedeth out of the mouth of God. ⑤ Then the devil taketh him up into the holy city, and setteth him on a pinnacle of the

*Insert ¶ #*

___. temple, ⑥ And saith unto him, If thou be the Son of God, cast thyself down: for it is written, He shall give his angels charge concerning thee: and in their hands they shall bear thee up, lest at any time thou dash thy foot against a stone. ⑦ Jesus said unto him, It is written again, Thou shalt not tempt the Lord thy God. ⑧ Again, the devil taketh him up into an exceeding high mountain, and sheweth him all the kingdoms of the world, and the glory of them;

*Insert ¶ #*

___. ⑨ And saith unto him, All these things will I give thee, if thou wilt fall down and worship me. ⑩ Then saith Jesus unto him, Get thee hence, Satan: for it is written, Thou shalt worship the LORD thy God, and him only shalt thou serve. ⑪ Then the devil leaveth him, and behold angels came and ministerd unto him. A few definitions in street terminology: Stones = Masons, Companies, congregations, companies, drugs (rocks), etc. and Bread = Money.

*Insert ¶ #*

Civil Rights Complaint Pursuant to U.S.C. § 1983

**MARK 13:1**

¹. And as he went out of the temple, one of his disciples

*Insert ¶ #*

saith unto him, Master, see what manner of stones and what buildings are here! ² And Jesus answering said unto him, Seest thou these great buildings? there shall not be left one stone upon another, that shall not be thrown down. ³ And as he sat upon the mount of Olives over against the temple, Peter and James and John and Andrew asked him privately, ⁴ Tell us, when shall these things be? and what shall be

___. the sign when all these things shall be fulfilled? And Jesus

*Insert ¶ #*

answering them began to say, Take heed lest any man deceive you: ⁶ For many shall come in my name, saying, I am Christ; and shall deceive many. ⁷ And when ye shall hear of wars and rumors of wars, be ye not troubled: for such things must needs be; but the end shall not be yet. ⁸ For nation shall rise against nation, and kingdom against kingdom: and there shall be earthquakes in divers places, and there shall

___. be famines and troubles: these are the beginning of sorrows.

*Insert ¶ #*

⁹ But take heed to yourselves: for they shall deliver you up to councils; and in the synagogues ye shall be beaten: and ye shall be brought before Rulers and Kings for my sake, for a testimony against them.

**15 O**
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

**Romans 11:1-12**

① I say then, Hath God cast away his people? God forbid.

*Insert ¶ #*

For I also am an Israelite, of the seed of Abraham, of the tribe of Benjamin. ② God hath not cast away his people which he foreknew. Wot ye not what the scripture saith of Elijah? How he maketh intercession to God against Israel saying, ③ LORD, they have killed thy prophets, and digged down thine altars; and I am left alone, and they seek my life. ④ But what saith the answer of God unto him? I HAVE RESERVED TO MYSELF SEVEN

Thousand men, who have not bowed the knee to the image of

*Insert ¶ #*

Baal. ⑤ Even so then at this present time also there is a remnant according to the election of grace. ⑥ And if by grace, then is it no more of works: otherwise grace is no more grace. But if it be of works, then is it no more grace: otherwise work is no more work. ⑦ What then? Israel hath not obtained that which he seeketh for; but the election hath obtained it, and the rest were blinded. ⑧ According as it is written, God hath given

the the spirit of slumber, eyes that they should not see, and

*Insert ¶ #*

ears that they should not hear; unto this day. ⑨ And David saith, Let their table be made a snare, and a trap, and a stumbling block, and a recompense unto them: ⑩ Let their eyes be darkened, that they may not see, and bow down their back always. ⑪ I say then, Have they stumbled that they should fall? God forbid: but rather through their fall salvation is come unto the Gentiles, for to provoke them to jealousy. ⑫ Now if the fall of them be the riches of the world, and the diminishing of them the riches of the Gentiles, how much more their fullness?

Civil Rights Complaint Pursuant to U.S.C. § 1983

## Step 1a. Understanding Cestui Que Vie Act 1666

## Existence of Life

**Cestui Que Vie**

London 1666, during the black plague and great fires of London, Parliament enacted an act behind closed doors, called Cestui Que Vie Act 1666.

The act being debated was to subrogate the rights of men and women, meaning all men and women were declared dead, lost at sea/beyond the sea. (back then operating in Admiralty law, the law of the sea, so lost at sea).

The state (London) took custody of everybody and their property into a trust. The state became the trustee/husband holding all titles to the people and property, until a living man comes back to reclaim those titles, he can also claim damages.

When CAPITAL letters are used anywhere in a name this always refers to a legal entity/fiction, Company or Corporation no exceptions. e.g. John DOE or Doe: JANE

1) CEST TUI QUE TRUST: (pronounced setakay) common term in New Zealand and Australia
2) STRAWMAN: common term in United States of America or Canada

These are the legal entity/fiction created and owned by the Government whom created it. It is like owning a share in the Stock Market, you may own a share… but it is still a share of the Stock.

Legally, we are considered to be a fiction, a concept or idea expressed as a name, a symbol. That legal person has no consciousness; it is a juristic person, ENS LEGIS, a name/word written on a piece of paper. This traces back to 1666, London is an IndependentCityState, just like Vatican is an IndependentCityState, just like WashingtonDC is an Independent City State.

The Crown is an unincorporated association. Why unincorporated? It's private. The temple bar is in London, every lawyer called to the "bar" swears allegiance to the temple bar. You can't ⸻⸻⸻ ⸻ut swearing this allegiance.

1

Our only way out is to reclaim your dead entity (strawman) that the Crown created, become the executor and then collapse the called Cestui Que Vie trust and forgive yourself of your debts and then remove yourself from the admiralty law that holds you in custody.

When London burned, the subrogation of men's and women's rights occurred. The responsible act passed… CQV act 1666 meant all men and women of UK were declared dead and lost beyond the seas. The state took everybody and everybody's property into trust. The state takes control until a living man or woman comes back and claims their titles by proving they are alive and claims for damages can be made.

This is why you always need representation when involved in legal matters, because you're dead.

The legal fiction is a construct on paper, an estate in trust. When you get a bill or summons from court it is always in capital letters, similar to tomb stones in grave yards. Capital letters signify death. They are writing to the dead legal fiction. A legal fiction was created when someone informed the government that there was a new vessel in town, based upon your birth.

Birth Certificates are issued to us by the Doc. just as ships are given berth Certificates at the Dock. It's about commerce. We come from our mothers waters. Your mother has a birth canal just like a ship. The ship moves by the sea current just as we are able to move by the currency.

All this information relates to how the general public are still legally tied through Maritime Admiralty Law. Through this ancient legal construct we can be easily controlled and duped. Learning about your legal fiction helps you to unlock yourself. Otherwise you are just an empty vessel floating on the sea of commerce. Parents are tricked into registering the birth of their babies.

In about 1837 the Births, Deaths and Marriages act was formed in UK and the post of registrar general was established. His job was to collect all the data from the churches which held the records of birth.

Regis – from Queen or Crown. All people are seen to be in custody of," The Crown". This allows people to function in commerce and to accept the benefits provided by state. We have to           nd who we are as men and women and how we can relate in the syste       City of London is a centre for markets,

2

PO Box 9144
Harris Park NSW Australia
turikatukuiii@gmail.com

where merchants work. Then there is Mercantile Law. It comes from Admiralty Law. Look at the symbols in your City Courts that relate to Admiralty.

So where you have commerce and money, you also have "justice" and "injury". You need to understand the bankruptcy before you can understand the judiciary. We have accepted the claim to accept the summons, yet ONLY the dead can be summoned. There is an obligation to accept any liability which has been created.

We are operating in Admiralty. A not guilty plea, or ANY plea admits jurisdiction. The strawman, aka legal fiction is always guilty. Barristers and solicitors make a living out of creating controversy. By creating a controversy you become liable for the case.

Honour and dishonour. To remain in honour you have to accept a claim and settle (discharge) it. Then you add conditions, ie. *"I accept on proof of claim and proof of loss"*. This gives the liability back to them. The legal fiction is always guilty. Only in the High Court, can the real man or woman appear. Games are played on courts, hence the name 'court'. It is a game with actors (acting on acts). It has to be treated as a game and just business. Court room dramas are misinformation.

In the public, we are operating in bankruptcy and you receive benefits. It takes a lot of time, effort and study to understand and use these tools. You have to be prepared to go fully through the process, get the right tool out of your toolbox at the right time.

People need to learn how to act as a creation of God rather than a creation of Man.

Evidence of Life Evidence of Person Entitled to payment Form 206

# Rights Suspension and Corruption
# Cestui Que Vie Trust

Canon 2036 (link)
A Cestui Que VieTrust, also known later as a "Fide Commissary Trust" and later again as a "Foreign Situs trust" a       wn as a form of "Secret Trust"is a fictional concept being a Temporary Testamentary Trust, first created during the

**15T**

3

PO Box 9144
Harris Park NSW Australia
turikatukuiii@gmail.com

reign of Henry VIII of England through the Cestui Que Vie Act of 1540 and updated by Charles II through the Cestui Que Vie Act of 1666 wherein an Estate may be effected for the Benefit of one or more Persons presumed lost or abandoned at "sea" and therefore assumed/presumed "dead" after seven (7) years. Additional presumptions by which such a Trust may be formed were added in later statutes to include bankrupts, minors, incompetents, mortgages and private companies.

Canon 2037 (link)
The original purpose and function of a Cestui Que (Vie) Trust was to form a temporary Estate for the benefit of another because some event, state of affairs or condition prevented them from claiming their status as living, competent and present before a competent authority. Therefore, any claims, history, statutes or arguments that deviate in terms of the origin and function of a Cestui Que (Vie) Trust as pronounced by these canons is false and automatically null and void. A Cestui Que (Vie) Trust may only exist for seventy (70) years being the traditional accepted "life" expectancy of the estate.

Canon 2039 (link)
As all Cestui Que (Vie) Trusts are created on one or more presumptions based on its original purpose and function, such a Trust cannot be created if none of these presumptions can be proven to exist.

Canon 2042 (link)
In 1534, prior to the 1st Cestui Que Vie Act (1540), Henry VIII declared the first Cestui Que Vie type estate with the Act of Supremecy which created the Crown Estate. In 1604, seventy (70) years later, James I of England modified the estate as the Crown Union (Union of Crowns). By the 18th Century, the Crown was viewed as a company. However by the start of the 19th Century around 1814 onwards upon the bankruptcy of the company (1814/15) , it became the fully private Crown Corporation controlled by European private banker families.

Canon 2043 (link)
Since 1581, there has been a second series of Cestui Que Vie Estates concerning the property of "persons" and rights which migrated to the United States for administration including:

**15U**

4

PO Box 9144
Harris Park NSW Australia
turikatukuiii@gmail.com

(i)    In 1651 the Act for the Settlement of Ireland 1651-52 which introduced the concept of "settlements", enemies of the state and restrictions of movement in states of "emeregency"; and

(ii)    In 1861 the Emergency Powers Act 1861; and

(iii)    In 1931 the Emergency Relief and Construction Act 1931-32; and

(iv)    in 2001 the Patriot Act 2001.

Canon 2044 (link)

Since 1591, there has been a third series of Cestui Que Vie Estates concerning the property of "soul" and ecclesiastical rights which migrated to the United States for administration including:

(i) In 1661 the Act of Settlement 1661-62; and

(ii) In 1871 the District of Columbia Act 1871; and

(iii) In 1941 the Lend Lease Act 1941.

Canon 2045 (link)

By 1815 and the bankruptcy of the Crown and Bank of England by the Rothschilds, for the 1st time, the Cestui Que Vie Trusts of the United Kingdom became assets placed in private banks effectively becoming "private trusts" or "Fide Commissary Trusts" administered by commissioners (guardians). From 1835 and the Wills Act, these private trusts have been also considered "Secret Trusts" whose existence does not need to be divulged.

Canon 2046 (link)

From 1917/18 with the enactment of the Sedition Act and the Trading with the Enemy Act in the United States and through the United Kingdom, the citizens of the Commonwealth and the United States became effectively "enemies of the state" and "aliens" which in turn converted the "Fide Commissary" private secret trusts to "Foreign Situs" (Private International) Trusts.

Canon 2047 (link)

In 1931, the Roman Cult, also known as the Vatican created the Bank for International Settlements for the control of claimed property of associated private central banks around the world. Upon the deliberate bankruptcy of most countries, private central banks were installed as administrators and the global Cestui Que Vie/Foreign Situs Trustsystem was implemented from 1933 onwards.

Canon 2048 (link)

**15V**

5

Since 1933, when a child is borne in a State(Estate) under inferior Roman law, three (3) Cestui Que (Vie) Trusts are created upon certain presumptions, specifically designed to deny the child forever any rights of Real Property, any Rights as a Free Person and any Rights to be known as man and woman rather than a creature or animal, by claiming and possessing their Soul or Spirit.

Canon 2050 (link)

Since 1933, when a child is borne, the Executors or Administrators of the higher Estate knowingly and willinglyclaim the baby as chattel to the Estate. The slave baby contract is then created by honoring the ancient tradition of either having the ink impression of the feet of the baby onto the live birth record, or a drop of its blood as well as tricking the parents to signing the baby away through the deceitful legal meanings on the live birth record. This live birth record as a promissory note is converted into a slave bond sold to the private reserve bank of the estate and then conveyed into a 2nd and separate Cestui Que (Vie) Trust per child owned by the bank. Upon the promissory note reaching maturity and the bank being unable to "seize" the slave child, a maritime lien is lawfully issued to "salvage" the lost property and itself monetized as currency issued in series against the Cestui Que (Vie) Trust.

Canon 2052 (link)

The Three (3) Cestui Que Vie Trusts are the specific denial of rights of Real Property, Personal Property and Ecclesiastical Property for most men and women, corresponds exactly to the three forms of law available to the Galla of the Bar Association Courts. The first form of law is corporate commercial law is effective because of the 1st Cestui Que Vie Trust. The second form of law is maritime and trust law is effective because of the 2nd Cestui Que Vie Trust. The 3rd form of law is Talmudic and Roman Cult law is effective because of the 3rd Cestui Que Vie Trustof Baptism.

Canon 2053 (link)

The Birth Certificate issued under Roman Law represents the modern equivalent to the Settlement Certificates of the 17th century and signifies the holder as a pauper and effectively a Roman Slave. The Birth Certificate has no direct relationship to the private secret trusts controlled by the private banking network, nor can it be used to force the administration of a state or nation to divulge the existence of these secret trusts.

Canon 2054 (link)

**15W**

6

PO Box 9144
Harris Park NSW Australia
turikatukuiii@gmail.com

As the Cestui Que Vie Trusts are created as private secret trusts on multiple presumptions including the ongoingbankruptcy of certain national estates, they remain the claimed private property of the Roman Cult banks and therefore cannot be directly claimed or used.

Canon 2055 (link)
While the private secret trusts of the private central banks cannot be directly addressed, they are still formed on certain presumptions of law including claimed ownership of the name, the body, the mind and soul of infants, men and women. Each and every man and woman has the absolute right to rebuke and reject such false presumptions as a holder of their own title.

Canon 2056 (link)
Given the private secret trusts of the private central banks are created on false presumptions, when a man or woman makes clear their Live Borne Record and claim over their own name, body, mind and soul, any such trustbased on such false presumptions ceases to have any property.

Canon 2057 (link)
Any Administrator or Executor that refuses to immediately dissolve a Cestui Que (Vie) Trust, upon a Personestablishing their status and competency, is guilty of fraud and fundamental breach of their fiduciary duties requiring their immediate removal and punishment.

**15X**

7

PO Box 9144
Harris Park NSW Australia
turikatukuiii@gmail.com

___.  Defendant _____ Egypt _____ works at

*Insert ¶ #*                              *(full name of Defendant)*

3 Al Estad Al Bahary St. - Nasr City, Cairo
_____.

*(Defendant's place of work)*

Defendant's title or position is ___ President Abd el-Fattah Saeed Hussein Khalil el-Sisi ___.

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity          ■ official capacity

This Defendant was acting under color of law because ___ defendant is a part of ___ the charades of witchcraft. Ex: Lack of Truth _____

_____

_____


___.  Defendant _____ Madagascar _____ works at

*Insert ¶ #*                              *(full name of Defendant)*

1, rue Andriamifidy, Anosy Antananarivo 101 MADAGASCAR
_____.

*(Defendant's place of work)*

Defendant's title or position is _____ President Andry Rajoelina _____.

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity          ■ official capacity

This Defendant was acting under color of law because ___ defendant is a part of ___ charade of witchcraft. Ex: Lack of Truth _____

_____

_____

_____
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

____. Defendant _____ Central African Republic _____ works at

*Insert ¶ #*                                                  *(full name of Defendant)*

209 Eastwood and Stanza Bopape Street, Arcadia, PRETORIA, 0083
_____.

*(Defendant's place of work)*

Defendant's title or position is _____ • President Faustin-Archange Touadéra _____.

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity                    ☑ official capacity

This Defendant was acting under color of law because ____ defendant is a part of ____
the charades of witchcraft. Ex: Lack of Truth
_____

_____

_____

____. Defendant _____ Ethiopia _____ works at

*Insert ¶ #*                                                  *(full name of Defendant)*

Piassa Arada sub city,Addis Ababa, Ethiopia
_____.

*(Defendant's place of work)*

Defendant's title or position is _____ • President Sahle-Work Zewde _____.

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity                    ☑ official capacity

This Defendant was acting under color of law because ____ defendant is a part of ____
charade of witchcraft. Ex: Lack of Truth
_____

_____

_____

_____
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

___.   Defendant _____ Vladimir Vladimirovich Putin _____ works at

*Insert ¶ #*                                    *(full name of Defendant)*

_____ 23, Ulitsa Ilyinka, 103132, Moscow, Russia _____.

*(Defendant's place of work)*

Defendant's title or position is _____ Russia President _____.

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity          ■ official capacity

This Defendant was acting under color of law because __defendant is a part of__ the charades of witchcraft. Ex: In Communist Cuba there is a person with similar name of Bladimir that's in position over San Antonio de los Baños. My partner is Antonio and people have to stop trying to hide behind us

___.   Defendant _____ Isaac Herzog _____ works at

*Insert ¶ #*                                    *(full name of Defendant)*

_____ 3 Hanassi St., 92188 Jerusalem _____.

*(Defendant's place of work)*

Defendant's title or position is _____ President of Israel _____.

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity          ■ official capacity

This Defendant was acting under color of law because __defendant is a part of__ the charades of witchcraft. Ex: Israel needs to see the truth about what is really happening and who is really behind the whole situation by using witchcraft to deceive people and cause war so they can stay in position.

_____
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

___. Defendant __Chuck E Cheese__ works at
Insert ¶ #                (full name of Defendant)

__1707 Market Place Blvd #200, Irving TX 75063__
                (Defendant's place of work)

Defendant's title or position is __CEO: David McKillips__
                (Defendant's title or position at place of work)

This Defendant is sued in his/her (check one or both):

☐ individual capacity        ☒ official capacity

This Defendant was acting under color of law because __defendant is a part of the charade of witchcraft.__

___. Defendant __Star Buffet__ works at
Insert ¶ #                (full name of Defendant)

__2501 North Hayden Road Scottsdale, AZ 85257__
                (Defendant's place of work)

Defendant's title or position is __CEO: Robert E. Wheaton__
                (Defendant's title or position at place of work)

This Defendant is sued in his/her (check one or both):

☐ individual capacity        ☒ official capacity

This Defendant was acting under color of law because __defendant is a part of the charade of witchcraft.__

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

___. Defendant Buffalo Wild Wings _____ works at
*Insert ¶ #*                    *(full name of Defendant)*

3 Glenlake Pkwy NE Atlanta Georgia 30328 _____.
                    *(Defendant's place of work)*

Defendant's title or position is __CEO; Sally Smith__
                    *(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity        ☒ official capacity

This Defendant was acting under color of law because defendant is a part of the charades of witchcraft. So _____

___. Defendant Wild N' Out _____ works at
*Insert ¶ #*                    *(full name of Defendant)*

1515 Broadway New York NY 10036 _____.
                    *(Defendant's place of work)*

Defendant's title or position is Hosted by Nick Cannon
                    *(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity        ☒ official capacity

This Defendant was acting under color of law because defendant is a part of the charades of witchcraft. So _____

_____

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

___. Defendant Renaissance Pleasure Faire _____ works at

Insert ¶ #                    (full name of Defendant)

5027 Irwindale Ave Suite #200, Irwindale CA 91700 .

(Defendant's place of work)

Defendant's title or position is Admin: Jenness Ravega .

(Defendant's title or position at place of work)

This Defendant is sued in his/her (check one or both):

☐ individual capacity                    ☒ official capacity

This Defendant was acting under color of law because defendant is a part of the charades of witchcraft. Ex:

_____

_____

___. Defendant In-N-Out Burger _____ works at

Insert ¶ #                    (full name of Defendant)

4199 Campus Drive, 9th floor, Irvine, CA 92612 .

(Defendant's place of work)

Defendant's title or position is Ceo: Lynsi Snyder .

(Defendant's title or position at place of work)

This Defendant is sued in his/her (check one or both):

☐ individual capacity                    ☒ official capacity

This Defendant was acting under color of law because defendant is a part of the charades of witchcraft. Ex: In'n'out is like a sexual/spiritual violation (in thru front then out thru back = stealing)

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

___. Defendant Glasshouse Country Uniting Church works at

*Insert ¶ #*                  *(full name of Defendant)*

Twin Peaks Dve, Beerwah QLD 4519 .

*(Defendant's place of work)*

Defendant's title or position is CEO .

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity        ☒ official capacity

This Defendant was acting under color of law because defendant is a part of the charades of witchcraft.

___. Defendant Glass' House Mountains National Park works at

*Insert ¶ #*                  *(full name of Defendant)*

Glass House Mountains QLD 4518, Australia. .

*(Defendant's place of work)*

Defendant's title or position is CEO .

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity        ☒ official capacity

This Defendant was acting under color of law because defendant is a part of the charades of witchcraft.

_____

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

___. Defendant *Hellenic Olympic Committee* works at

Insert ¶ #  (full name of Defendant)

*52, Avenue Dimitrios Vikelas, 152 33 Halandri Athēnes, Greece* .

(Defendant's place of work)

Defendant's title or position is *Mr. Spyros CAPRALOS* .

(Defendant's title or position at place of work)

This Defendant is sued in his/her (check one or both):

☐ individual capacity          ☒ official capacity

This Defendant was acting under color of law because *defendant is part of the charades of witchcraft. Ex:*

___. Defendant *The Olympic Studies Centre* works at

Insert ¶ #  (full name of Defendant)

*Villa du Centenaire, Quai d'Ochy 1, 1006 Lausanne, Switzerland*

(Defendant's place of work)

Defendant's title or position is *CEO* .

(Defendant's title or position at place of work)

This Defendant is sued in his/her (check one or both):

☐ individual capacity          ☒ official capacity

This Defendant was acting under color of law because *defendant is part of the charades of witchcraft. Ex:*

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

___. Defendant *Grand Orange Lodge of Scotland* works at
*Insert ¶ #* (full name of Defendant)

*Olympia House, 13 Olympia Street, Bridgeton Glasgow, Scotland G40 3TA*.
(Defendant's place of work)

Defendant's title or position is *Grand Master*.
(Defendant's title or position at place of work)

This Defendant is sued in his/her (check one or both):

☐ individual capacity                ☒ official capacity

This Defendant was acting under color of law because *defendant is a part of the Charades of Witchcraft*

___. Defendant *Worshipful Company of Masons* works at
*Insert ¶ #* (full name of Defendant)

*3 Little Trinity Lane, London EC4V 2AN*.
(Defendant's place of work)

Defendant's title or position is *Master of Company Alistair Wood*.
(Defendant's title or position at place of work)

This Defendant is sued in his/her (check one or both):

☐ individual capacity                ☒ official capacity

This Defendant was acting under color of law because _____

_____

_____

_____

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

___. Defendant ESPN _____ works at

*Insert ¶ #*

345 Middle Street Bristol CT 06010 _____.

*(full name of Defendant)*

*(Defendant's place of work)*

Defendant's title or position is President. Burke M or James Pitaro .

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity          ☒ official capacity

This Defendant was acting under color of law because defendant is a part of the charades of witchcraft. Ex: Owened by 80% Walt Disney & 20% Hearst

___. Defendant Federal Election Commission _____ works at

*Insert ¶ #*

1050 First St NE, Washington DC _____.

*(full name of Defendant)*

*(Defendant's place of work)*

Defendant's title or position is Executive. Sean J. Cooksey

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity          ☒ official capacity

This Defendant was acting under color of law because defendant is a part of the charades of witchcraft. Ex: (Romans 11:1-12) Romans 11:7 says: "What then? Israel hath not obtained that which he seeketh for; but the election hath obtained it, and the rest were blinded... * Basically, the government officials have taken the chosen ones positions and our inheritance as they ___Page Number___ are ignorant to the Truth behind the devices of the Civil Rights Complaint Pursuant to U.S.C. § 1983 wicked.

___. Defendant Dr. Jose Pantoja                              works at

Insert ¶ #          (full name of Defendant)

5750 Downey Ave #207, Lakewood, CA 90712          .

(Defendant's place of work)

Defendant's title or position is Gastroenterologist          .

(Defendant's title or position at place of work)

This Defendant is sued in his/her (check one or both):

☐ individual capacity                    ☒ official capacity

This Defendant was acting under color of law because defendant is a part of the charades of witchcraft. Eo: He did my colonoscopy in 2017 and I met with him in 2012 (do know what for). He is an Indian doctor who went through the backdoor in my physical body. He also graduated from Universidad De Chile Facultad De Medicina in 1974 & works at Lakewood Regional Medical Center

___. Defendant BHC Compton                              works at

Insert ¶ #          (full name of Defendant)

920 N Long Beach Blvd Suite #1 Compton CA 90221          .

(Defendant's place of work)

Defendant's title or position is (Clinic / Re: Supervisor / CEO)          .

(Defendant's title or position at place of work)

This Defendant is sued in his/her (check one or both):

☐ individual capacity                    ☒ official capacity

This Defendant was acting under color of law because defendant is a part of the charades of witchcraft. Eo: This clinic lost my blood approx 3 times during this trial because my blood never made it to the laboratory when they checked my file for my test results (& probably used for spellwork). This clinic also had me sit down one time for 15 minutes because my blood pressure was at 170 so the doctor gave me a pill & told me to sit still until my blood pressure went down. After 15 minutes she came and tested my bp and it ~~Page Number~~ had shot up to 200. Do you know she had nerves to tell me to ~~Civil Rights Complaint Pursuant to U.S.C. § 1983~~ drive myself to the ER after she told me to sit still when it was 170. Also, my Aunts husband who worked for IBM died at a hospital in a similar situation w/ HP, a pill, him dying in 2020

___. Defendant Universidad De Chile De Medicina    works at

*Insert ¶ #*          *(full name of Defendant)*

Av. Libertador Bernardo O' Higgins 1058, Santiago de Chile, Casa Central.

*(Defendant's place of work)*

Defendant's title or position is President Rosa Deves Alessandri.

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity          ☒ official capacity

This Defendant was acting under color of law because defendant is a part of the charades of witchcraft. Ex: Dr Jose Pantoja graduated from Here.

___. Defendant Kaiser Permanente    works at

*Insert ¶ #*          *(full name of Defendant)*

One Kaiser Plaza Oakland CA 94612

*(Defendant's place of work)*

Defendant's title or position is CEO: Gregory A. Adams

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity          ☒ official capacity

This Defendant was acting under color of law because defendant is a part of the charades of witchcraft. Ex: Kaiser Wilhelm was emperor of Germany then you had Robert Kaiser the Nazi leader and there's a story on the Kaiser Holocaust and genocide. My grandmother died while being a patient at Kaiser.

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

___. Defendant Pacific Toxicology labs ___ works at

*Insert ¶ #*                              *(full name of Defendant)*

9348 De Soto Ave, Chatsworth CA 91311 .

*(Defendant's place of work)*

Defendant's title or position is CEO: Jeff Lanzolatta .

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity          ☒ official capacity

This Defendant was acting under color of law because defendant is a part of the charades of witchcraft. So

___. Defendant Checkr ___ works at

*Insert ¶ #*        Suite 2100      *(full name of Defendant)*

1 Montgomery St. San Francisco CA 94108 94104 .

*(Defendant's place of work)*

Defendant's title or position is CEO : Daniel Yanisse .

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity          ☒ official capacity

This Defendant was acting under color of law because defendant is a part of the charades of witchcraft. So

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

## III. PARTIES

3.    Plaintiff Victoria Dillihunt _____ resides at:
*(your full name)*

12035 S. Broadway #K _____
Los Angeles CA 90061 _____.
*(your address)*

*(You should specifically identify each Defendant you intend to sue in a separate, numbered paragraph.)*

4. Defendant Charterhouse School _____ works at
*(full name of Defendant)*
Charterhouse Road, Godalming Surrey, GU7 2DX, UK _____.
*(Defendant's place of work)*

Defendant's title or position is Headmaster : Alex Peterken ____.
*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity          ☒ official capacity

This Defendant was acting under color of law because: defendant is a part of the charades of witchcraft. Ex: This school was established in 1611 and its a part of the Church of England. The Rock band Genesis came from this school.

5. Defendant Genesis Healthcare Headquarters _____ works at
*(full name of Defendant)*
101 East State St Kennett Square, PA 19348 _____.
*(Defendant's place of work)*

Defendant's title or position is CEO _____.
*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity          ☒ official capacity

This Defendant was acting under color of law because: defendant is a part of the charades of witchcraft. Ex: They made my story in Genesis healthcare, Powerback Rehab, & Powerback Respiratory

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

## III. PARTIES

3.   Plaintiff _Victoria Tenisha Shanae Dillihent_   resides at:
*(your full name)*

_12035 S. Broadway #K_

_Los Angeles CA 90044_
*(your address)*

*(You should specifically identify each Defendant you intend to sue in a separate, numbered paragraph.)*

4. Defendant _Universal Pictures International Germany GmbH_   works at
*(full name of Defendant)*

_Herriotstraße 6-8 60528 Frankfurt am Main, Germany_
*(Defendant's place of work)*

Defendant's title or position is _Germany Film Production Studio_
*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity                    ☒ official capacity

This Defendant was acting under color of law because: _the defendant is a part of the charades of witchcraft. Ex: The beginning of the film era was intentionally created with the motive to promote propaganda._

5. Defendant _Bärbel Bas (German Bundestag)_   works at
*(full name of Defendant)*

_Platz der Republik 1, 11011 Berlin Germany_
*(Defendant's place of work)*

Defendant's title or position is _President of Bundestag_
*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity                    ☒ official capacity

This Defendant was acting under color of law because: _defendant is a part of the charades of witchcraft. Ex: The Holy Roman Empire was a part of Germany, Nazi's came from Germany, & Drugs, etc_

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

___. Defendant Time Square Studios _____ works at

*Insert ¶ #*                                    *(full name of Defendant)*

1600 Broadway Times Square, New York, NY 10036 _____.

*(Defendant's place of work)*

Defendant's title or position is Walt Disney Company _____.

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity          ☒ official capacity

This Defendant was acting under color of law because defendant is a part of the charades of witchcraft. Ex: _____

___. Defendant Hearst Communications Inc _____ works at

*Insert ¶ #*                                    *(full name of Defendant)*

Hearst Tower, 300 W. 57th St New York, NY 10019 _____.

*(Defendant's place of work)*

Defendant's title or position is CEO Steve Swartz _____.

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity          ☒ official capacity

This Defendant was acting under color of law because defendant is a part of the charades of witchcraft. Ex: Owns 20% FSM _____

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

___. Defendant _Virgin Group_ _____ works at
Insert ¶ #                   (full name of Defendant)

_666 Porchester Rd, London, W2 6ET United Kingdom_ .
                  (Defendant's place of work)

Defendant's title or position is _CEO: Josh Bayliss_ .
                  (Defendant's title or position at place of work)

This Defendant is sued in his/her (check one or both):

    ☐ individual capacity              ☒ official capacity

This Defendant was acting under color of law because _defendant is a part of the charades of witchcraft. Ex:_ _____

_____

_____

_____

___. Defendant _Nintendo_ _____ works at
Insert ¶ #                   (full name of Defendant)

_11-1 Hokotate-cho, Kamitoba, Minami-Ku, Kyoto 601-8501_ .
                  (Defendant's place of work)

Defendant's title or position is _President: Shuntaro Furukawa_ .
                  (Defendant's title or position at place of work)

This Defendant is sued in his/her (check one or both):

    ☐ individual capacity              ☒ official capacity

This Defendant was acting under color of law because _defendant is a part of the charades of witchcraft. Ex:_ _____

_____

_____

_____

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

___. Defendant All Souls College _____ works at

Insert ¶ # _(full name of Defendant)_

Oxford OX1 4AL, United Kingdom _____.

_(Defendant's place of work)_

Defendant's title or position is Warden Sir John Vickers _____.

_(Defendant's title or position at place of work)_

This Defendant is sued in his/her (check one or both):

☐ individual capacity        ☒ official capacity

This Defendant was acting under color of law because defendant is a part of the charades of witchcraft. Ex: Full name is: College of All Souls of the Faithful Departed. That means this is a school of witchery _____

_____

Defendant Jericho, Oxford _____ works at

Insert ¶ # _(full name of Defendant)_

Civic Office, Town Hall, St Aldates, Oxford, OX1 1BX, UK

_(Defendant's place of work)_

Defendant's title or position is Lord Mayor; Lawrence Kepeharme _____.

_(Defendant's title or position at place of work)_

This Defendant is sued in his/her (check one or both):

☐ individual capacity        ☒ official capacity

This Defendant was acting under color of law because defendant is a part of the charades of witchcraft. EX: Trying to replicate God's territory

_____

_____

_____
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

___. Defendant _Dongxiang County (Santa Language)_ works at
*Insert ¶ #*          *(full name of Defendant)*

_No. 78, Dongxi Street, Suonan Town, Dongxiang Autonomous County_ .
          *(Defendant's place of work)*

Defendant's title or position is _Secretary of Dongxiang County: Ma Bin_ .
                    *(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity               ☒ official capacity

This Defendant was acting under color of law because _defendant is a part of the_ _charades of Witchcraft. Ex: This is a communist party. The Santa Language is also known as Dongxiang which is a Mongolic language spoken by this people. Also Dec. 25 is Christmas which is the Celebration of Christ however hiding behind him is Roman Catholics because Charles the Great was crowned Roman Emperor on Dec 25, 800 which symbolizes Santa as the pagan side of Christmas just like Saint Nicholas except this part has to do with language (Christmas music) and China is the one who was running Hollywood in the Background so this makes perfect sense._

___. Defendant _Moorish Science Temple of America_ works at
*Insert ¶ #*          *(full name of Defendant)*

_5001 S. Wabash Ave, Chicago, IL 60615_ .
          *(Defendant's place of work)*

Defendant's title or position is _Brother E. Braswell Bey_ .
                    *(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity               ☒ official capacity

This Defendant was acting under color of law because _defendant is a part of the charades of witchcraft. Ex: Bey symbolizes Bey Ottoman/Beyonce_

_____
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

___. Defendant Powers Catholic HighSchool ___ works at
*Insert ¶ #*                    *(full name of Defendant)*

1505 W. COURT ST, FLINT, MICHIGAN 48503 .
                    *(Defendant's place of work)*

Defendant's title or position is CATHOLIC ___ .
                              *(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity           ☒ official capacity

This Defendant was acting under color of law because defendant is a part of the charades of witchcraft.

_____

_____

_____

___. Defendant Holy Family Catholic School ___ works at
*Insert ¶ #*                    *(full name of Defendant)*

215 Orchard Street, Grand Blanc, MICHIGAN 48439 .
                    *(Defendant's place of work)*

Defendant's title or position is Catholic School .
                              *(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity           ☒ official capacity

This Defendant was acting under color of law because defendant is a part of the charades of witchcraft.

_____

_____

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

____. Defendant East Rancho Dominguez PARK works at

Insert ¶ #                    (full name of Defendant)

15116 Atlantic Ave, East Compton CA 90221

(Defendant's place of work)

Defendant's title or position is _____

(Defendant's title or position at place of work)

This Defendant is sued in his/her (check one or both):

☐ individual capacity          ☒ official capacity

This Defendant was acting under color of law because defendent is a part of the charade of witchcraft. Ex; Lime ˢᵗ and Rose ˢᵗ. Has tennis Court but represents Dominguez which I was born in Dominguez hospital. Beyonce concerts Lime, Rose=(vale), tennis=Venus! Hiding in Plain Sight while I suffer for her sorcery

____. Defendant Tom's Jr works at

Insert ¶ #                    (full name of Defendant)

1725 N. Long Beach Blvd Compton CA 90221

(Defendant's place of work)

Defendant's title or position is Hamburger Restuarant

(Defendant's title or position at place of work)

This Defendant is sued in his/her (check one or both):

☐ individual capacity          ☒ official capacity

This Defendant was acting under color of law because defendant is a part of the charade of witchcraft. Ex: Has the NWA poster & is where I took pictures with problem & DJ Yellow from NWA on the day that they put up the event for the neighboorhood

_____
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

___. Defendant Magic Johnson Park ___ works at

Insert ¶ #

905 E. El Segundo Blvd Los Angeles CA 90059

*(full name of Defendant)*

*(Defendant's place of work)*

Defendant's title or position is LA County Recreation

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity          ☒ official capacity

This Defendant was acting under color of law because defendant is a part of the charade of witchcraft. Ex: This is the park that I would have my visits at with my kids at times.

___. Defendant Volunteers of America ___ works at

Insert ¶ #

1660 Duke Street, Alexandria VA 22314

*(full name of Defendant)*

*(Defendant's place of work)*

Defendant's title or position is CEO: Mike King

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity          ☒ official capacity

This Defendant was acting under color of law because defendant is a part of the charade of witchcraft. Ex: Defendant housed me in 2014 the first time I was set up & had my kids detained. Also, the nickname for this VOA is the "T House".

_____
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

___. Defendant Disney Transport _____ works at

*Insert ¶ #*  (full name of Defendant)

3020 Maingate Lane, Kissimmee Florida _____.

(Defendant's place of work)

Defendant's title or position is CEO _____.

(Defendant's title or position at place of work)

This Defendant is sued in his/her (check one or both):

☐ individual capacity          ☒ official capacity

This Defendant was acting under color of law because defendant is a part of the charades of witchcraft. Ex: _____

_____

_____

___. Defendant Neuschwanstein Castle _____ works at

*Insert ¶ #*  (full name of Defendant)

Neuschwansteinstraße 20, 87645, schwangau, Germany ____.

(Defendant's place of work)

Defendant's title or position is CEO _____.

(Defendant's title or position at place of work)

This Defendant is sued in his/her (check one or both):

☐ individual capacity          ☒ official capacity

This Defendant was acting under color of law because defendant is a part of the charades of witchcraft. Ex: This castle is a global symbol of the era of Romanticism. Romanticism is an artistic and intellectual movement that originated in EUROPE towards the end of the 18th century. It was partly a reaction to the Industrial Revolution. Schwerin Castle is considered another palace of the Romantic historicism. It's nickname is "Neuschwanstein of the North"

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

___. Defendant Circus of Nero _____ works at

*Insert ¶ #*                         *(full name of Defendant)*

Piazzo del Scant'uffizig 2-8, 00193, Rome, Italieny Vatican City .

*(Defendant's place of work)*

Defendant's title or position is overseer _____.

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity          ☒ official capacity

This Defendant was acting under color of law because defendant is a part of the charades of witchcraft. Ex: Nero Ceaser symbolizes perversion

___. Defendant Circus Maximus _____ works at

*Insert ¶ #*                         *(full name of Defendant)*

Via del Circo Massimo 00186, Roma RM, Italy .

*(Defendant's place of work)*

Defendant's title or position is overseer _____.

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity          ☒ official capacity

This Defendant was acting under color of law because defendant is a part of the charades of witchcraft. Ex:

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

___. Defendant Virgo Aqueduct - Aqua Virgo ___ works at

*Insert ¶ #*   (full name of Defendant)

Vica del Nazareno, 9a, 00187 Roma RM, Italy .

(Defendant's place of work)

Defendant's title or position is owner/overseer .

(Defendant's title or position at place of work)

This Defendant is sued in his/her (check one or both):

☐ individual capacity          ☒ official capacity

This Defendant was acting under color of law because defendant is a part of the charades of witchcraft. Ex: Aqua Virgo = Virgo Water

___. Defendant Water and Power ___ works at

*Insert ¶ #*   (full name of Defendant)

111 North Hope Street Los Angeles CA .

(Defendant's place of work)

Defendant's title or position is Manager: Marty L. Adams .

(Defendant's title or position at place of work)

This Defendant is sued in his/her (check one or both):

☐ individual capacity          ☒ official capacity

This Defendant was acting under color of law because defendant is a part of the charades of witchcraft. Ex: It's a way of controlling my partner while letting somebody else pretend to be Adams marking my partner as ① Water (dragon Rev 13) ② Power (Universal) = Lost Angel Rev 13 ③ BEAST

Page Number ___

Civil Rights Complaint Pursuant to U.S.C. § 1983

___. Defendant Aulani, ADisney Resort & Spa _____ works at

Insert ¶ # (full name of Defendant)

92-1185 Aliinui Dr, Kapolei, HI 96707 _____.

(Defendant's place of work)

Defendant's title or position is CEO _____.

(Defendant's title or position at place of work)

This Defendant is sued in his/her (check one or both):

☐ individual capacity          ☒ official capacity

This Defendant was acting under color of law because defendant is a part of the charades of witchcraft. Ex: _____

___. Defendant Disney Cruise Line _____ works at

Insert ¶ # (full name of Defendant)

200 Celebration Pl, Kirsimmee, FL 34747 _____.

(Defendant's place of work)

Defendant's title or position is CEO (Thomas Mazloum _____.

(Defendant's title or position at place of work)

This Defendant is sued in his/her (check one or both):

☐ individual capacity          ☒ official capacity

This Defendant was acting under color of law because defendant is a part of the charades of witchcraft. Ex: _____

_____
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

___. Defendant Tempio Maggiore _____ works at
Insert ¶ #                    (full name of Defendant)

Lungotevere de' Cenci, 00186 Roma RM, Italy _____.
                    (Defendant's place of work)

Defendant's title or position is Chief Rabbi Riccardo Shemuel Di Segni.
                              (Defendant's title or position at place of work)

This Defendant is sued in his/her (check one or both):

   ☐ individual capacity                    ☒ official capacity

This Defendant was acting under color of law because defendant is a part of the charades of witchcraft. Ex: It's ju    the Great Synagogue of Rome. It's located in the place of the former Roman ghetto.

___. Defendant Theatre of Marcellus _____ works at
Insert ¶ #                    (full name of Defendant)

Via del Teatro di Marcello, 00186 Roma RM, Italy _____.
                    (Defendant's place of work)

Defendant's title or position is CEo.
                              (Defendant's title or position at place of work)

This Defendant is sued in his/her (check one or both):

   ☐ individual capacity                    ☒ official capacity

This Defendant was acting under color of law because defendant is a part of the charades of witchcraft. Ex: Built during Julius Caesar Augustus Caesar/Marcus Marcellus

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

___. Defendant Schwerin Castle _____ works at

Insert ¶ #                    (full name of Defendant)

Lennéstraße 1, 19053 Schwerin, Germany _____.

(Defendant's place of work)

Defendant's title or position is CEO _____.

(Defendant's title or position at place of work)

This Defendant is sued in his/her (check one or both):

☐ individual capacity          ☒ official capacity

This Defendant was acting under color of law because defendant is a part of the charades of witchcraft. Ex: Schwerin Castle is considered "Neuschwanstein of the North". From 1560 to 1563, John Albert rebuilt the palace's chapel & it became the first new PROTESTANT CHURCH of the state.

___. Defendant Bavarian Palace Administration _____ works at

Insert ¶ #                    (full name of Defendant)

Schloss Nymphenburg, Eingang 1, 80638 München _____.

(Defendant's place of work)

Defendant's title or position is President: Bernd Schreiber _____.

(Defendant's title or position at place of work)

This Defendant is sued in his/her (check one or both):

☐ individual capacity          ☒ official capacity

This Defendant was acting under color of law because defendant is a part of the charades of witchcraft. Ex: This defendent oversees many palaces, gardens, and lakes. One of their castles such as Neuschwanstein built by the order of King Ludwig II was the inspiration for the Disney Cinderella Castle & Sleeping Beauty Castle.

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

___.  Defendant Colosseum _____ works at

*Insert ¶ #*                                  *(full name of Defendant)*

Piazza de Colosseo, 1, 00184 Roma RM, Italy _____

*(Defendant's place of work)*

Defendant's title or position is overseer _____.

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity                    ☒ official capacity

This Defendant was acting under color of law because defendant is a part of the charades of witchcraft. Ex: This used to be the amphitheatrum Flavium _____

___.  Defendant Baths of Nero _____ works at

*Insert ¶ #*                                  *(full name of Defendant)*

Via di S. Eustachio, 18, 00186 Roma RM, Italy _____

*(Defendant's place of work)*

Defendant's title or position is Overseer _____.

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity                    ☒ official capacity

This Defendant was acting under color of law because defendant is a part of the charades of witchcraft. Ex: Nero ceaser symbolizes perversion _____

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

___. Defendant Obie Trice, III _____ works at

*Insert ¶ #*                    *(full name of Defendant)*

2220 Colorado Ave, 5Th Fl, Santa Monica CA 90404 .

*(Defendant's place of work)*

Defendant's title or position is Interscope Record Artist .

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity          ☒ official capacity

This Defendant was acting under color of law because defendant is a part of the charade of witchcraft. & He is African American and German decent

_____

_____

___. Defendant Louis Farrakhan _____ works at

*Insert ¶ #*                    *(full name of Defendant)*

7351 South Stony Island Ave., Chicago IL 60649 .

*(Defendant's place of work)*

Defendant's title or position is Nation of Islam .

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity          ☒ official capacity

This Defendant was acting under color of law because defendant is a part of the charade of witchcraft.

_____

_____

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

___. Defendant Sega Headquarters _____ works at
*Insert ¶ #*          *(full name of Defendant)*

Sumitomo Fudosan Osaki Garden Tower 9F, 1-1-1 Nishi-Shinagawa, Shinagawa-ku, Tokyo 141-0033, Japan
*(Defendant's place of work)*

Defendant's title or position is CEO: Haruki Satomi _____.
*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity          ☒ official capacity

This Defendant was acting under color of law because defendant is a part of the charades of witchcraft. Ex: _____

___. Defendant Euro Disney Associes Sas _____ works at
*Insert ¶ #*          *(full name of Defendant)*

1 Rue de la Galmy Chessy, 77700 France _____.
*(Defendant's place of work)*

Defendant's title or position is CEO: Tom Wolber _____.
*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity          ☒ official capacity

This Defendant was acting under color of law because defendant is a part of the charades of witchcraft. Ex: _____

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

___.   Defendant _____ Yoon Suk Yeol _____ works at

*Insert ¶ #*                    *(full name of Defendant)*

22 Itaewon-ro, Yongsan-gu, Seoul, South Korea _____.

*(Defendant's place of work)*

Defendant's title or position is _____ President of South Korea _____.

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity                    ☑ official capacity

This Defendant was acting under color of law because ___defendant is a part of___ the charades of witchcraft. _____

_____

_____

___.   Defendant _____ Fumio Kishida _____ works at

*Insert ¶ #*                    *(full name of Defendant)*

2-3-1 NagatachōChiyoda-ku100-8968 _____.

*(Defendant's place of work)*

Defendant's title or position is _____ Prime Minister  of Japan _____.

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity                    ☑ official capacity

This Defendant was acting under color of law because ___defendant is a part of___ charade of witchcraft _____

_____

_____

_____
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

___. Defendant Isaac Newton Global School _____ works at

Insert ¶ # (full name of Defendant)

Maulana Azad Rd, Vishramwadi dighaholi, Ramdi, Vasai-Virar, Sandor, Maharashtra 40120, India

(Defendant's place of work)

Defendant's title or position is Head (??) Dr Sandeep Gavankar .

(Defendant's title or position at place of work)

This Defendant is sued in his/her (check one or both):

☐ individual capacity           ☒ official capacity

This Defendant was acting under color of law because defendant is a part of the charades of witchcraft. Fo In year 16666 Isaac Newton discovered the spectrum of light. 66666 is number of beast

___. Defendant Statal Institute of Higher Education IsaacNewton works at

Insert ¶ # (full name of Defendant)

Via Gianluigi Zucchi, 3-5 Lombardy Varese Italy, Province of Varese, 21100 .

(Defendant's place of work)

Defendant's title or position is Head of Schools Daniele Marzagalli .

(Defendant's title or position at place of work)

This Defendant is sued in his/her (check one or both):

☐ individual capacity           ☒ official capacity

This Defendant was acting under color of law because defendant is a part of the charades of witchcraft. Fo In year 16666 Isaac Newton discovered the spectrum of light 66666 is the number of beast

_____
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

___. Defendant University of Texas at Austin works at
*Insert ¶ #*  *(full name of Defendant)*

2515 Speedway, Austin, TX 78712 .
*(Defendant's place of work)*

Defendant's title or position is President Jay Hartzell .
*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity          ☒ official capacity

This Defendant was acting under color of law because defendant is a part of the charades of witchcraft. Eo Nickname Longhorns (bull) & Motto: Education is guardian of the State

___. Defendant Longhorn Football works at
*Insert ¶ #*  *(full name of Defendant)*

2100 San Jacinto Blvd, Austin, TX 78712 .
*(Defendant's place of work)*

Defendant's title or position is Coach .
*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity          ☒ official capacity

This Defendant was acting under color of law because defondant is a part of the charades of witchcraft. Eo Longhorn (Bull symbolizes Beast)

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

___. Defendant Saint Nicholas Society of the City of New York works at
Insert ¶ #                    (full name of Defendant)

150 East 55th St, Third floor, New York, NY 10022          .
                    (Defendant's place of work)

Defendant's title or position is Thomas S Johnson          .
                              (Defendant's title or position at place of work)

This Defendant is sued in his/her (check one or both):

☐ individual capacity          ☒ official capacity

This Defendant was acting under color of law because defendant is a part of the charades of witchcraft. Ex:

_____

_____

___. Defendant Library of Ashurbanipal works at
Insert ¶ #                    (full name of Defendant)

Unnamed Road, Mosul, Nineveh Governorate, Iraq          .
                    (Defendant's place of work)

Defendant's title or position is Historical Landmark          .
                              (Defendant's title or position at place of work)

This Defendant is sued in his/her (check one or both):

☐ individual capacity          ☒ official capacity

This Defendant was acting under color of law because defendant is a part of the charades of witchcraft. Ex: It was built in year 666 during the reign of Ashurbanipal king of Assyrian. 666 is number of beast

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

___. Defendant East Rancho Dominguez Library _____ works at

Insert ¶ #                    (full name of Defendant)

4420 E. Rose St East Compton Ca 90221 _____.

(Defendant's place of work)

Defendant's title or position is CEO: William T. Fujioka _____.

(Defendant's title or position at place of work)

This Defendant is sued in his/her (check one or both):

☐ individual capacity                    ☒ official capacity

This Defendant was acting under color of law because defendant is a part of the charades of witchcraft. Ex There was a library built in 6666 which is the number of the beast

___. Defendant Casa Dominguez _____ works at

Insert ¶ #                    (full name of Defendant)

15727 Atlantic Ave Compton CA 90221 _____.

(Defendant's place of work)

Defendant's title or position is Kelly Boyer of Abode Communities _____.

(Defendant's title or position at place of work)

This Defendant is sued in his/her (check one or both):

☐ individual capacity                    ☒ official capacity

This Defendant was acting under color of law because defendant is a part of the charades of witchcraft. Ex

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

___. Defendant __**Mi Casa Motel**_____ works at

*Insert ¶ #*                        *(full name of Defendant)*

__**12711 Atlantic Ave Lynwood CA, 90262**_____.

*(Defendant's place of work)*

Defendant's title or position is __**Motel**_____.

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity                    ☐ official capacity

This Defendant was acting under color of law because ____Defendant is a part of____ the charades of witchcraft. Ex: Mi Casa stands for My House in spanish and it is ran by indians who get paid every time we need a place to lay our heads when the whole time they're in on the scandal too bcuz Hinduism, Buddhism, Catholicism are all PIMPS In the streets they say ISM means pimp so that is exactly what they are playing with GODS Holy Word, people, and hiding behind the faith (that is the true definition of a wolf in sheeps clothing or looking like a lamb with horns(innocent) but speaking as a dragon (meaning their hidden agenda behind why they do what they do as in their motive)

___. Defendant __**Flo Rida (I.M.G. Strong Arm Management**__ works at

*Insert ¶ #*                        *(full name of Defendant)*

__**2635 W 79th St, Hialeah, Florida 33016**_____.

*(Defendant's place of work)*

Defendant's title or position is __**Music Artist**_____.

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity                    ☐ official capacity

This Defendant was acting under color of law because __Defendant is a part of the__ charades of witchcraft. Ex: His song "MY HOUSE"

_____

_____

_____

_____

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

___. Defendant **Legoland** works at

(full name of Defendant)

One Legoland Dr, Carlsbad CA 92008

(Defendant's place of work)

Defendant's title or position is Rex Jackson (President)

(Defendant's title or position at place of work)

This Defendant is sued in his/her (check one or both):

☐ individual capacity          ☒ official capacity

This Defendant was acting under color of law because defendant is a part of the charade of witchcraft.

___. Defendant **Six Flags Magic Mountain** works at

(full name of Defendant)

1000 Ballpark Way, Arlington, TX 76011

(Defendant's place of work)

Defendant's title or position is CEO; Selim A Bassoul

(Defendant's title or position at place of work)

This Defendant is sued in his/her (check one or both):

☐ individual capacity          ☒ official capacity

This Defendant was acting under color of law because defendant is a part of the charade of witchcraft.

Civil Rights Complaint Pursuant to U.S.C. § 1983

___. Defendant __Lancaster_____ works at

Insert ¶ #

*(full name of Defendant)*

__44933 Fern Ave Lancaster CA 93534__

*(Defendant's place of work)*

Defendant's title or position is __Mayor R. Rex Parris__

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity               ☒ official capacity

This Defendant was acting under color of law because __defendant is a part of the charade of witchcraft.__

___. Defendant __Victorville_____ works at

Insert ¶ #

*(full name of Defendant)*

__14343 Civic Drive PO Box 5001 Victorville CA 92393__

*(Defendant's place of work)*

Defendant's title or position is __Mayor Elizabeth Becerra__

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity               ☒ official capacity

This Defendant was acting under color of law because __defendant is a part of the charade of witchcraft.__

Civil Rights Complaint Pursuant to U.S.C. § 1983

___. Defendant Rose Motel _____ works at
*Insert ¶ #*                    *(full name of Defendant)*

716 Rosecrans Ave. Compton CA 90222 .
                    *(Defendant's place of work)*

Defendant's title or position is Motel
                    *(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity          ☒ official capacity

This Defendant was acting under color of law because defendant is a part of the charades of witchcraft. Ex: In Beauty in the Beast, the Beast had the Rose in the glass veil in his castle. The rose really stands for the rose of sharon from the Songs of Solomon. My aunt Sharon used to live down the street in a citizen apartment complex. She is the mother of my cousin Steven who I dealt with perversion with.

___. Defendant Edward Lynn Brown Apartments for Seniors works at
*Insert ¶ #*                    *(full name of Defendant)*

1001 N. Hickory Ave. Compton CA 90220 .
                    *(Defendant's place of work)*

Defendant's title or position is CEO
                    *(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity          ☒ official capacity

This Defendant was acting under color of law because defendant is a part of the charades of witchcraft. Ex: The perversion lies behind the names Edward Lynn Brown Apts is that they are down street from the Rose Motel and this is where my Aunt Sharon lived. It connected

**16**

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

____. Defendant **Stephen Glenn Martin** works at
*Insert ¶ #*            *(full name of Defendant)*

9601 Wilshire Blvd 3rd floor, Beverly Hills CA 90210 .
*(Defendant's place of work)*

Defendant's title or position is Comedian .
                    *(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity          ☒ official capacity

This Defendant was acting under color of law because defendant is a part of the charades of witchcraft. Ex; Stephen G. Martin was married to Victoria Tennant (divorced 1994) now he's married to Anne Stringfield since 2007. His ex-wife Victoria Tennant now married Kirk Stambler what that symbolizes is exactly what's going on now with my fight to be free. For instance, Steven is my cousin in whom I dealt with incest (perversion) which is satanic & now I am here to address the main subjects about the perversion in this civil rights case so that I can marry who God has for me which Kirk Franklin is in the position but now is the time to draw the line and be free from such entanglements

____. Defendant **The Broadway League** works at
*Insert ¶ #*            *(full name of Defendant)*

729 Seventh Avenue, 5th Floor, New York, NY 10019 .
*(Defendant's place of work)*

Defendant's title or position is Executive Director: Charlotte St. Martin .
                    *(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity          ☒ official capacity

This Defendant was acting under color of law because defendant is a part of the charades of witchcraft. Ex: Charlotte is the name of my aunt who works for the afterschool program as the director and Broadway symbolizes the road to hell because the road that goes to heaven is narrow.

**17**
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

___. Defendant _Greek Orthodox Patriarchate of Jerusalem_ works at
Insert ¶ #                   (full name of Defendant)

_P.O Box 19632, 9119601 Jerusalem_
                   (Defendant's place of work)

Defendant's title or position is _Greek Orthodox_
                   (Defendant's title or position at place of work)

This Defendant is sued in his/her (check one or both):

☐ individual capacity                ☑ official capacity

This Defendant was acting under color of law because _defendant is a_
_part of the charades of witchcraft. Ex:_

_____

_____


___. Defendant _Ribe Katedralskole_ works at
Insert ¶ #                   (full name of Defendant)

_Puggaardsgade 22, 6760 Ribe, Denmark_
                   (Defendant's place of work)

Defendant's title or position is _Bishop Elisabeth Dons Christensen_
                   (Defendant's title or position at place of work)

This Defendant is sued in his/her (check one or both):

☐ individual capacity                ☑ official capacity

This Defendant was acting under color of law because _defendant is a_
_part of the charades of witchcraft. Ex: Ribe in slang_
_means intense sexual need to sleep with someone (in any bodily entrance (anal, vag, oral))_
_Don is a wild animals habitat; and mark is a brand aka Mark of beast = Bull_

**18**

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

___. Defendant Ramanathapuram District _____ works at
*Insert ¶ #*    *(full name of Defendant)*

The Collector, District Collector Office, Ramanathapuram -623 503 __
*(Defendant's place of work)*

Defendant's title or position is District Collector (Re:Thiru B Vishnu Chandran I.AS.)
*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity                 ☒ official capacity

This Defendant was acting under color of law because defendant is a part of the charades of witchcraft. Ex: Ram is a Male adult lamb, Jesus Christ is the lamb slain before the foundation of the earth. So the witchcraft is other people are acting like a ram while worshipping other Gods

___. Defendant Mercedes-Benz Group AG _____ works at
*Insert ¶ #*    *(full name of Defendant)*

Corporate Headquarters, Mercedesstraße 120, 70372 Stuttgart Germany .
*(Defendant's place of work)*

Defendant's title or position is Transportation __
*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity                 ☒ official capacity

This Defendant was acting under color of law because defendant is a part of the charades of witchcraft __

_____

_____

**19**
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

___. Defendant **Catholic Charities USA** works at
<span style="font-size:smaller">Insert ¶ #</span>  *(full name of Defendant)*

**2050 Ballenger Ave, Suite 400, Alexandria, VA 22314** .
*(Defendant's place of work)*

Defendant's title or position is **President Donna Markham** .
*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity          ☒ official capacity

This Defendant was acting under color of law because **defendant partook in the charades of witchery to set me & my family up in 2018. 2050 is 2+5=7 meaning complete then Ballenger Ave using phonics sounds out Ball in grave summing up to: Catholic Charities USA completes ball (his seed) in grave which is basically what they attempted to do because after receiving their help in 2018 it's been non stop lies, charades, etc that tried to bury me & cause division in my relationship. All this mess because they wanted to keep producing seeds of destruction to destroy & take to hell with Satan due to this being a spiritual battle over souls...**

___. Defendant **Stevie Wonder** works at
<span style="font-size:smaller">Insert ¶ #</span>  *(full name of Defendant)*

**4616 W. Magnolia Blvd Burbank CA 91505** .
*(Defendant's place of work)*

Defendant's title or position is **Black Bull Music CArtist** .
*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity          ☒ official capacity

This Defendant was acting under color of law because **defendant caught in a charade of witchcraft. Ex: Stevie = Saint Stephen & Wonder = Marvel, admiration aka worship. Also Stevie Wonder has an album called Natural Wonder. The 7 natural wonders of the World are ① Mount Everest, ② Paricutin Volcano, ③ The Grand Canyon, ④ Victoria Falls in Africa, ⑤ The Harbor of Rio de Janeiro, ⑥ Great Barrier Reef, ⑦ Northern Lights.** *What's ironic is it was my big cousin Lil Stevie who used to sleep with me (incest) then I ran & ended up on drugs. So this pr- it was the Catholic Church behind my perver & drug usage.

**20**
Civil Rights Complaint Pursuant to U.S.C. § 1983

___. Defendant St John River (Bay of Fundy) works at

Insert ¶ # (full name of Defendant)

i5 Market Square, Saint John, NBE2L, 1E8 Canada.

(Defendant's place of work)

Defendant's title or position is Saint John.

(Defendant's title or position at place of work)

This Defendant is sued in his/her (check one or both):

☐ individual capacity  ☒ official capacity

This Defendant was acting under color of law because defendant is a part of the charades of witchcraft. The witches way of stealing because John 7:38 - He that believeth on me, as the scripture hath said, out of his belly shall flow rivers of living waters.

___. Defendant Sing Sing Correctional Facility works at

Insert ¶ # (full name of Defendant)

35A Hunter Street Ossining, New York

(Defendant's place of work)

Defendant's title or position is Maximum Security Prison.

(Defendant's title or position at place of work)

This Defendant is sued in his/her (check one or both):

☐ individual capacity  ☒ official capacity

This Defendant was acting under color of law because defendant has been a partarker of another parties charades of witchcraft. They're way of Locking up my partners voice & mine as they allowed others to act like us.

**21**
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

___. Defendant **Kais Saied or Ahmed Hachani** works at
*Insert ¶ #*   *(full name of Defendant)*

Place du Gouvernement-La Kasbah, 1030 Tunis
*(Defendant's place of work)*

Defendant's title or position is **President of Tunisia Republic**
*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity          ☒ official capacity

This Defendant was acting under color of law because defendant is caught in a charade of witchcraft. This is governed by Arabs however my name is Victoria Tenisha Dillihunt. You find Victoria in Africa, Europe, Etc and Tenisha which lets you know who really is who.

___. Defendant **Souad Abderrahim** works at
*Insert ¶ #*   *(full name of Defendant)*

Lot 24, rue de la Feuille d'Erable, Cité des Pins, Tunis, Tunisia
*(Defendant's place of work)*

Defendant's title or position is **Mayor of Tunis**
*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity          ☒ official capacity

This Defendant was acting under color of law because defendant caught in a charade of witchcraft

**22**

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

___. Defendant __Reversing Falls__ works at
*Insert ¶ #*          *(full name of Defendant)*

__100 Fallsview Ave, Saint John, NB E2K 0G8, Canada__.
                              *(Defendant's place of work)*

Defendant's title or position is __Reversing Falls Tourist Attraction__.
                              *(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity          ☑ official capacity

This Defendant was acting under color of law because __defendant is a part__
__of the charades of witchcraft. Reversing Falls is a representation__
__of the witches attempting to keep from getting knocked down__

___. Defendant __Saint John Lancaster__ works at
*Insert ¶ #*          *(full name of Defendant)*

__640 Manawagonish Road Suite A, Saint John, New Brunswick E2M 3W5, Canada__
                              *(Defendant's place of work)*

Defendant's title or position is __Progressive Conservative (Re: Dorothy Shepherd ) MIA__
                              *(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity          ☑ official capacity

This Defendant was acting under color of law because __defendant is a part__
__of the charade of witchcraft. Example: My daughter Miracle was taken__
__by DCFS and placed in Lancaster CA. Its in St John where I found Reversing Falls__
__& my grandmother: RIP and lil cousin who DCFS took her kids too name is Dorothy.__

**23**

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

___. Defendant _Global Victoria_____ works at
_Insert ¶ #_                    *(full name of Defendant)*

Level 33, 121 Exhibition Street, Melbourne, Victoria 3000, Australia___.
                    *(Defendant's place of work)*

Defendant's title or position is CEO (Re: Danni Jarrett)____.
                    *(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity          ☒ official capacity

This Defendant was acting under color of law because _defendant is a part_
of the charades of witchcraft. Example: Global Victoria symbolizes
my being all over the world like Baby the Mother of Harlots (or as if I'm a whore).
Level 33 = the year Jesus was crucified by the romans, 121=(4) Exhibition means public display on
Street, Melbourne = male born, Victoria 3+3+1+2+1+3=13.13 symbolizes Rebellion, betrayal
haters of God. ✻ The labels and curses are hidden in plain sight. ✻ 13 also represents
South Side!

___. Defendant Queensway Government Offices____ works at
_Insert ¶ #_                    *(full name of Defendant)*

66 Queensway, Admiralty, Hong Kong___.
                    *(Defendant's place of work)*

Defendant's title or position is Secretary for Justice (Re: Paul Lam)____.
                    *(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity          ☒ official capacity

This Defendant was acting under color of law because _defendant is a part_
of the charades of witchcraft. Ex: Queensway Government Offices =
The Queen saying her way is Governmental so her beast is religion (to confirm)
66 Queensway, Admiralty = 66 is because she's the queen + Admiralty = worship
666 = The Queens Worship + The Beast Worship (religion
of Government,
sex, drugs, etc.

**24**
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

___. Defendant San Isidro, Argentina ___ works at
Insert ¶ #        (full name of Defendant)

9 de Julio 526, 1642 San Isidro, Argentina
(Defendant's place of work)

Defendant's title or position is Mayor Gustavo Posse .
(Defendant's title or position at place of work)

This Defendant is sued in his/her (check one or both):

☐ individual capacity                    ☒ official capacity

This Defendant was acting under color of law because of the charades of witchcraft- Ex: Isidro is Isidoro in Spanish and in Greek Isidoros means "gift of ISIS" the Egyptian goddess who was the mother of Horus.

___. Defendant Victoria, Argentina ___ works at
Insert ¶ #        (full name of Defendant)

Ezpeleta y Sarmiento, 3153 Victoria, Argentina
(Defendant's place of work)

Defendant's title or position is Intendent (Re: Domingo N. Maiocco)
(Defendant's title or position at place of work)

This Defendant is sued in his/her (check one or both):

☐ individual capacity                    ☒ official capacity

This Defendant was acting under color of law because of another parties charades of sorcery while using my name to hide behind and do their dirty work of witchcraft. In 1750 it was the grounds of defeat against native uprising, in 1810 it was oratory to "Virgin of Aranzazu" (Roman Catholic image of virgin Mary) & city patron saint. "Cerro La Matanza" (meaning Hill The Massacre) was village status in 1826 (LA MATANZA is Spanish for "The Massacre" referring to a COMMUNIST-Indigenous rebellion that took place in El Salvador between January 22-25, 1932). In 1829 the renamed the hamlet Victoria however the church is still dedicated to Cerro La Matanza! So the truth is the mother of death was removed and my name was placed so that they could black mail me as the Mother of Harlots when it's the latina who is the false representation of Mary.

Civil Rights Complaint Pursuant to U.S.C. § 1983

___. Defendant <u>University of Manchester</u> works at
*Insert ¶ #*          *(full name of Defendant)*

<u>Oxford Rd, Manchester M13 9PL, UK</u>.
*(Defendant's place of work)*

Defendant's title or position is <u>Nancy Rothwell</u>.
*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity      ☒ official capacity

This Defendant was acting under color of law because <u>defendant is a part of</u> the charades of witchcraft. Ex: 1824 it was called Royal School of Medicine and surgery, 1824 named Manchester Mechanics' Institute, 1851 called Owens College, 1880 called Victoria University, 1904 called Victoria University of Manchester, 1966 UMIST, and then in 2004 The University of Manchester. So first medicine & surgery (Adams Rib & the tree), then Mechanical, next Owens, then Victoria 2x, and finally this one (these are areas I was violated in. Also, Mary Lee Berners-Lee was a mathematician and computer scientist at this school where she help develop programs for computers Mark 1, Ferranti Mark 1 and Mark 1 Star computer. Her son Tim Berners Lee is who developed the World Wide Web. His mom attended it when it was Victoria University.

___. Defendant <u>University of Bath</u> works at
*Insert ¶ #*          *(full name of Defendant)*

<u>Claverton Down, Bath BA2 7AY, UK</u>.
*(Defendant's place of work)*

Defendant's title or position is <u>Chancellor - The Duke of Edinburgh</u>.
*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity      ☒ official capacity

This Defendant was acting under color of law because <u>defendant is a part of</u> the charades of witchcraft.

_____

_____

**26**
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

___. Defendant Tim Berners-Lee _____ works at

Insert ¶ #                    (full name of Defendant)

1211 Geneva 23, Switzerland .

(Defendant's place of work)

Defendant's title or position is Creator of: World-Wide Web

(Defendant's title or position at place of work)

This Defendant is sued in his/her (check one or both):

☐ individual capacity        ☒ official capacity

This Defendant was acting under color of law because defendant is a part of the charades of witchcraft. Ex: His mother Mary Lee Woods was the one who worked in a team that developed programs in the Mark 1 computer. Manchester Mark 1 was one of the earliest computer programs developed at the Victoria University of Manchester, England. On October 1, 2004 (I was 5 years old) the Victoria University of Manchester merged with the University of Manchester Institute of Science and Technology (UMIST) to become University of Manchester, England. Now Tim Lee followed in his mother footsteps by creating the Web in which Tim locked out of as others pretend to be Me.

___. Defendant _____London_____ works at

Insert ¶ #                    (full name of Defendant)

10 Downing Street London SW1A .

(Defendant's place of work)

Defendant's title or position is Prime Minister: Rishi Sunak

(Defendant's title or position at place of work)

This Defendant is sued in his/her (check one or both):

☐ individual capacity        ☒ official capacity

This Defendant was acting under color of law because defendant is a part of the charades of witchcraft. Ex: I grew up singing "London Bridge is falling down, falling down, falling down (x2) then "My fair lady"! Isn't above address in 10 downing street London the place of the prime minister? But it's a man yet in the song it says "My fair lady"? Well, my middle name is Tenisha which has 10 in it, I've been knocked down without cause as others pretend to be me.

Page Num **27**

Civil Rights Complaint Pursuant to 42 U.S.C. § 1983

___. Defendant **Ram Records Ltd** works at

Insert ¶ #                    *(full name of Defendant)*

5 Merchant Square, 8ᵗʰ floor, London, W2 1AS, UK .

*(Defendant's place of work)*

Defendant's title or position is **Record Label (Re: Scott Bourne (Red One)** .

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity          ☒ official capacity

This Defendant was acting under color of law because defendant is a part of another parties charades of witchcraft when dealing with Roman Catholics governing Music industry while robbing Jesus Christ of His Worship. My life was replicated before I was born, then I was enslaved & tortured to make sure I didn't find out as other people pretended to be Me (the bride), Jesus, & the 12 tribes of Israel. Ram Records is under BMG Rights Management which is Bertelsmann Music Group. However, they shut down my company RAM RECORDz (Rising Above Measure)

___. Defendant **Bertelsmann SE & Co. KGaA** works at

Insert ¶ #                    *(full name of Defendant)*

Carl-Bertelsmann-Straße 270, 33311 Gütersloh .

*(Defendant's place of work)*

Defendant's title or position is **Mass Media (Re: Christoph Mohn)** .

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity          ☒ official capacity

This Defendant was acting under color of law because defendant is a part of another parties charades of witchcraft when it comes to Germany being the East Roman Empire from Charles the Great on Dec 25, 800 and Roman Catholics coming up against Gods Chosen/JesusChrist

**28**

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

___. Defendant __Victoria, Hong Kong__ works at
*(full name of Defendant)*

__9/F, West Wing, Central Government Offices, 2 Tim Mei Avenue, Tamar, Hong Kong__.
*(Defendant's place of work)*

Defendant's title or position is __President John Lee__.
*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity          ☒ official capacity

This Defendant was acting under color of law because is a part of the charades of witchcraft. City of Victoria was founded by British Hong Kong. Praya Central is a city in Victoria w/ a stone faced waterfront road. The Sorcery is real example: Praya Central = Prayer Center in Victoria + the stone faced water road symbolizes the river of water, bright as crystal flowing from the throne of God and of the Lamb through the middle of the street of the city (Rev. 22:1-2)

___. Defendant __Abadia del Niño Dios (Abbey of the Child God)__ works at
*(full name of Defendant)*

__RN11 Km 112, E3153 Victoria, Entré Rios, Argentina__
*(Defendant's place of work)*

Defendant's title or position is __The Cono-Sur Congregation (Benedictine Confederation) Catholic Church__
*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity          ☒ official capacity

This Defendant was acting under color of law because defendant is a part of the charades of witchcraft. In 1899, it became the 1st Benedictine Foundation in Hispanic America. Order of Saint Benedict is a CATHOLIC CHURCH Religious order in which the males are called "BLACK MONKS" (This hispanics hiding behind Blacks is what this is really saying symbolically)

**29**

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

___.  Defendant Roman Catholic Diocese of Antsiranana works at
Insert ¶ #                                 (full name of Defendant)

Archeveche, 5 Boulevard le Myre de Villers Antsiranana, Antsiranana Province
                              (Defendant's place of work)

Defendant's title or position is ___Religious Temple___.
                              (Defendant's title or position at place of work)

This Defendant is sued in his/her (check one or both):

☐ individual capacity              ☒ official capacity

This Defendant was acting under color of law because defendant is
caught in scandal of witchcraft

___. Defendant Benjamin Marc Ramaroson ___ works at
Insert ¶ #                                 (full name of Defendant)

Archeveche, 5 Boulevard le Myre de Villers Antsiranana, Antsiranana Province
                              (Defendant's place of work)

Defendant's title or position is ___Archbishop of Antsiranana___.
                              (Defendant's title or position at place of work)

This Defendant is sued in his/her (check one or both):

☐ individual capacity              ☒ official capacity

This Defendant was acting under color of law because of scandal of
witchcraft. Ex: Beast hiding behind God=Benjamin+Marc+Ramaroson=
Mark of Ram(Mark of Beast is $100 dollar bill from 1666 which in todays day $100
dollar bill is Benjamin Franklin so since the name doesn't have franklin that's how
they're trying to pretend to be RAM & trying to make RAM look like the Beast so that
they avoid judgement.) However the _____ papal bulle which is a mark also
                                    Page Number
made him beast as well. Civil Rights Complaint Pursuant to U.S.C. § 1983

**30**

___. Defendant Crown Dodge Chrysler Jeep Ram _____ works at

*Insert ¶ #*          *(full name of Defendant)*

10300 King Dr, Ventura CA 93003 _____

*(Defendant's place of work)*

Defendant's title or position is General Manager: Alex Hamadi _____

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity          ☒ official capacity

This Defendant was acting under color of law because defendant is a part of the charades of witchcraft. Ex: Crown Ram symbolize me however Alex Hamadi symbolizes Muslim being the lineage of Ishmael which are goats not rams. Also, RAM belongs to the Bride of Christ & so does the crown. Plus they proclaiming King Drive as theirs instead of Christ's.

___. Defendant Crown Lexus _____ works at

*Insert ¶ #*          *(full name of Defendant)*

1125 Kettering Dr. Ontario CA 91701 _____

*(Defendant's place of work)*

Defendant's title or position is Re: Jonathan Cunningham (Sales Manager) _____

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity          ☒ official capacity

This Defendant was acting under color of law because defendant is a part of the charades of witchcraft. Ex: Jonathan Cunningham symbolize John (St John) + Ham (Muslim) = Roman Catholics. Crown on her head not the 12 tribes of Israel as a crown on my head

**31**

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

___. Defendant **Huntington Park** works at

*Insert ¶ #*                    *(full name of Defendant)*

**6550 Miles Ave, Huntington Park CA 90255**

*(Defendant's place of work)*

Defendant's title or position is **City Hall (Re: Mayor)**

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity            ☒ official capacity

This Defendant was acting under color of law because **defendant is a part of the charades of witchcraft. Ex: Florence 13 is a hood in Huntington Park however Florence Italy is in this claim.**

___. Defendant **Watts Neighborhood Council** works at

*Insert ¶ #*                    *(full name of Defendant)*

**10950 S. Central Ave Los Angeles CA 90059**

*(Defendant's place of work)*

Defendant's title or position is **Council (Re: Mayor)**

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity            ☒ official capacity

This Defendant was acting under color of law because **defendant is a part of the charades of witchcraft. Ex: George Watts drew the picture of Mammoth & his wife built a mortuary in Compton, England. My mother is from Watts & Grape st. Watts symbolizes wine**

**32**

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

___. Defendant Labour Party(UK) works at

*Insert ¶ #*                     *(full name of Defendant)*

20 Rushworth Street, London SE1 0SS Labour Central, Kings Manor, NewCastle uponTyne NE1 6PA

*(Defendant's place of work)*

Defendant's title or position is Keir Starmer

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity          ☒ official capacity

This Defendant was acting under color of law because defendant is a part of the charades of witchcraft

___. Defendant Crown Melbourne works at

*Insert ¶ #*                     *(full name of Defendant)*

8 Whiteman Street, Southbank 3006, Melbourne, Australia

*(Defendant's place of work)*

Defendant's title or position is Ceo: Steve McCann

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity          ☒ official capacity

This Defendant was acting under color of law because defendant is a part of the charades of witchcraft. Ex: Belongs to Crown Resorts that is located in Southbank, Victoria.

**33**

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

___. Defendant SKY NETWORK TELEVISION LIMITED works at
*(Insert ¶ #)*      *(full name of Defendant)*

10 Panorama Rd, Mt Wellington Auckland, AUCKLAND, 1060 New Zealand.
*(Defendant's place of work)*

Defendant's title or position is Mass Media CEO: Sophie Moloney
*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity          ☑ official capacity

This Defendant was acting under color of law because defendant is apart of the charades of witchcraft. Ex: SKY NETWORK means the Sky is entagled in a Net of the enemies work

___. Defendant Crown Perth works at
*(Insert ¶ #)*      *(full name of Defendant)*

Great Eastern Hwy, Burswood WA 6100, Australia.
*(Defendant's place of work)*

Defendant's title or position is CEO: Steve McCann
*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity          ☑ official capacity

This Defendant was acting under color of law because defendant is a part of the charades of witchcraft: Crown Royal owns this casino as they rob the Body of Christ & the children of God.

**34**

---

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

___. Defendant Victoria Villarruel works at
Insert ¶ # (full name of Defendant)

Av. Hipólito Yrigoyen 1849, C1033 CABA, ARGENTINA
(Defendant's place of work)

Defendant's title or position is Chamber of Deputies
(Defendant's title or position at place of work)

This Defendant is sued in his/her (check one or both):

☐ individual capacity                    ☑ official capacity

This Defendant was acting under color of law because defendants are a part of the charades of witchcraft. Ex: Argentina is the Pope's hometown so anybody on staff has to follow his lead just like people did to me out here.

___. Defendant Victoria Nuland works at
Insert ¶ # (full name of Defendant)

1500 11th Street, Sacrement, CA 95814
(Defendant's place of work)

Defendant's title or position is Secretary for Political Affairs
(Defendant's title or position at place of work)

This Defendant is sued in his/her (check one or both):

☐ individual capacity                    ☑ official capacity

This Defendant was acting under color of law because defendants are a part of the charades of witchcraft. Ex: has held the highest diplomatic rank in the US Foreign Service. She's been in many US government positions since 2005, no wonder I didn't get no help. Look at the witchcraft in her name: Victoria Nuland = (Newland) so that goes to show why I was done the way I was from people in positions trying to replace me.

Page Number **35**

Civil Rights Complaint Pursuant to U.S.C. § 1983

___. Defendant **Kim Cang Monastery** works at

*Insert ¶ #*                                                    *(full name of Defendant)*

**4771 Browns Mill Rd, Stonecrest, GA 30038**

*(Defendant's place of work)*

Defendant's title or position is **Buddhist Temple**

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity          ☒ official capacity

This Defendant was acting under color of law because **defendant is caught in scandal of witchcraft. Go; Roman Catholic Church connects to Hinduism, Junism, Buddhism due to the NUNS (females) because another word for NUN is MONK!**

___. Defendant **Wat Buddha Bucha Foundation** works at

*Insert ¶ #*                                                    *(full name of Defendant)*

**3094 Rainbow Dr, Decatur, GA 30034**

*(Defendant's place of work)*

Defendant's title or position is **Buddhist Temple**

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity          ☒ official capacity

This Defendant was acting under color of law because **defendant is caught in scandal of witchcraft. Roman Catholic Church connects to Hinduism, Jainism, Buddhism due to the NUNS (Females) because another word for NUN is MONK! Decatur, GA is where Antonio was born.**

**36**

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

___. Defendant _Crown, Sydney_____ works at
*Insert ¶ #*        *(full name of Defendant)*

_1 Barangaroo Ave, Barangaroo NSW 2000, Australia_____.
                    *(Defendant's place of work)*

Defendant's title or position is _Ceo: Steve McCann_____.
                                *(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity                    ☒ official capacity

This Defendant was acting under color of law because _defendant is a part of the charades of witchcraft. Ex: Belongs to Crown Resorts. that is located in Southbank, Victoria_____

___. Defendant _Crown London_____ works at
*Insert ¶ #*        *(full name of Defendant)*

_27-28 Curzon St, London W1J7TJ, United Kingdom_____.
                    *(Defendant's place of work)*

Defendant's title or position is _Ceo: Steve McCann_____.
                                *(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity                    ☒ official capacity

This Defendant was acting under color of law because _defendant is a part of the charades of witchcraft. Ex: Belongs to Crown Resorts that is located in South Bank Victoria_____

**37**
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

___. Defendant Crown Toyota _____ works at
Insert ¶ #                    *(full name of Defendant)*
1201 Kettering Dr Ontario CA 91761 _____.
                    *(Defendant's place of work)*

Defendant's title or position is Car Dealer : Jeff Swickard .
                    *(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity          ☒ official capacity

This Defendant was acting under color of law because defendant is a part of the charades of witchcraft. Ex: The Crown belongs to the bride of Christ Jesus (Revelation 12) not a car dealership

___. Defendant Crown Resorts _____ works at
Insert ¶ #                    *(full name of Defendant)*
Level 3, Crown Towers, 8 Whiteman Street Southbank VIC 3006.
                    *(Defendant's place of work)*

Defendant's title or position is CEO: Steve McCann .
                    *(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity          ☒ official capacity

This Defendant was acting under color of law because defendant is a part of the charades of witchcraft. Ex: Southbank Victoria is in Australia however they prostitute my name to cover their tracks when in reality they've taken all my finances, gotten rich, and tried to have me killed so I couldn't defend myself as other people pretended to be me (This statement goes for everybody)_____ Crown Resorts even opened up Crown/Melbour which has rockpool, Kata, etc restaurants.

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983    38

___. Defendant Taraji P. Henson _____ works at
*Insert ¶ #*  (full name of Defendant)

9336 Civic Center Drive Beverly Hills CA 90210 .
(Defendant's place of work)

Defendant's title or position is Actress .
(Defendant's title or position at place of work)

This Defendant is sued in his/her (check one or both):

☐ individual capacity          ☒ official capacity

This Defendant was acting under color of law because the defendant played in Hustle & Flow plus Empire and other movies that gave off a perverted (twisted truth) of the story of the Lamb & the bride which desensitized humanity to the reality of the Brides true fight of breaking away from Harlotry, dealing with Worship (music), and obtaining the Kingdom not an Empire. She played the role of my REAL LIFE STORY!

___. Defendant Terrence Howard _____ works at
*Insert ¶ #*  (full name of Defendant)

132 N. Laurel Ave Los Angeles CA 90048 .
(Defendant's place of work)

Defendant's title or position is Actor .
(Defendant's title or position at place of work)

This Defendant is sued in his/her (check one or both):

☐ individual capacity          ☒ official capacity

This Defendant was acting under color of law because the defendant played in Hustle & Flow plus Empire that gave off a perverted (twisted truth) of the story of the Lamb & the bride which desensitized humanity to the reality of the Grooms true fight of breaking away from the beast (systematically), dealing with worship (music) and obtaining the Kingdom not an Empire. Also, His middle Name is Terrence and he was born in Georgia!

**39**
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

___. Defendant Grand Lodge of Scotland A.F. & A.M. works at
*(Insert ¶ #)*                          *(full name of Defendant)*

Freemasons' Hall, 96 George St, Edinburgh, Scotland, EH2 3DH
*(Defendant's place of work)*

Defendant's title or position is Grand Master Brother William Ramsay McGhee
*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity                    ☒ official capacity

This Defendant was acting under color of law because defendant is a part of the charades of witchcraft

_____

___. Defendant Victoria, British Columbia works at
*(Insert ¶ #)*                          *(full name of Defendant)*

1 Centennial Square Victoria, B.C. V8W 1P6
*(Defendant's place of work)*

Defendant's title or position is Mayor: Marianne Alto
*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity                    ☒ official capacity

This Defendant was acting under color of law because defendant is a part of the charade of witchcraft. Ex: Nickname is "The Garden City" and Motto is: "Forever Free". So if this is the case then why am I bond? Exploited? & my life destroyed?

**40**

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

___. Defendant **St. Victoria Catholic Church** works at

Insert ¶ #                    *(full name of Defendant)*

**8288 Victoria Dr, Victoria, MN 55386**.

*(Defendant's place of work)*

Defendant's title or position is **Pastor: Bob White**.

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity        ☒ official capacity

This Defendant was acting under color of law because **defendant is a part of the charade of witchcraft. Ex: keep using me to hide & do their dirt**

___. Defendant **Imagine Entertainment** works at

Insert ¶ #                    *(full name of Defendant)*

**150 S. El Camino Dr, Beverly Hills CA 90212**.

*(Defendant's place of work)*

Defendant's title or position is **Entertainment Agency Re: Steve Shikiya**

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity        ☒ official capacity

This Defendant was acting under color of law because **defendant is a part of the charade of witchcraft. Ex: Imagine symbolize Image which can be broken down into I-MAGE = Eye magic**

**41**

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

___. Defendant _Vic Town Hall_ works at
_Insert ¶ #_                  *(full name of Defendant)*

_Carrer de la Ciutat, 1, 08500 Vic, Barcelona, Spain_ .
                    *(Defendant's place of work)*

Defendant's title or position is _Mayor: Albert Castells and Vilalta_ .
                    *(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity          ☑ official capacity

This Defendant was acting under color of law because _defendant is a part of_ _the charades of witchcraft. Ex: Vic Town Hall that is located in Spain_ _has a mayor named Albert. Mexico was named New Spain from_ _around 1521-1821. My name is Victoria. My oldest daughters dad is Albert, and his_ _mom and dad are from Mexico. Do you see the witchcraft?_

___. Defendant _Diocese of Vic_ works at
_Insert ¶ #_                  *(full name of Defendant)*

_Obispado, Calle Santa Maria 1, 08500 Vic_ .
                    *(Defendant's place of work)*

Defendant's title or position is _Bishop: Roman Casanova_ .
                    *(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity          ☒ official capacity

This Defendant was acting under color of law because _defendant is a part of the_ _charades of witchcraft. Ex: Roman Catholics is the head of Christianity in Rome._ _Bishop: Roman Casanova is the bishop over the diocese of Vic which is in Spain yet still_ _a branch from the catholic Church. Roman = Babylonian empire + Casa in english means_ _house and Nova means a star in anatomy/new in latin. This bishop was also_ _the Apostolic Administrator of_ **42** _Diocese of Solsona_
                    Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

___. Defendant _Roman Catholic Diocese of Victoria_ works at
Insert ¶ #                (full name of Defendant)

_i-4044 Nelthorpe Street, Victoria BC, V8X 2A1_ .
(Defendant's place of work)

Defendant's title or position is _Bishop Gary Michael Gordon_ .
(Defendant's title or position at place of work)

This Defendant is sued in his/her (check one or both):

☐ individual capacity          ☒ official capacity

This Defendant was acting under color of law because _defendant is a part of the charades of witchcraft. Ex: Nelthorpe means Nel is a greek nickname for "Helen or Ellen" meaning "bright, shining one" & thorpe means "Hamlet" which symbolizes Ham's lineage are pretending to be the bright, shining one (but they're really the enemies army)_

___. Defendant _St. Patrick's, Victoria_ works at
Insert ¶ #                (full name of Defendant)

_2060 Haultain Street, Victoria, BC V8R 2L7_ .
(Defendant's place of work)

Defendant's title or position is _Father William Hann_ .
(Defendant's title or position at place of work)

This Defendant is sued in his/her (check one or both):

☐ individual capacity          ☒ official capacity

This Defendant was acting under color of law because _defendant is a part of the charades of witchcraft. Ex: Father William went to BC (Canada) in 1989 (the year I was born) to teach. He taught at Queen of Angels School (Revelation 12 the great Woman with a crown of 12 stars), then he taught at St Andrew's Regional High School (Andrew is my baby dad's middle name who is Catholic: "Albert Andrew") St Andrew's High is in Victoria BC, He became assistant pastor at St Elizabeth's in Sydney (Queen Elizabeth just died and it was a girl named Elizabeth who introduced me to meth at age 13. He studied pastoral education @ the University of Alberta hospital. "(Albert Andrew" is who taught me to smoke meth after Elizabeth taught me how to do lines) Then Father William did 9 years serving at St Joseph before ending at Holy Cross in Victoria as a pastor... His movements all symbolize the things that happened in my life._

**43**
Page Number
Civil Rights Complaint Pursuant to U.S.C. § 1983

___. Defendant Diamonté Quiava Valentin Harper (Saweetie) works at
*Insert ¶ #* (full name of Defendant)

Level 3, 51 Langridge Street, Collingwood, Victoria 3066 .
(Defendant's place of work)

Defendant's title or position is Artist .
(Defendant's title or position at place of work)

This Defendant is sued in his/her (check one or both):

☐ individual capacity          ☒ official capacity

This Defendant was acting under color of law because defendant is caught in witchcraft and she is getting beside herself. Also, all the artist seem to be making money hiding behind me while mocking me. Prime Example: Diamonte address is in Victoria (that's hiding behind me)

___. Defendant Warner Music Australia works at
*Insert ¶ #* (full name of Defendant)

U60, Ground Floor West, 60 Union Street, Pyrmont, NSW 2009 .
(Defendant's place of work)

Defendant's title or position is Record Label .
(Defendant's title or position at place of work)

This Defendant is sued in his/her (check one or both):

☐ individual capacity          ☒ official capacity

This Defendant was acting under color of law because defendant is caught in witchcraft

**44**
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

___. Defendant Dallas Arts District _____ works at
*Insert ¶ #*          *(full name of Defendant)*

750 N. Saint Paul St Suite 1630, Dallas Texas 75201 .
          *(Defendant's place of work)*

Defendant's title or position is Arts District .
                    *(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity          ☒ official capacity

This Defendant was acting under color of law because defendant has the Dallas Symphony Orchestra that was founded in 1900 plus a lot more art companies which are a part of another parties charades of witchcraft that they use to control humanities creative abilities.

___. Defendant SUNY System Administration (H.Carl McCall Suny Building) works at
*Insert ¶ #*          *(full name of Defendant)*          (H.Carl McCall Suny)

363 Broadway, Albany, NY, 12246 .
          *(Defendant's place of work)*

Defendant's title or position is Chancellor: John B. King Jr .
                    *(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity          ☒ official capacity

This Defendant was acting under color of law because defendant is a partaker of another parties charades of witchcraft in worshipping the Beast (Bull ake Victor E. BULL) which has my name partially (Victor or Victoria) with motto: Sound in Mind in a sound body (only Christ can do that). Suny also symbolize The Nation of Islam's religious group called "Sunni Muslims". Broadway symbolizes the wide road to destruction according to Matthew 7:13.

**45**
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983



*The Fall of Man*                                          *Fall Began September 23, 2023*

Robbery of Front Door = Temple (Body) and Temple (Residence) (Garden)
using the Back Door = Perverting Sound, words, sex, senses, etc
Result = Serpent Steals, Kills, and Destroys

## IV. STATEMENT OF FACTS

*(Explain what happened in your own words  You do not have to cite legal authority in this section. Be specific about names, dates, and places. Explain what each Defendant did. Remember to number every paragraph.)*

1. Genesis 3:1-24 ①Now the serpent who was more subtile than any beast of the field which the LORD God had made. And he said unto the woman, Yea, hath God said, Ye shall not eat of every tree of the garden? ②And the woman said unto the serpent, We may eat of the fruit of the trees of the garden ③But of the fruit of the tree which is in the midst of the garden, God hath said, Ye shall not eat of it, neither

2. shall ye touch it, lest ye die. ④And the serpent said unto the woman, Ye shall not surely die. ⑤For God doth know that the day ye eat thereof, then your eyes shall be opened, and ye shall be as gods, knowing good and evil. ⑥And when the woman saw that the tree was good for food, and that it was pleasant to the eyes, and a tree to be desired to make one wise, she took of the fruit thereof,

3. and did eat, and gave also unto her husband with her; and he did eat. ⑦And the eyes of them both were opened, and they knew that they were naked; and they sewed fig leaves together, and made themselves aprons. ⑧And they heard the voice of the LORD God walking in the garden in the cool of the day: and Adam and his wife hid themselves from the presence of the LORD God amongst the trees of the garden. ⑨And the LORD God called unto Adam, and said unto him, Where art thou? ⑩And he said, I heard thy voice in the garden, and

Page Number

4 . I was afraid, because I was naked; and I hid myself.

Insert ¶ #

And he said, Who told thee that thou wast naked? Hast thou eaten of the tree, whereof I commanded thee that thou shouldest not eat? And the man said, The woman whom thou gavest to be with me, she gave me of the tree, and I did eat. And the LORD God said unto the woman, What is this that thou hast done? And the woman said, The serpent beguiled me, and I did eat. And the LORD God said unto the serpent,

5 . Because thou hast done this, thou art cursed above all

Insert ¶ #

cattle, and above every beast of the field; upon thy belly shalt thou go, and dust shalt thou eat all the days of thy life. And I will put enmity between thee and the woman, and between thy seed and her seed; it shall bruise thy head, and thou shalt bruise his heel. Unto the woman he said, I will greatly multiply thy sorrow and thy conception; in sorrow thou shalt bring forth children, and thy desire shall be

6 . to thy husband, and he shall rule over thee And

Insert ¶ #

unto Adam he said, Because thou hast hearkened unto the voice of thy wife, and hast eaten of the tree, of which I commanded thee, saying, Thou shalt not eat of it: cursed is the ground for thy sake, in sorrow shalt thou eat of it all the days of thy life; Thorns also and thistles shall it bring forth to thee; and thou shalt eat the herb of the field: In the sweat of thy face shalt thou eat bread, till thou return unto the ground; for out of it wast thou taken: for dust thou art, and unto dust shalt

2

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

7 . thou return. (20) And Adam called his wife's name Eve; because she was the mother of all living. (21) Unto Adam also and to his wife did the LORD God make coats of skins, and clothed them. (22) And the LORD God said, Behold, the man is become as one of us, to know good and evil; and now, lest he put forth his hand, and take also of the tree of life, and eat, and live for ever. (23) Therefore the LORD God sent him forth from the garden of Eden, to till the ground from whence he was taken.

Insert ¶ #

8 . (24) So he drove out the man; and he placed at the east of the garden of Eden Cherubim, and a flaming sword which turned every way, to keep the way of the tree of Life. Genesis 4:1-26 (Cain and Abel) (1) And Adam knew Eve his wife; and she conceived, and bare Cain, and said, I have gotten a man from the LORD. (2) And she again bare his brother Abel. And Abel was a keeper of sheep, but Cain was a tiller of the ground. (3) And in process of time it came to pass, that Cain brought of the fruit of the

Insert ¶ #

9 . ground an offering unto the LORD. (4) And Abel, he also brought of the firstlings of his flock and of the fat thereof. And the LORD had respect unto Abel and to his offering: (5) But unto Cain and to his offering he had not respect. And Cain was very wroth, and his countenance fell. (6) And the LORD said unto Cain, Why art thou wroth? and why is thy countenance fallen? (7) If thou doest well, shalt thou not be accepted? and if thou doest not well, sin lieth at the door. And unto thee shall be his desire, and thou shalt rule over him. (8) And Cain talked

Insert ¶ #

3

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

10
Insert ¶ #
. with Abel his brother: and it came to pass, when they were in the field, that Cain rose up against Abel his brother, and slew him. And the LORD said unto Cain, Where is Abel thy brother? And he said, I know not: Am I my brother's keeper? And he said, What hast thou done? the voice of thy brother's blood crieth unto me from the ground. And now art thou cursed from the earth, which hath opened her mouth to receive thy brother's blood from thy hand. When

11
Insert ¶ #
. thou tillest the ground, it shall not henceforth yield unto thee her strength; a fugitive and a vagabond shalt thou be in the earth. And Cain said unto the LORD, My punishment is greater than I can bear. Behold, thou hast driven me out this day from the face of the earth; and from thy face shall I be hid; and I shall be a fugitive and a vagabond in the earth; and it shall come to pass, that every one that findeth me shall slay me. And the

12
Insert ¶ #
. LORD said unto him, Therefore whosoever slayeth Cain, vengeance shall be taken on him sevenfold. And the LORD set a mark upon Cain, lest any finding him should kill him. And Cain went out from the presence of the LORD, and dwelt in the land of Nod, on the east of Eden. And Cain knew his wife; and she bare Enoch: and he builded a city, and called the name of the city, after the name of his son, Enoch. And unto Enoch was born Irad: and Irad begat Mehujael: and Mehujael

4
Page Number

13 . begat Methusael: and Methusael begat Lamech. Insert ¶ # (19) And Lamech took unto him two wives: the name of the one was Adah, and the name of the other Zillah. (20) And Adah bare Jabal: he was the father of such as dwell in tents, and such as have cattle. (21) And his brother's name was Jubal: he was the father of all such as handle the harp and organ. (22) And Zillah, she also bare Tubal-cain, an instructor of every

14 . artificer in brass and iron: and the sister of Insert ¶ # Tubal-cain was Naamah. (23) And Lamech said unto his wives, Adah and Zillah, hear my voice; ye wives of Lamech, hearken unto my speech: for I have slain a man to my wounding, and a young man to my hurt. (24) If Cain shall be avenged seven-fold, truly Lamech seventy and sevenfold. (25) And Adam knew his wife again; and she bare a son,

15 . and called his name Seth: For God, said she, hath Insert ¶ # appointed me another seed instead of Abel, who Cain slew. (26) And to Seth, to him also there was born a son; and he called his name Enos: then began men to call upon the name of the LORD.
*** Now I will break down Genesis 3 and 4 to show you the role play that has been taken place like a movie being directed, organized, and filmed by individuals whose main purposes were to deceive, mislead, and

5

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

16. indoctrinate the minds of humanity while attempting to steal, kill, and destroy the TRUE REMNANT OF GOD'S CHOSEN ONES without leaving a trace of evidence that will point out who is who, who did what, and what methods were used as weapons of warfare. *** Lets start with the story of Adam and Eve being the Kings and Queens of Royalty in Europe. Then the serpent being the spirit of perversion starting with

17. Incest in the Royal Bloodlines in order to keep the kingdom locked down. According to the Wikipedia "List of Coupled cousins" the "Royalty in Europe" had 215 Kingdoms in Europe that reigned under the Spirit of Perversion because of Incest. * Mind you, Perversion only truly means a twisted truth * Let's start with Nero Claudius Drusus born October 7 c. 14 BC in Rome, Italy. He also went by the name Drusus Julius Caesar

18. and he married his paternal cousin Claudia Livia in AD 4 which was the same year her first husband Gaius Caesar died. To bring my statement concurrent to modern times, Queen Victoria of the United Kingdom of Great Britain and Ireland from June 20, 1837 until her death in 1901 who was also granted the title the Empress of India in 1876 married her cousin Prince Albert of Saxe-Coburg and Gotha stemming from the Royal German Bloodline. Now between both

6

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

19. Drusus Julius Caesar and Queen Victoria of Great Britain and Ireland there were 213 other kingdoms that reigned under Perversion which sums up to a total of 215 kingdoms. Out of the perversion seed of incest Queen Victoria's eldest son Edward VII was the first Saxe-Coburg-Gotha monarch who ascended to the House of Wetfin (German) throne on Jan 22, 1901. When you look at Prince Albert's incest with Queen Victoria you can see the serpent of sexual perversion.

20. However, the serpent appears to reflect itself in multiple fashions in this situation. For instance, Prince Albert and Queen Victoria are not just cousins but they are husband and wife; however she has the label Queen and he has the label Prince right there is two other types of perversion hidden ① Husband + Wife = King + Queen not Queen + Prince which equals Mother and Son ② Queen + Prince in this case equals Wife + Husband which means the Queen is King =

21. Dionysus/Transgender (based on role) + Prince is Husband which reveals the Serpent from Adam and Eve's Fall because when they fell she became King in the serpents Kingdom. So this proves that the Europeans are the twisted TRUTH (Fallen State) of my original essence that's why they've caused so much damage yet dark skinned/brown skinned people have payed the price. This also explains the movie "The Great Gay Road" and the blackmail of America & Christianity/Jews. If you look at Prince Albert and Queen Victoria

7

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

22. as Adam and Eve then their oldest son Edward VII would represent Cain and by him being the first Saxe-Coburg-Gotha monarch to ascend to the throne on Jan 22, 1901 that means Saxe-Coburg-Gotha would represent the land of Nod that Edward VII; playing as Cain would build while on the throne. Mind you that Cain was born of the serpent seed in Genesis then he Killed Abel and God placed a mark on him so nobody would kill him (paraphrasing (GENESIS 4)

23. Edward VII had a son named George V who was King of United Kingdom, British Dominions, and Emperor of India from 1910-1936. George V had a son named Albert Frederick Arthur George (Prince Albert of York) then he became King George VI of United Kingdom, Dominions, and of the British Commonwealth who married Queen Elizabeth The Queen Mother (Queen Elizabeth II mother). Now watch what happened under King George VI reign and also what occurred afterwards. In 1939, King George VI,

24. his British Empire, and most of Commonwealth countries (except Ireland) declared war on Nazi Germany (for whatever reason they proclaimed pertaining to Poland) however during WWII between 1941 and 1945 Nazi Germany while under Hitlers rule Killed around 6 million Jews using genocide (The Holocaust) as it's tool of weaponry. There were also approximately 5 million prisoners of war murdered as well. However, my key point is that the Jews were tortured in a war that wasn't even about them. This is similar to how Cain

8
Page Number

25. Killed Abel without cause. Now, let me rewind back

*Insert ¶ #*

to Queen Victoria of Britain and Prince Albert of Saxe-Coburg and Gotha (House of Wettin) which stemmed from the Royal German Bloodline. Under their reign of perversion (twisted truth) due to incest is when the German chemist Albert Niemann in 1859 isolated cocaine from coca leaves and published his findings in 1860. His thesis dissertation in German is titled Uber eine neve organische Base in de Cocablättern meaning On a

26. New Organic Base in the Coca Leaves. His paper talks about

*Insert ¶ #*

how he isolated cocaine, a crystalline alkaloid (The word crystal derives from the Ancient Greeks word "Kristallos" meaning both ice" and "rock crystal". *Right, here shows that in this perverted role play of Adam and Eve. Being Prince Albert of Gotha (for short) and Queen Victoria, then that would make German chemist Albert Nieman out to be Cain which is their first son (the serpent seed). Crack cocaine was given to the blacks to

27. Sell in the streets which is a form of genocide against themselves &

*Insert ¶ #*

their own kind which is streets so just like the Hebrew said "Face Street, Face Down". Then coke was given to paisas which is still genocide against the blacks first since it is a substance that stems from the word. After, they obtain it and use or distribute it then they have unknowingly waged spiritual war against Eve's seed by playing Cain and killing Abel since Abel was a keeper of sheep (Pastor/Church) however this is the Backdoor of attempting to kill the kingdom of Jesus Christ

28. of Nazareth by drugs as others profited off of the proceeds of the broken and downtrodden. This is another way they attempted to discredit the Authenticity of Jesus's life while robbing his church in order to build more Cains to kill Abel. I explained drugs as a backdoor tactic because, under the Queens reign; Queen Victoria's oldest son represents Cain in the world especially after being the first to ascend to

29. to the throne, as Edward VII the King of Saxe-Coburg and Gotha (House of Wettin) from the Royal German Bloodline. ** Moving back forward to her great great grandson Albert Frederick Arthur George (originally Prince Albert of York) who became King George VI of the United Kingdom, Dominions, and British Commonwealth and his wife Queen Elizabeth The Queen Mother. Albert aka King George VI symbolizes Cain under the name Albert

30. because he was named after his great-great Grandfather Prince Albert (Queen Victoria's Husband) however this is according to Kingdom (front door). But when you look at him under the role play of Adam; then even though he waged war on Nazi Germany; Germany would be his son Cain because the Nazi's killed the JEWS (Able). Now, after Aldolf Hitler completed the Holocaust against the Jews he turned around and committed suicide (just like Judas hung himself after he betrayed Jesus and sold him to the Romans to be Crucified).

10

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

31. Now, another thing I would like to point out is that; it was during Adolf Hitler's youth that he tried to become an artist (drawing) but was rejected by the city's Academy of Fine Arts. All this occurred after his mother died when he was 18 years old. Hitler left his hometown Linz (lens, sight, glasses, etc.) and moved to Vienna (Viennasausages), the glamorous capital of the Austro-Hungarian Empire. He thought moving to Vienna would be the ideal place to pursue his dream of being an artist.

32. He tried to get into the Academy of Fine Arts again yet they rejected him again. He ended up moving from one cheap room to another, even living in a homeless shelter for a time. Then, he started earning money by selling his paintings to tourist and frame sellers which earned him enough money to move out the shelter and to move into a mans home. Being a frustrated young artist Hitler became interested in politics. In Vienna there was a Jewish store owner who was one of Hitlers loyal customers

33. so his time in Vienna shaped Hitlers worldview. Hitler ended up moving to Munich where he found some well off customers who commissioned works from him but his progress came to an halt when the Munich police tracked him down for not registering for the military draft in Linz. He didn't pass the fitness exam at first however he then voluntarily enlisted that August after the outbreak of World War 1 ended his stint as a struggling young artist. It was his time in Vienna and his frustrated art career that became part of the myth-making by Hitler himself and by his

11

Page Number

34. Followers that helped drive his fateful rise to power in Germany. Hitler railed against modern art, calling it the "degenerate" product of Jews and Bolsheviks and a threat to the German national identity. In 1937, the Nazis rounded up some 16,000 works of this type from German museums and put hundreds of them on display in Munich. The exhibition intended to heap scorn on the artist ended up being attended by 2 million people. Looking at Hitlers' military time let's talk about

35. drugs. The use of Methamphetamine, better known as crystal meth, was a pill form of the drug called Pervitin and it was distributed by the millions to the Nazi troops before their successful invasion of France in 1940. Developed by the Temmler pharmaceutical Company, based in Berlin, Pervitin was introduced in 1938 and marketed as a magic pill for alertness and an anti-depressant. A military doctor experimented on 90 college students and decided based on the results the drug would help Germany win

36. the war. Other allied soldiers used amphetamines (speed) in the form of Benzedine in order to battle combat and fatigue. Others used anesthetics, like Goring whose nickname was actually Möring from morphine. Meth was Pervitin until a Japanese chemist, Nagai Nagayoshi first synthesized meth in 1893. In 1919 a younger protégé of Nagai named Akira Ogata discovered another method of synthesizing the crystalline form creating a new stimulant called crystal meth. ** Drugs have been used as weapons

12

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

37. of warfare, blackmail, human trafficking, etc in the USA however Americans have paid the price for systematic corruption and sorcery strategically organized in Europe. *** The next perverted folk play of Adam and Eve resembles Prince Philip (The Duke of Edinburgh) and Queen Elizabeth II. Their marriage resembles that of Queen Victoria when it comes to Philip being Prince and Elizabeth II being Queen. Also, Prince Philip and Queen

38. Elizabeth were third cousins so they're marriage is another reflection of incest. Philip was also Prince of Greece and Denmark which would represent the Greek religion of the Twelve Olympians starting with Zeus, the King of gods, who was married to his sister Hera. The other eleven Olympians were Ares, Poseidon, Athena, Demeter, Dionysus (born a boy changed into a girl), Apollo, Artemis, Aphrodite, Hephaestus, Hermes, and Hestia (the goddess of the hearth

39. and sacred Flame, which was more likely the most prayed to of all gods. *Apart from these gods, the Greek pantheon was filled with dozens of other gods, demigods, and mortal and immortal beings which varied by local and over the evolution of Greek culture. A variety of other mystical beliefs and nature spirits such as nymphs and other magical creatures were foundational to the ancient Greek understanding of the world around them. Now, Elizabeth II was Queen/King of the United Kingdom and other Commonwealth realms.

13

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

40. Their religion is known to be protestant for the United Kingdom and Commonwealth. However protestant is just a breakoff of Roman Catholics because the Roman Catholic church split into 3 categories under christianity which was Catholic, Eastern Orthodox, and Protestant. But they do not represent the same belief patterns as us because they're still governed by the Pope and their sorceries which is why they came up with systems in

41. attempt to block Jesus Christ of Nazareth from rising and establishing His Kingdom. Well, under Queen Elizabeth II reign, another form of genocide occurred. This plague or genocide is called Covid 19. This plague killed many people, isolated many people, and weakened humanity within the realm of spirituality when it came to fellowship in the temple which then turned into social religion (a gathering of multiple religions onto one platform in the

42. digital realm; what this did was attempt to kill off The Body of Christ by placing the True Believers of God in a fallen state, because the digital realm is created by man and stems from space symbolizing the 2nd heaven where the prince of darkness is when the Throne of Jehovah Mekadesh (God our Holiness) is the third Heaven). What this also did was attempt to mark the Chosen Ones with the Mark of the Beast so that Roman Catholic could pretend to be the woman

14

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

43. From Revelation 12 and The chosen ones would look like the Red Dragon in Revelation 12 ***. Moving Forward to the ROMAN CATHOLIC church I will give a breakdown of this church from the fallen story of Adam+Eve. The sorcery and perverted truth behind Roman Catholics. Catholic is Adam and Eastern Orthodox (still Catholic) is Eve, then The Roman Catholic Archdiocese is Cain (who was Eve's first son and killed

44. Eve's second son Abel (let's say Abel is The Protestant Christians/THE TRUE PROTESTANTS)). Roman Catholics according to Roman in the Trinity format will sum up to Roman Empires as Satan acting as The Father, The AntiChrist as the Son, and the false prophets as the Spirit. The Roman Empires are: Babylon as Satan, Medo-Persia as the Son, and Greece as the Spirit. Babylon is Modern Day IRAQ as Satan, Medo-Persia is

45. Modern Day IRAN (Media is a region of North-western Iran, known for it's political and cultural base of the medes) Symbolizing The AntiChrist, Greece is a country in Southeast Europe, Symbolizing the false prophets (pagan Gods of Hellenism). Roman Catholics using IRAQ/IRAN=Southwestern Asia & Greece which is Southeast Europe is the backdoor to attempt to keep me out the kingdom by demonizing everybody using deceptive strategies to deceive the people, and indirectly marking them with the beast.

Civil Rights Complaint Pursuant to U.S.C. § 1983

* December 25 = Christmas = Christ Massacre, not Christ birthday.

46. ③ Let's now explain Adam & Eve according to Rome & Germany whiched birthed out The Holy Roman Empire. On December 25 800, Pope Leo III crowned Frankish King Charlemagne as Roman Emperor reviving the title in Western Europe, after the fall of the ancient Western Roman Empire in 476 it fell in 924 then was revived again in 962 until the 12th century as the most powerful monarch in Europe. In 1262 Ottone I Visconti

47. was elected as archbishop of Milan, Italy which earned him one of the Holy Roman Seats in Italy. after he conquered Milan from their rival Della Torre family in 1277. The Visconti of Milan are a noble Italian family. Their motto is; "I will not violate the customs of the serpent." The Visconti was called LORD of Millan (from 1277-1395) and the Duke of Millan (from 1395-1447). Their symbol is a picture of a half man

48. in the mouth of a serpent. Visconti = Vice Comes. Vice "Deputy" + Comes "Count". * This is the backdoor way of how they Marked my partner due to his gang in Chicago named "Vicelords" which is a bloodgang. Then I can break down ViceComes into Victorious Ice (Crystal Meth) LORD and Comes into Nut (Seed) Count representing the 12 tribes of Israel. Ironically, the headquarters of the Nation of Islam (false 12 tribes) is located in Chicago, Illinois as well. So this explains how & for America

16

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

49. they have marked my lover as the red dragon and as the Crystal Meth drug Lord when he doesn't even sell drugs but now I see why every time I was with him intimately then I wanted to smoke after I left. Now, we all know that Meth was in pill form first called Pervitin during Hitlers reign in Germany Nazi Military, then a German chemist synthesized meth; and a japanese

50. chemist crystallized meth into rock form. So this explains alot about Europe's Kingdom and their demonic Church (to be continued). Moving forward, In 1356 the golden bull was created without the pope (Pope Innocent VI) involvement but he did not oppose it either because he need the King to aid him with his enemy Visconti. By not opposing it made this pope just as guilty as the other side because it symbolized Idolatry. On

51. August 10, 1397 Albert II of Germany also known as Albert the Magnanimous KG was elected King of the Romans as Albert II. He also was king of the Holy Roman Empire, and a member of the House of Habsburg (House of Austria). KG stands for The Most Noble Order of the Garter. It's an order of chivalry (order of knights typically founded during the original Catholic military orders of Crusades (c. 1099-1291)) and paired with medieval concepts of ideals of chivalry (code of conduct in Europe from 1170-1220). The Most Noble Order

17

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

52. Order of the Garter was founded by Edward III

Insert ¶ #

of England in 1348. It is the most senior order of knighthood in the British honours system except for the Victoria Cross and the George Cross. Back to King Albert II his wifes name was Elizabeth of Luxembourg who was queen consort of Germany and Bohemia. The Bohemian language of the 14th Century was the language Czech of the Diet (Diet Assembly) is the general assembly of the

53. Imperial Estates of the Holy Roman Empire. Diet is

Insert ¶ #

also a designation for modernday legislative bodies of certain countries and states such as the NATIONAL Diet of Japan, or the German Bundestag, the FEDERAL Diet. *It was two different german chemist that did cocaine and amphetamine and it was a japanese chemist who crstalized amphetamine and created Methamphetamine (crystal meth). Also, it was

54. Elizabeth who taught me how to snort meth @ 13 yrs

Insert ¶ #

old and Albert who taught me how to smoke meth until @ 14 yrs old I ended up pregnant with his daughter. *King Albert II of Germany persecuted, had the Jews arrested, took their belongings, etc. Before King Albert II of Germany became King the Jews in the Austrian duchy had been subject to local persecutions during the 13th and 14th century however their position remained relatively safe. The Jewish communities prospered in several towns like Krem or the area around

18

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

55 . the Judenplatz at Vienna. It was after the death of Duke Albert IV in 1404 that their situation worsened sharply, culminating in the blaze of the Vienna synagogue on Nov 5. 1406, followed by riots and lootings. When Albert V came of age in 1411 and interfered in the Hussite Wars, he repeatedly established new texes imposed on the Jewish community to finance his campaigns. On the other hand, after the Hussites had devastated the duchy,

*Insert ¶ #*

56 . the Austrian Jews were accused of collaboration and arms trade in favor of the enemies. The accusations of a host desecration at Enns in 1420 gave Albert pretext for the destruction of the Jewish community. According to the 1463 Chronica Austriae by chronicler Thomas Ebendorfer, the duke order on May 23, 1420 the imprisonment and forcible conversion of the Jews. Those who had not converted or escaped was sent off in boats down the Danube River

*Insert ¶ #*

57 . (just like they did Blacks) while wealthy Jews remained under arrest, several of them tortured and stripped of their property. March 12, 1421 Albert sentenced the remaining Jews to death. Ninety-two men and 120 women were burned at the stake south of the Vienna city walls. The Jews were placed under an eternal ban and their synagogue was demolished. *** As you can see the Jews have constantly been robbed, imprisoned, persecuted, abused, accused, etc when they've done no wrong only so the world empires could

*Insert ¶ #*

19

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

58. seized their prosperity. Which is a form of the devil blackmailing Gods people just to claim what isn't his and so he could put his image and inscription on it while pretending to be God or by using people to act like they are the chosen ones so that he could steal the worship and inheritance that God promised to his people. This is also how he deceived the world and caused everybody to believe in his lies. So what we are

59. seeing again today is the enemies using the same strategies to kill, steal, and destroy. However, they attempt to cover up their evil with false accusations, set ups, influential peddling, obstruction of justice, deceptive policies, laws, international agreements, contracts, systems, etc. Which is why the whole world is in disillusionment behind treason, tyranny, and deep systematic corruption. The serpent and his seeds

60. (kids) are trying to avoid exposure by keeping the spotlight on fake news and by torturing the innocent. This is the same behavior, issues, and circumstances that we are seeing today behind theives & liars in high positions that don't have the people who they are supposed to lead good will at heart. Their agenda is selfish, they are narcissist, and people want to see a real change in life than ALL SELFISH AGENDA'S must be destroyed because WE ARE THE PEOPLE and UNITY is better than division.

#SAVE THE CHILDREN
#SAVE THE WORLD
#BE FREE
#JESUSCAMETOSETUSFREE
#THE Devil has to be STOPPED
#PRIDE & EGO has to CEASE
#MORE PRAYER, MORE POWER LESS PRAYER, LESS POWER

20
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

61. It was said that the Jewish were prosperous in the town of Krems which is in Austria. There's a wine region called Kremstal that lies on the south-eastern arc of the Waldviertel and the Dunkelsteiner Wald ridge, built up from hard crystalline rock, and opens out into the Alpine foothills towards the east, where unconsolidated rock prevails. The Kremstal vineyards are divided into three distinct areas: Stein district that borders with the Wachau, The Krems Valley, and

62. the small wine villages south of Danube clustered around the imposing Göttweig Abbey. *** Jews symbolize Gods chosen people, wine symbolizes Gods blessing for His people, and three symbolizes Father, Son, and Holy Ghost. Deuteronomy 7:6 For thou art a holy people unto the LORD thy God: the LORD thy God hath chosen thee to be a special people unto himself, above all people that are upon the face of the earth. Deuteronomy 7:12-13 (12) Wherefore

63. it shall come to pass, if ye hearken to the judgements, and keep, and do them, that the LORD thy God shall keep unto thee the covenant and the mercy which he sware unto thy fathers: (13) And he will love thee, and bless thee, and multiply thee: he will also bless the fruit of thy land, thy corn, and thy wine, and thy oil; the increase of thy Kine, and the flocks of thy sheep, in the land which he sware unto thy fathers to give thee. Matthew 28:19 Go ye therefore, and teach all nations, baptizing them

21

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

64. in the name of the Father, and of the Son, and of the Holy Ghost. 1 John 5:7 - For there are three that bear record in heaven, the Father, the Word, and the Holy Ghost: and these three are one. * As you see in Matthew 28:19 and 1 John 5:7 Jesus is the fulfilment of the Word of His Father which makes Jesus spirit the Holy Ghost which is the spirit of Prophecy (past, present, and future).

65. *** Returning to Rome & Germany, I'd like to bring up the Italian Social Republic also known as the Republic of Salo. It was considered a Nazi-German puppet state with little diplomatic recognition until World War II, which existed from the beginning of the German occupation of Italy in September 1943 until the surrender of German troops in Italy in May 1945. The German occupation triggered widespread national resistance against it and

66. the Italian Republic leading to the Italian Civil War. Most of the 8,000 Italian Jews who died in the Holocaust were killed during the 20 months of the Salo (Italian Social Republic) regime. * It seems as if Italy (whether Rome or Vatican), Britian Kingdom, and Germany (whether Holy Roman Empire of Germany or Nazi) always seem to be socializing or pretending" to be at war when Jews get killed and their stuff gets seized. The common denominator is Roman Catholic and Britain who stands by and watch however he is the

22

Page Number

67. King over the kingdoms. This is organized crime in the most subtle and cunning ways possible just like the serpent and Eve who then gave it to Adam and he ate which caused them to fall. Moving forward to finalize my stance I will add one more component about Germany. On November 1, 1895, Max Skladanowsky and his brother Emil demonstrated their self invented film project, the Bioscop, at the Wintergarten music hall in Berlin. On December 28, 1895 the first paying

68. public display of the Lumière brothers' Cinematographe was in Paris. In 1910, the first German "artistic" films began to be produced, an example is the film Edgar Allan Poe adaptation The Student of Prague (1913) which was co-directed by Paul Wegener and Stellan Rye. In 1917 a process of concentration and partial nationalisation of the German film industry began with the founding of Universum Film AG (UFA) which was partly a reaction to the very effective use that the Allied Powers had

69. found for the new medium for purpose of propaganda. An early step towards the foundation of UFA was taken January 13, 1917 with the creation of the Bild und Filmamt (BUFA) by Germany's Supreme Army Command. Formed as a reaction to the perceived advantage of Germany's enemies in the realm of film propaganda, BUFA's task was to use film for psychological warfare. In 1924-1926 UFA had two large scale productions, Nibelungen and Metropolis. Metropolis was the first film thus distinguished on UNESCO's Memory of the World Register and Woman in the Moon

23

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

70. to this day. From 1933-1937 UFA experienced a new commercial boom in the Nazi era (Nazification); not least due to the government's protectionist measures, which freed UFA from bothersome competition. On top of occupying almost all of Europe, the Nazi regime provided UFA new sales markets, as well as placing distribution outlets in such "neutral" countries as the United States. By 1938, after taking over foreign film production facilities in France,

71. Belgium, and other countries, one-third of the company's sales came from abroad. UFA's economic boom made it possible to further expand the so-called "star system", which had already been developed in the silent film era. In an act of anticipatory obedience to the Nazi regime, UFA management fired several Jewish employees. In the summer of 1933, the Nazi regime created the Film Chamber of the Reich, which adopted regulations officially

72. excluding Jewish filmakers from all German studios. * Even in the film industry the wicked tried to get rid of the Jews without probable cause however if they were so dedicated to separating themselves from God's people then the people have to give back everything they stole from God's people so the separation can TRULY happen. (End)

**Next topic under Roman Empire and Germany that equates to Roman Catholics in the form of Adam & Eve's story being twisted is the German Monk Martin

24
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

73. Luther as Germany (Adam) and Catholic Church (as Eve) feud that birthed out the 95 Theses which is the Disputation on the Power of Indulgences (Cain) that cause The Protestant Reformation (Abel) which they have been indirectly working together to destroy Gods people while stealing from the people (Cain's excuse to kill Abel). But not only that, they have intentionally worked to stop the rise of JESUS Kingdom from coming forth while

74. acting like they were for us when they both were plotting on destroying us by sorcery, systems of debt, perversion war, media, etc. Prime example of their deception using words is the word NUN. The definition of NUN is: ① A female who lives in a monastery or convent who chose to devote her life to prayer, service, & charitable work. ② A nun is also a male Monk ③ many religions including Catholicism, Buddism, and Christianity have nuns. Here's

75. a few things about NUNS: ① A nun cannot marry, use social media, or smartphones. ② They can't own property or engage in sexual relationships. ③ Nuns are expected to renounce their inheritance and property rights. ④ Nuns have their own room which is called a CELL! ✳ NOW HERE'S the deception of definitions 1, 2, & 3 behind the word nun: ④ In the form of Adam & Eve's story being perverted is a female nun (Eve) + a male monk (Adam) = Dionysus because he was born a male and changed into a female (transgender).
✳ Monk = Zues + female nun = Semele ✳ (Cain)
(Parents of Dionysus in the Greek religion
Father + Mother = God
The way some catholics pray saying father, mother God...

Page Number ㉕

Civil Rights Complaint Pursuant to U.S.C. § 1983

(EVE)                                    (plus)    (ADAM)

76. ③ A female nun = Roman Catholic + A male monk (nun) =
Insert ¶ #

(=)    (CAIN)

Holy Roman Empire of Germany equals Buddhism (China, Russia, Nepal, India, North/South Korea, Japan, Laos, Bhutan, Cambodia, Taiwan, Hong Kong, Vietnam, Singapore, etc! *This is how they tried to play us using words, religion, money, power, etc. This is organized theft because the church is supposed to be representing Jesus not all these other people

77. Gods that the Roman Catholic Church and
Insert ¶ #
Britain Empire is not making anybody aware of... Buddhist is a representation of the god of wealth that's another reason why gambling has been being promoted worldwide with online casinos, sports bets, lotto, etc. The name "bet" is derived from the West Semitic word for "house" which means the casinos represent the house of buddha and that means everytime we

78. gamble then we are worshipping Buddha without
Insert ¶ #
any knowledge of it. So as you can see, people have been living in the world under the deception of the enemy. He has used Religion as his driving force because it was by him twisting Gods word that caused Eve and Adam to fall. Basically, that's what we see happening in today's situation because the religions that are in on this scandal are all twisted words from the original and the twist was done in attempt

26

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

79 . to steal, kill, and destroy. John 10:1-16 ①Verily, verily, I say unto you, He that entereth not by the door into the sheepfold, but climbeth up some other way, the same is a thief and a robber. ②But he that entereth in by the door is the shepherd of the sheep. ③To him the porter openeth; and the sheep hear his voice: and he calleth his own sheep by name, and leadeth them out. ④And when he putteth

80 . forth his own sheep, he goeth before them, and the sheep follow him: for they know his voice. ⑤And a stranger will they not follow, but will flee from him: for they know not the voice of strangers. ⑥This parable spake Jesus unto them: but they understood not what things they were which he spake unto them. ⑦Then said Jesus unto them again, Verily, verily, I say unto you, I am the door of the

81 . sheep. ⑧All that ever came before me are thieves and robbers: but the sheep did not hear them. ⑨I am the door: by me if any man enter in, he shall be saved, and shall go in and out, and find pasture. ⑩The thief cometh not, but for to steal, and to kill, and to destroy: I am come that they might have life, and that they might have it more abundantly. ⑪I am the good shepherd. the good shepherd giveth his life for the sheep. ⑫But he that is a hireling, and not the

27

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

82. shepherd, whose own the sheep are not, seeth the wolf coming, and leaveth the sheep, and fleeth: and the wolf catcheth them, and scatterth the sheep. ⑬ The hireling fleeth, because he is a hireling, and careth not for the sheep. ⑭ I am the good shepherd, and know my sheep, and am known of mine. ⑮ As the Father knoweth me, even so know I the Father: and I lay down my

83. life for the sheep. ⑯ And other sheep I have, which are not of this fold: them also I must bring, and they shall hear my voice; and there shall be one fold, and one shepherd. © Catholicism (Eve) + Roman Empire (old Babylon) (Greece being Adam) = Buddhism (cain) attempting to kill Christianity (Abel) how is this provable because they had to use witchcraft in the form of music, media, drugs, clothes, religion,

84. etc to war with the King of Kings and Lord of Lords. Then they used Greece/Greek gods to ensnare Seth which was Eves third son so that Enos couldn't be produced so they thought. But on top of that because of their perverse thinking, Enos who brought back the praise of the Lord, has been worded in the form of anus which symbolize the backdoor entrance to the temple (body) and it was through Seth descendants that Noah came. then through

28

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

85 . one of Noah's sons' which he had 3 named Shem, Ham, and Japheth. However, it was through Shem that Gods Son Jesus Christ of Nazareth was brought into this world ✳ Now here's a breakdown explaination of the few things about Nuns : ⓐ NUNS can't marry, use social media, or smartphones however the Britain Kingdom and their Serpent Seeds created the internet so that America

86 . could be distracted by the Harlots system as they attempted to paint us as Babylon and as they attempted to stop the marriage of the Lamb and His Bride (the REAL CHURCH). ⓑ They can't own property or engage in sexual relationships however their system has Americans worshipping fornication so that they could lock us down and conquer our inheritance, property, and families. ⓒ Nuns are expected to renounce

87 . their inheritance and property rights however in America they used the system to obtain those rights from us just like Jacob had Esau hand over his birth right because Esau was hungry. If Jacob really cared for his brother then he would have fed Esau without asking for anything in return. This is what China was used to do to America. Also, remember Rebecca had Jacob trick Issac into putting Esau's blessing on Jacob. Well, thats

29

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

88. what they had China use communism to help pervert America so that the Roman Catholic church could steal the blessing from the Black Church and Britain could keep the Kingdom while attempting to act like they didn't have anything to do with the whole situation. However, truth be told the Church belongs in Jerusalem but the chosen ones are here in America' buried under

89. all this mess. There wouldn't be two marriage couples in Revelation if America was really Babylon. All the sorcery came from U.K. so that is where Babylon is located however they tried to blackmail us by using Hollywood, Long Beach, and San Francisco but the truth is America was birthed from The Mother of Harlots and that's why America looks

90. like the son who would rule with an Iron Fist pertaining to the Drug game. IF they were the truth then I would have left to be there, but I know they're a lie so I'm still here with you because I refuse to see a half truth. Revelation 18:22-24 - ②And the voice of harpers and musicians, and of pipers, and trumpeters, shall be heard no more at all in thee; and no craftsman, of whatsoever craft he be, shall be found any more

30
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

91. in thee; and the sound of a millstone shall be heard no more at all in thee, (23) And the light of a candle, shall shine no more at all in thee; and the voice of the bridegroom and of the bride shall be heard no more, at all in thee; for thy merchants were the great men of the earth; for by thy sorceries were, All nations deceived. (24) And in her was found the blood

Insert ¶ #

92. of prophets, and of saints, and of all that were slain upon the earth. Revelation 19:6-10 (6) And I heard as it were, the voice of a great multitude, and as the voice of many waters, and as the voice of mighty thunderings, saying, Alleluia: for the LORD God omnipotent reigneth. (7) Let us be glad and rejoice, and give honor to him: for the marriage of the lamb is come, and

Insert ¶ #

93. his wife hath made herself ready. (8) And to her was granted that she should be arrayed in fine linen, clean and white: for the fine linen is the righteousness of saints. (9) And he saith unto me, Write, Blessed are they which are called unto the marriage supper of the lamb. And he saith unto me, These are the true sayings of God. (10) And I fell at his feet to worship him. And he said unto me, See thou do it not: I am thy

Insert ¶ #

31

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

94. fellow servant, and of thy brethren that have the testimony of Jesus: worship God: For the testimony of Jesus is the spirit of prophecy. **** See, God is more advanced than humanity because He knew in advance that there were going to be people fighting against His return, he knew people were going to pretend to be Him and/or pretend to be His Bride. Jesus Christ of Nazareth knows the hearts of all

95. of humanity before it came down to the enemy attempting to deceive the Elect (chosen ones of God). However, due to there not being anything knew under the sun; all the enemy did was confirm how real the Word of God is and how badly we need our savior Jesus Christ of Nazareth. The story about Babylon speaks about Mystery Babylon and the beast. The Mystery about Babylon has to

96. do with the sorceries that she uses against the people and the beast that carries her which goes back to the Roman Empire. Her sorceries is so great that it causes all the kings and their armies to make war with the Lamb but not only that, the enemy knows that his time is short however he still tries his best to stop the Son of God from returning and even then the enemy already knows he lost the battle a long time ago so the enemy is basically just putting on a show.

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

## "WICKEDNESS OF MANKIND"

97. Genesis 6:1-22   Wickedness of Mankind

*Insert ¶ #*

① And it came to pass, when men began to multiply on the face of the earth, and daughters were born unto them. ② That the sons of God saw the daughters of men that they were fair; and they took them wives of all which they chose. ③ And the LORD said, My spirit shall not always strive with man, for that he also is flesh: yet his days shall

98. be a hundred and twenty years. ④ There were

*Insert ¶ #*

giants in the earth in those days; and also after that, when the sons of God came in unto the daughters of men, and they bare children to them, the same became mighty men which were of old, men of renown. ⑤ And God saw that the wickedness of man was great in the earth, and that every imagination of the thoughts of his heart was only evil

99. Continually. ⑥ And it repented the LORD that he

*Insert ¶ #*

had made man on the earth, and it grieved him at his heart. ⑦ And the LORD said, I will destroy man whom I have created from the face of the earth; both man, and beast, and the creeping thing, and the fowls of the air; for it repenteth me that I have made them. ⑧ But Noah found grace in the eyes of the LORD. ⑨ These are the generations of Noah: Noah was a just man

33

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

100. and perfect in his generations, and Noah walked with God. (10) And Noah begat three sons, Shem, Ham, and Japheth. (11) The earth also was corrupt before God, and the earth was filled with violence. (12) And God looked upon the earth, and, behold, it was corrupt; for all flesh had corrupted his way upon the earth. (13) And God said unto Noah, The end of all flesh

101. is come before me; for the earth is filled with violence through them; and, behold, I will destroy them with the earth. (14) Make thee an ark of gopher wood; rooms shalt thou make in the ark, and shalt pitch it within and without with pitch. (15) And this is the fashion which thou shalt make it of: The length of the ark shall be three hundred cubits, and the height

102. of it thirty cubits. (16) A window shalt thou make to the ark, and in a cubit shalt thou finish it above; and the door of the ark shalt thou set in the side thereof; with lower, second, and third stories shalt thou make it. (17) And, behold, I, even I, do bring a flood of waters upon the earth, to destroy all flesh, wherein is the breath of life, from under heaven; and every thing that is in the earth shall die. (18) But with thee will

34

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

"NOAH ENTERS THE ARK (GENESIS 7)"

103. I establish my covenant; and thou shalt come into the
Insert ¶ #
ark, thou, and thy sons, and thy wife, and thy sons
wives with thee. [19] And of every living thing of all flesh,
two of every sort shalt thou bring into the ark, to
keep them alive with thee; they shall be male and
female. [20] Of fowls after their kind, and of cattle
after their kind, of every creeping thing of the earth
after his kind, two of every sort shall come unto thee,

104. to keep them alive. [21] And take thou unto thee of
Insert ¶ #
all food that is eaten, and thou shalt gather it to
thee; and it shall be for food for thee, and for them.
[22] Thus did Noah; according to all that God commanded
him, so did he. Genesis 7:1-24 And the LORD said unto
Noah, Come thou and all thy house into the ark; for thee
have I seen righteous before me in this generation.
[2] Of every clean beast thou shalt take to thee by

105. Sevens, the male and his female; and of beasts
Insert ¶ #
that are not clean by two, the male and his female.
[3] Of fowls also of the air by sevens, the male and female,
to keep seed alive upon the face of all the earth. [4] For
yet seven days, and I will cause it to rain upon the earth,
forty days and forty nights; and every living substance that
I have made will I destroy from off the face of the earth.
[5] And Noah did according unto all that the LORD commanded
him. [6] And Noah was six hundred years old when the flood

106. of waters was upon the earth. [7] And Noah went in, and his

*Insert ¶ #*

sons, and his wife, and his sons wives with him, into the ark, because of the waters of the flood. [8] Of clean beasts, and of beasts that are not clean, and of fowls, and of every thing that creepeth upon the earth. [9] There went in two and two unto Noah into the ark, the male and the female, as God had commanded Noah. [10] And it came to pass after seven days, that the waters of the flood were upon the earth. [11] In the six hundredth year of Noah's

107. life, in the second month, the seventeenth day of the month, the

*Insert ¶ #*

same day were all the fountains of the great deep broken up, and the windows of heaven were opened. [12] And the rain was upon the earth forty days and forty nights. [13] In the selfsame day entered Noah, and Shem, and Ham, and Japheth, the sons of Noah, and Noah's wife, and the three wives of his sons with them, into the ark: [14] They and every beast after his kind, and all the cattle after their kind, and every creeping thing that creepeth

108. upon the earth after his kind, and every fowl after his kind,

*Insert ¶ #*

every bird of every sort. [15] And they went into unto Noah into the ark, two and two of all flesh, wherein is the breath of life. [16] And they that went in, went in male and female of all flesh, as God had commanded him: and the LORD shut him in. [17] And the flood was forty days upon the earth; and the waters increased, and bare up the ark, and it was lift up above the earth. [18] And the waters prevailed, and were increased greatly upon the earth; and the ark went upon the face of the waters. [19] And the waters prevailed

36

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

" THE WATERS RECEDE GENESIS 8 "

109. exceedingly upon the earth; and all the high hills, that were under the whole heaven, were covered. 20 Fifteen cubits upward did the waters prevail; and the mountains were covered. 21 All flesh died that moved upon the earth, both of fowl, and of cattle, and of beast, and of every creeping thing that creepeth upon the earth, and every man. 22 All in whose nostrils was the breath of life, of all that was in the dry land, died. 23 And every living substance was

110. destroyed which was upon the face of the ground, both man, and cattle, and the creeping things, and the fowl of the heaven; and they were destroyed from the earth: and Noah only remained alive, and they that were with him in the ark. 24 And the waters prevailed upon the earth a hundred and fifty days. Genesis 8:1-29 And God remembered NOAH, and every living thing, and all the cattle that was with him in the ark: and God made a wind to pass

111. over the earth, and the waters assuaged. 2 The fountains also of the deep and the windows of heaven were stopped, and the rain from heaven was restrained. 3 And the waters returned from off the earth continually: and after the end of the hundred and fifty days the waters were abated. 4 And the ark rested in the seventh month, on the seventeenth day of the month, upon the mountains of Ararat. 5 And the waters decreased continually until the tenth month: in the tenth month, on the first day of the month, were the tops of the mountains

Insert ¶ #

37

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

112. Seen. (6) And it came to pass at the end of forty days, Insert ¶ # that Noah opened the window of the ark which he had made: (7) And he sent forth a raven, which went forth to and fro, until the waters were dried up from off the earth. (8) Also he sent forth a dove from him, to see if the waters were abated from off the face of the ground; (9) But the dove found no rest for the sole of her foot, and she returned unto him into the ark, for the waters

113. were on the face of the whole earth: then he Insert ¶ # put forth his hand, and took her, and pulled her in unto him into the ark. (10) And he stayed yet other seven days; and again he sent forth the dove out of the ark; (11) And the dove came in to him in the evening: and, lo, in her mouth was an olive leaf plucked off: so Noah knew that the waters were abated from off the earth. (12) And he stayed yet other seven days;

114. and sent forth the dove; which returned not again Insert ¶ # unto him any more. (13) And it came to pass in the six hundredth and first year, in the first month, the first day of the month, the waters were dried up from off the earth: and Noah removed the covering of the ark, and looked, and, behold, the face of the ground was dry. (14) And in the second, on the seven and twentieth day of the month, was the earth dried. (15) And God spake unto Noah, saying,

Civil Rights Complaint Pursuant to U.S.C. § 1983



// Genesis 9 Gods Covenant w/Noah verses 8-19 //
NOAHS DRUNKENNESS verses 20-24
Curse of Canaan verses 25-29

115 . (16)Go forth of the ark, thou, and thy wife, and thy sons, and thy sons' wives with thee. (17)Bring forth with thee every living thing, that is with thee, of all flesh, both of fowl, and of cattle, and of every creeping thing that creepeth upon the earth; that they may breed abundantly in the earth, and be fruitful, and multiply upon the earth. (18)And Noah went forth, and his sons, and his wife, and his sons' wives with him:

Insert ¶ #

116 . (19)Every beast, every creeping thing, and every fowl, and whatsoever creepeth upon the earth, after their kinds, went forth out of the ark. (20)And Noah builded an altar unto the LORD; and took of every clean beast, and of every clean fowl, and offered burnt offerings on the altar. (21)And the LORD smelled a sweet savor; and the LORD said in his heart, I will not again curse the ground any more for man's sake; for the imagination of man's

Insert ¶ #

117 . heart is evil from his youth; neither will I again smite any more every thing living, as I have done. (22)While the earth remaineth, seedtime, and harvest, and cold and heat, and summer and winter, and day and night shall not cease. Genesis 9:1-29 (1)And God blessed Noah and his sons, and said unto them, Be fruitful and multiply, and replenish the earth. (2)And the fear of you and the dread of you shall be upon every beast of the earth, and upon every fowl of the air, upon all that moveth upon

Insert ¶ #

39

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

118. the earth, and upon all the fishes of the sea; into your hand are they delivered. Every moving thing that liveth shall be meat for you; even as the green herb have I given you all things. But flesh with the life thereof, which is the blood thereof, shall ye not eat. And surely your blood of your lives will I require; at the hand of every beast will I require it, and at the hand of man; at the hand of every man's brother will

119. I require the life of man. Whoso sheddeth man's blood, by man shall his blood be shed: for in the image of God made he man. And you, be ye fruitful, and multiply; bring forth abundantly in the earth, and multiply therein. And God spake unto Noah, and to his sons with him, saying, And I, behold, I establish my covenant with you, and with your seed after you; And with every living creature that is with you, of the

120. fowl, of the cattle, and of every beast of the earth with you; from all that go out of the ark, to every beast of the earth. And I will establish my covenant with you; neither shall all flesh be cut off any more by the waters of a flood; neither shall there any more be a flood to destroy the earth. And God said, This is the token of the covenant which I make between me and you and every living creature that is with you, for perpetual generations: I do set my bow in the cloud, and it

(add L to bow and you get Bowl with a cloud is the Crystal meth pipe aka pookey)

40
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

14 . shall be seen in the cloud: (15) And I will remember
*Insert ¶ #*
my covenant, which is between me and you and every living creature of all flesh; and the waters shall no more become a flood to destroy all flesh. (16) And the bow shall be in the cloud; and I will look upon it, that I may remember the everlasting covenant between God and every living creature of all flesh that is upon the earth. (17) And God said

122 . unto Noah, This is the token of the covenant, which
*Insert ¶ #*
I have established between me and all flesh that is upon the earth. (18) And the sons of Noah, that went forth of the ark, were Shem, and Ham, and Japheth: and Ham is the father of Canaan. (19) These are the three sons of Noah, and of them was the whole earth overspread. (20) And Noah began to be an husbandman and he planted a vineyard. (21) And he drank of the wine, and was drunken;

123 . And he was uncovered within his tent. (22) And Ham,
*Insert ¶ #*
the father of Canaan, saw the nakedness of his father, and told his two brethren without. (23) And Shem and Japheth took a garment, and laid it upon both their shoulders, and went backward, and covered the nakedness of their father's nakedness. (24) And Noah awoke from his wine, and knew what his younger son had done unto him. (25) And he said, Cursed be Canaan; a servant of servants shall he be unto his brethren.

hangover

41
Page Number

124. (26) And he said, Blessed be the LORD God of Shem; and Canaan shall be this servant. (27) God shall enlarge Japheth, and he shall dwell in the tents of Shem; and Canaan shall be his servant. (28) And Noah lived after the flood three hundred and fifty years. (29) And all the days of Noah were nine hundred and fifty years: and he died. Genesis 10:1-30 (1) Now, these are the generations

125. of the sons of Noah, Shem, Ham, and Japheth: and unto them were sons born after the flood. (2) The sons of Japheth; Gomer, and Magog, and Madai, and Javan; and Tubal; and Meshech; and Tiras. (3) And the sons of Gomer; Ashkenaz, and Riphath, and Togarmah. (4) And the sons of Javan; Elishah, and Tarshish, Kittim, and Dodanim. (5) By these were the isles of the Gentiles divided in their lands; every

126. one after his tongue, after their families, in their nations. (6) And the sons of Ham; Cush, and Mizraim, and Phut, and Canaan. (7) And the sons of Cush; Seba, and Havilah, and Sabtah, and Raamah, and Sabtechah: and the sons of Raamah; Sheba, and Dedan. (8) And Cush begat Nimrod: he began to be a mighty one in the earth. (9) He was a mighty hunter before the LORD: wherefore it is said, Even as Nimrod the mighty hunter before the LORD.

Civil Rights Complaint Pursuant to U.S.C. § 1983

127. [10] And the beginning of his kingdom was Babel, and

Insert ¶ #

Erech, and Accad, and Calneh, in the land of Shinar. [11] Out of that land went forth Asshur, and builded Nineveh, and the city Rehoboth, and Calah, [12] And Resen between Nineveh and Calah: the same is a great city. [13] And Mizraim begat Ludim, and Anamime, and Lehabim, and Naphtuhim, [14] And Pathrusim, and Casluhim, (out of whom came Philistim,)

128. and Caphtorim. [15] And Canaan begat Sidon his

Insert ¶ #

first-born, and Heth, [16] And the Jebusite, and the Amorite, and the Girgasite, [17] And the Hivite, and the Arkite, and the Sinite, [18] And the Arvadite, and the Zemarite, and the Hamathite: and afterward were the families of the Canaanites spread abroad. [19] And the border of the Canaanites was from Sidon, as thou comest to Gerar, unto Gaza; as thou goest, unto Sodom, and Gomorrah, and Admah, and Zeboim,

129. even unto Lasha. [20] These are the sons of Ham, after

Insert ¶ #

their families, after their tongues, in their countries, and in their nations. [21] Unto Shem also, the father of all the children of Eber, the brother of Japheth the elder, even to him were children born. [22] The children of Shem; Elam, and Asshur, and Arphaxad, and Lud, and Aram. [23] And the children of Aram; Uz, and Hul, and Gether, and Mash. [24] And Arphaxad begat Salah; and Salah begat Eber. [25] And unto Eber were

43

Page Number

130 . born two sons: the name of one was Peleg; for *Insert ¶ #* in his days was the earth divided; and his brother's name was Joktan. [24] And Joktan begat Almodad and Sheleph, and Hazar-maveth, and Jerah, [27] And Hadoram, and Uzal, and Diklah, [28] And Obal, and Abimael, and Sheba, [29] And Ophir, and Havilah, and Jobab: all these were the sons of Joktan. [30] And their dwelling was from Mesha, as thou goest unto Sephar,

131 . a mount of the east. [31] These are the sons of *Insert ¶ #* Shem, after their families, after their tongues, in their lands, after their nations. [32] These are the families of the sons of Noah, after their generations, in their nations: and by these were the nations divided in the earth after the flood.

✳✳✳ The Woman, Great Red Dragon, Man Child, Michael, & The Blood of the Lamb ✳✳✳ Revelation 12:1-17 [1] And there appeared a great wonder in heaven;

132 . a woman clothed with the sun, and the moon under her feet, *Insert ¶ #* and upon her head a crown of twelve stars: [2] And she being with child cried, travailing in birth, and pained to be delivered. [3] And there appeared another wonder in heaven; and behold a great red dragon, having seven heads and ten horns, and seven crowns upon his heads. [4] And his tail drew the third part of the stars of heaven, and did cast them to the earth: and the dragon stood before the woman which was ready to be delivered, for to devour her child as soon as it was born. [5] And she brought

44

Page Number

132. forth a man child, who was to rule all nations with a rod of iron: and her child was caught up unto God, and to his throne. And the woman fled into the wilderness, where she hath a place prepared of God, that they should feed her there a thousand two hundred and threescore days. And there was a war in heaven: Michael and his angels fought against the dragon; and the dragon fought and his angels, And prevailed not; neither was their place found any

134. more in heaven. And the great dragon was cast out, that old serpent, called the Devil, and Satan, which deceiveth the whole world: he was cast out into the earth, and his angels were cast out with him. And I heard a loud voice saying in heaven, Now is come salvation, and strength, and the kingdom of our God, and the power of his Christ: for the accuser of our brethren is cast down, which accused them before our God day and night. And they overcame him by the blood

135. of the Lamb, and by the word of their testimony; and they loved not their lives unto death. Therefore rejoice, ye heavens, and ye that dwell in them. Woe to the inhabiters of the earth and of the sea! for the devil is come down unto you, having great wrath, because he knoweth that he hath but a short time. And when the dragon saw that he was cast unto the earth, he persecuted the woman which brought forth the man child. And to the woman were given two wings of a great eagle, that she might fly into the wilderness,

Insert ¶ #
Insert ¶ #
Insert ¶ #

45
Page Number

136. . . into her place, where she is nourished for a time, from the face of the serpent. (15) And the serpent cast out of his mouth water as a flood after the woman, that he might cause her to be carried away of the flood. (16) And the earth helped the woman, and the earth opened her mouth, and swallowed up the flood which the dragon cast out of his mouth. (17) And the dragon was wroth with the woman, and went to make war with the remnant of her seed, which

*Insert ¶ #*

137. keep the commandments of God, and have the testimony of Jesus Christ, *** Revelation 13:1-18 ***

*Insert ¶ #*

(1) And I stood upon the sand of the sea, and saw a beast having seven heads and ten horns, and upon his horns ten crowns, and upon his heads the name of blasphemy. (2) And the beast which I saw was like unto a leopard, and his feet were as the feet of a bear, and his mouth as the mouth of a lion: and the dragon gave him his power,

138. and his seat, and great authority. (3) And I saw one of his heads as it were wounded to death; and his deadly wound was healed: and all the world wondered after the beast. (4) And they worshiped the dragon which gave power unto the beast: and they worshiped the beast, saying, Who is like unto the beast? who is able to make war with him? (5) And there was given unto him a mouth speaking great things and blasphemies; and power was given unto him to continue forty and two months. (6) And he opened his mouth in blasphemy against

*Insert ¶ #*

46

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

139. God, to blaspheme his name, and his tabernacle, and them that dwell in heaven. (7) And it was given unto him to make war with the saints, and to overcome them: and power was given him over all kindreds, and tongues, and nations. (8) And all that dwell upon the earth shall worship him, whose names are not written in the book of life of the lamb slain from the foundation of the world. (9) If any man have an ear, let him hear. (10) He that leadeth

140. into captivity shall go into captivity: he that killeth with the sword must be killed with the sword. Here is the patience and the faith of the saints. (11) And I beheld another beast coming up out of the earth; and he had two horns like a lamb, and he spake as a dragon. (12) And he exerciseth all the power of the first beast before him, and causeth the earth and them which dwell therein to worship the first beast, whose deadly wound was healed. (13) And he doeth

141. great wonders, so that he maketh fire come down from heaven on the earth in the sight of men. (14) And deceiveth them that dwell on the earth by the means of those miracles which he had power to do in the sight of the beast, saying to them that dwell on the earth, that they should make an image to the beast, which had the wound by a sword, and did live. (15) And he had power to give life unto the image of the beast, that the image of the beast should both speak, and cause that as many as would not worship the image

47

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

142. of the beast should be killed. (16) And he causeth
*Insert ¶ #*
all, both small and great, rich and poor, free and bond,
to receive a mark in their right hand, or in the foreheads:
(17) And that no man might buy or sell, save he that
had the mark, or the name of the beast, or the number
of his name. (18) Here is wisdom. Let him that hath under-
standing count the number of the beast: for it is the
number of a man; and his number is six hundred threescore

143. and six. * Let's break down 666 Biblically *
*Insert ¶ #*
*Step 1: Count 6 books of the Bible (Old & NEW TESTAMENT)
Step 2: Go to the 6TH Chapter of Book (Old & New TESTAMENT)
Step 3: Go to the 6TH verse of Book (Old & New TESTAMENT)
*STEP 1 Book Count: Genesis, Exodus, Leviticus, Numbers, Deuteronomy, Joshua
Step 2 & 3 Combined: Joshua 6:6 - And Joshua the son of NUN called
the priests, and said unto them, Take up the ark of the covenant,
and let seven priests bear seven trumpets of rams' horns before the

144. ark of the LORD. * Step 1 Book Count (New Testament):
*Insert ¶ #*
Matthew, Mark, Luke, John, ACTS, ROMANS * Step 2 & 3 Combined:
Romans 6:6 - Knowing this, that our old man is crucified with
him, that the body of sin might be destroyed, that henceforth
we should not serve sin. (Add verse 7 to see why they tried
reincarnating the ROMAN EMPIRE but forgot that Jesus blood was on
their hands so instead the summoned dead/ancient demonic spirits)
Romans 6:7 - For he that is dead is freed from sin. * Let's give
a brief explanation of Joshua * Joshua 1:1-6 (1) Now after the death

48
*Page Number*

Civil Rights Complaint Pursuant to U.S.C. § 1983

145. of Moses the servant of the LORD it came to pass, that the LORD spake unto Joshua the son of NUN, Moses' minister saying, "Moses my servant is dead; now therefore arise, go over this Jordan, thou, and all this people, unto the land which I do give to them, even to the children of Israel. Every place that the sole of your foot shall tread upon, that have I given unto you, as I said unto Moses. From the wilderness and this Lebanon even unto the great river, the river Euphrates, all the land of the Hittites,

146. and unto the Great Sea toward the going down of the sun, shall be your coast. There shall not any man be able to stand before thee all the days of thy life: as I was with Moses, so I will be with thee: I will not fail thee, nor forsake thee. Be strong and of a good courage: for unto this people shalt thou divide for an inheritance the land, which I sware unto their fathers to give them. ✳✳✳ NOW, here's the backend which is the perverted way they used the word to build the beast empire while "ATTEMPTING" (CAIN)(Canaan)

147. to lock JESUS in their system so that they could blackmail the chosen ones, Jews, Children of Israel in order to steal the substance of the land that was built by other people's hands because the beast was cursed. Example: In Beauty and the Beast; the Beast name is Prince Adam. Prince Adam only means Cain which was Adams first son who killed Abel the keeper of the sheep (shepherd) who was Adams second son. Genesis 4:10-15 (page _____) (paraphrased). Cain was cursed from the earth, when he tilled the ground the earth wouldn't yield her strength (produce),

49

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983



JOB

148. and he was a fugitive (escapee or in hiding to avoid being arrested or persecuted) and a vagabond (going back and forth) so his system is a system of sorcery & of slavery. Job 1:1 ③ There was a man in the land of Uz, whose name was Job: and that man was perfect and upright, and one that feared God, and eschewed evil. ② And there were born unto him seven sons and three daughters. ③ His substance also was seven thousand sheep, and three thousand camels, and five hundred yoke of oxen, and five hundred she asses, and a very great household; so that this man was the greatest

149. of all the men of the east. Job 1:7. And the LORD said unto Satan, Whence comest thou? Then Satan answered the LORD, and said, From going to and fro in the earth, and from walking up and down in it. Job 1:8-And the LORD said unto Satan, Hast thou considered my servant JOB, that there is none like him in the earth, a perfect and upright man, one that feareth God and escheweth evil? Job 1:9-Then Satan answered the LORD, and said, Doth Job fear God for naught? Job 1:11-But put forth thine hand now, and touch all that he hath, and he will curse thee to thy face. Job 1:12-And the LORD said unto Satan, Behold, all that he hath

(satan)
150. is in thy power, only upon himself put not forth thine hand. So satan went forth from the presence of the LORD. Job 1:15-And the Sabeans fell upon them, and took them away; yea, they have slain the servants with the edge of the sword, and I only am escaped alone to tell thee. Job 1:16 - While he was yet speaking there came also another, and said, The fire of God is fallen from heaven, and hath burned up the sheep, and the servants, and consumed them; and I only am escaped alone to tell thee. Job 1:17- While he was yet speaking, there came also another, and said, The Chaldeans made out three bands, and fell upon the camels, and have carried them away, yea, and slain the servants with the edge of the sword; and I only am escaped alone to tell thee.

50
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

✳ Repent & Exit Money/Beast/Job/Social System! It was a Set Up!! QUICKLY!

Uz=OZ(wizard)
Job=JOB(work)
1+3=10 Beast 1 of Revelation 13

G.O.A.T
Roman Catholic
BRICS

Wandering-
Cain = The Land of Nod

Matthew 6:24-
No man can serve two masters: for either he will hate the one, and love the other, or else he will hold to the one, and despise the other. Ye cannot serve God and mammon!

✳ The World is under Satanic System! Their Job places the mark of the beast on them and their money does too. 911! get out of the System NOW

## IV. STATEMENT OF FACTS

*(Explain what happened in your own words. You do not have to cite legal authority in this section. Be specific about names, dates, and places. Explain what each Defendant did. Remember to number every paragraph.)*

151. Job 1:18 - While he was yet speaking, there came also another, and said, Thy sons and thy daughters were eating, and drinking wine in their eldest brother's house. Job 1:19 - And, behold, there came a great wind from the wilderness, and smote the four corners of the house, and it fell upon the young men, and they are dead; and I only am escaped alone to tell thee. Job 1:20-22 (20) Then Job arose, and rent his mantle, and shaved his head, and

152. fell down upon the ground, and worshiped. (21) And said, Naked came I out of my mother's womb, and naked shall I return thither: the LORD gave, and the LORD hath taken away; blessed be the name of the LORD. (22) In all this Job sinned not, nor charged God foolishly. Job 2:3 - And the LORD said unto Satan, Hast thou considered my servant Job, that there is none like him in the earth, a perfect and an

153. upright man, one that feareth God, and escheweth evil? and still he holdeth fast his integrity, although thou movedst me against him, to destroy him without cause. Job 2:4 - And Satan answered the LORD, and said, Skin for skin, yea, all that a man hath will he give for his life. Job 2:5 - But put forth thine hand now, and touch his bone and his flesh, and he will curse thee to thy face. Job 3:1-11 (1) After this opened Job his mouth, and cursed his day. (2) And Job spake, and said, (3) Let the day perish wherein I was born, and the

51
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

:54 . night in which it was said, There is a man child conceived. ④ Let that day be darkness; let not God regard it from above, neither let the light shine upon it. ⑤ Let darkness and the shadow of death stain it; let a cloud dwell upon it; let the blackness of the day terrify it. ⑥ As for that night, let darkness seize upon it; let it not be joined unto the days of the year, let it not be joined unto the days of the year; let it not come into the number of the months. ⑦ Lo, let

Insert ¶ #

:55 . that night be solitary; let no joyful voice come therein. ⑧ Let them curse it that curse the day, who are ready to raise up their mourning. ⑨ Let the stars of the twilight thereof be dark; let it look for light, but have none; neither let it see the dawning of the day: ⑩ Because it shut not up the doors of my mother's womb, nor hid sorrow from mine eyes. ⑪ Why died I not from the womb? Why did I not give up the ghost when I came out of the belly? Job 6:6-9

Insert ¶ #

:56 . ⑥ Can that which is unsavory be eaten without salt? Or is there any taste in the white of an egg? ⑦ The things that my soul refused to touch are as my sorrowful meat. ⑧ Oh that I might have my request; and that God would grant me the thing that I long for! ⑨ Even that it would please God to destroy me; that he would let loose his hand, and cut me off!

✳ Breakdown of JOB which is the Medium of the system (beast) ✳ The word JOB is the name of a man/book in the Bible (old testament) and the word JOB is also defined as: ⑨ the

52

Page Number

167 . principal activity in your life that you do to earn money, Insert ¶ # B a specific piece of work required to be done as a duty or for a specific fee. C a state of difficulty that needs to be resolved D a program application that may consist of several steps but is a single logical unit. E a crime (especially a robbery) F profit privately from public office or official business. * This is what is the beginning of their sorcery which is crossing words in order to give it a different meaning. Also using phonics

168 . in order to confuse a person who doesn't understand Insert ¶ # different languages, etc. Prime Example: Caesar's world is all about PROFITs which is money but Christ's world is all about PROPHETS which is the mouthpiece of God being used through a human being to declare and decree. Both words sound the same but mean the total opposite * Now, the word Medium is defined as A An intervening substance through which signals can travel as a means for communication

159 . B someone who serves as an intermediary between the Insert ¶ # living and the dead C transmissions that are disseminated widely to the public. D a substance in which specimens are preserved or displayed- Job 1:1 the land of UZ symbolize the land of OZ from the Wizard of OZ / The definition of Oz is also ounce which (crossword example: witch) is a unit of weight in the US customary system and imperial system of measurement (an Ancient Roman). Job 1:2-3 the 7 sons + 3 daughters only represent Revelation 13 the First beast which is the Gentile

53

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

160 . nations (Revelation 13:1- And I stood upon the sand of the sea, Insert ¶ # and saw a beast rise up out of the sea, having seven heads and ten horns, and upon his horns ten crowns, and upon his heads the name of blasphemy.) * Blasphemy = blasphemous behavior; the act of depriving something of its sacred character.* Job 1:3 - His substance also was seven thousand sheep, and three thousand camels, and five hundred yoke of oxen, and five hundred she asses, and a very great household; so that this man was the greatest of

161 . all the men of the east. *This verse can symbolize sheep Insert ¶ # as being cotton for clothing, camels is a form of cigarettes, yoke of oxen can represent a slave system based upon an animalistic system (beast system), she asses symbolizes the females' ass especially African Americans because an ass is just a donkey that is a domesticated equine (crossword Earth Queen) which is derived from the African wild ass (Equus Africanus) this is only a description of the (harlot system) Revelation 17:5-9

162 ⑤ And upon her forehead was a name written, MYSTERY, BABYLON Insert ¶ # THE GREAT, THE MOTHER OF HARLOTS AND ABOMINATIONS OF THE EARTH. ⑥ And I saw the woman drunken with the blood of the saints, and with the blood of the martyrs of JESUS: and when I saw her, I wondered with great admiration. ⑦ And the angel said unto me, Wherefore didst thou marvel? I will tell thee the mystery of the woman, and of the beast that carrieth her, which hath the seven heads and ten horns. ⑧ The beast that thou sawest was, and is not; and shall ascend out of the

54

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

163. bottomless pit, and go into perdition: and they that dwell on the earth shall wonder whose names were not written in the book of life from the foundation of the world, when they behold the beast that was, and is not, and yet is. @And here is the mind which hath wisdom. The seven heads are seven mountains on which the woman sitteth. Greatest of all the men of the east is where they got the acronym G.O.A.T which means Greatest of All Time!

164. Let me also add that camel is also a representation of Egypt. The word substance is defined as "the subject matter of a text, speech, or work of art, especially as contrasted with the form or style in which it is presented," "wealth and possessions," it also can mean "an intoxicating, stimulating, or narcotic chemical or drug, especially an illegal one." If you break substance down in two words you get Sub meaning submarine or to act as a substitute for

165. someone + stance meaning the way in which someone stands, especially when deliberately adopted (as in baseball, golf, and other sports); a person's posture. East can represent the Eastern Rite Catholic Church/Oriental Catholic Church. Job 1:7. And the LORD said unto Satan, Whence cometh thou? Then Satan answered the LORD, and said, From going to and fro in the earth, and from walking up and down in it (* going to and fro is a form of wandering which is the definition of a vagabond and is exactly what God called Cain after he killed Abel). Wandering is also

Civil Rights Complaint Pursuant to U.S.C. § 1983

166. a representation of the Land of Nod which means that LORD in this scenario is the King which makes the King the real beast and the Church (catholic) is the whore that caused a lot of kings to fall (Revelation 17:10 - And there are seven kings five are fallen, and one is, and the other is not yet come; and when he cometh, he must continue a short space.) The King that has a short space is King Charles III because is reign is not that long due to

167. his age, the days we're in which is Armageddon, and the truth being Revealed. Job 1:11 - But put forth thine hand now, and touch all that he hath, and he will curse thee to thy face. Job 1:12 - And the LORD said unto Satan, Behold, all that he hath is in thy power, only upon himself put not forth thine hand. Matthew 6:24 - No man can serve two masters: for either he will hate the one, and love the other; or else he will hold to the one, and despise the other. Ye cannot serve God

168. and mammon. Romans 4:4-5 - Now to him that worketh is the reward not reckoned of grace, but of debt. But to him that worketh not, but believeth on him that justifieth the ungodly, his faith is counted for righteousness. ✱ THE SET UP OF THE Beast System ✱ Capitalism was created by Adam Smith who was born in Kirkcaldy, fife, Scotland. The first form of bank note was developed in China during the Tang and Song dynasties, starting in the 7th century. Its roots were in merchant receipts

56

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

169. of deposit during the Tang dynasty (618-907).

*Insert ¶ #*

During the Yuan dynasty (1271-1368), banknotes were adopted by the Mongol Empire. In Europe, the concept of banknotes was first introduced during the 13th century by travelers such as Marco Polo with European banknotes appearing in 1661 in Sweden. True paper money, called "jiaozi" were developed as promissory notes by the 11th century, during the Song dynasty. In 1661 the first

170. banknotes were created in Europe by Johan Palmstruch

*Insert ¶ #*

the founder of Stockholms Banco which was Sweden's first bank until it was liquidated in 1667. However, it served as the precursor to the central bank of Sweden that was founded in 1668 as Riksens Standers Bank until it was renamed in 1866 as Sveriges Riksbank, which is the world's oldest surviving central bank. Also, the banknote of the one hundred daler issued by Stockholms $100

171. Banco and signed by Johan Palmstruch in 1666 (the

*Insert ¶ #*

mark of the beast in number form). ✳ Communism was created by Karl Marxism who was born in Trier, Rhine Province, Prussia Germany. Marxism was also created by Friedrich Engels who was born in Barmen, Jülich-Cleves Berg, Kingdom of Prussia which is now Wuppertal, Germany. Marxism is a method of socioeconomic analysis that uses a materialist interpretation of historical development, better known as historical materialism, to understand class

57

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

172. relations and social conflict and a dialectical perspective *Insert ¶ #* to view social transformation. So basically, to sum up the beast system it was derived from the book of Job. Job was tested by Satan to see if he lost everything would he curse God. Satan had the ability to do whatever he wanted to Job except kill him. Satan was able to disconnect Job from every type of human support, progress, or success that he had just to see if Job would curse God to his

173. face. The social system is a reflection of Communism *Insert ¶ #* which is when somebody else has control over another persons possessions, it also goes hand and hand with the social systems behind human relationships and behaviors, then it is combined with capitalism which actually consist of the progress and success of humans. People use their progress and successes to help build their confidence which then gives them a sense of pride about themselves.

174. So Jobs' story was the perfect story to make a *Insert ¶ #* system for humanity when it came to their means of providing, self confidence, and a sense of power that can be obtained while they're progressing on their job. Based upon this brief description of how they crossed words to deceive the people you should have a better understanding on why it's so important for us to be a free people versus us being a slave because people enjoy their fun that only is tempory. In Matthew 6:24

58
Page Number

175. God made it specific that nobody could serve two masters: for either he will hate the one, and love the other; or else he will hold to the one, and despise the other. Ye cannot serve God and mammon. Romans 4:4-5 Now to him that worketh is the reward not reicogned of grace, but of debt. Matthew 6:24 and Romans 4:4-5 both speak about money/reward however in Matthew

176 God has given you a choice then in Romans the word tells you that the reward isn't grace however it leds you into debt. Right there reality sinks in letting you know that you lose more than you've gained. This right here explains how they set up America and also why America is still in debt while the Americans suffer for something, they didn't put themselves in. Right now the

177. People are caught in the shackles of Americas debt to China for a debt that the people didn't do but what makes it even more wrong is the fact that China could have just helped America when they bankrupt but instead people of those times strategized a system that would be able to pay back the debt yet the debt isnt paid off. Now, I must also say that the marriage of the Lamb is at hand in this time however, this was what

59

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

178. I call a battle due to the tricks, traps, and schemes of the enemy. See, the system that is being used all across the world is an artificial way to force slavery upon people while making them believe that they are free. Right now, people are striving for the one world order however the deception behind the one world order is that humans are losing their God giving rights of humanity to

179. their own creation which they don't exercise full control over especially when there's so much corruption going on and technology is bypassing the human brains. People have forgotten what it means to LIVE, LOVE, and Laugh because our lives have been being controlled by people in high places who have evil motives. We must stop being so naive to the traps of the enemy who does not

180. like Humanity whatsoever. In Heaven, Satan caused some of the angels to be cast out with him, in the garden of Eden he caused Adam & Eve to be cast out the garden, and now he's at the nations causing kings, queens, and others to fall by keeping division between humanity as he divides and conquers. We must open our eyes, put pride aside, forgive one another, and put Jesus back on the Throne because Truth be told

181. Satan has everybody fighting over who was first, whose religion is real, etc. what the people are failing to realize is that the battle isn't about none of the things he's using as cover ups to have you on his team. I say that because it's proveable. All the Appetites that people have, that are against God comes from Satan not Eve. Adam was given power over Satan that's why

182. he chose to speak to Eve because she was still innocent, naive, and the enemy knew she was the only way he would have another chance to attempt to make his name bigger than God's. The devil was here before humans so he knew more just like AI because he understood that humans have a limited brain capacity and he also knew that they would be curious about the world around them. He also knew

183. that there are only two Spirits that can influence the people and that's either the Holy Ghost (the prophecy of Jesus) or Satan (the prince of air who let's you do whatever you want and serve whoever you want as long as he has control over you which only leads to destruction). Jesus came so that we can have life in abundance, however the rebellion of humanity has placed us in worldwide dispair, darkness, anger, anxiety, etc. Satan only comes

61

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

184. to steal, Kill, and destroy which makes him

*Insert ¶ #*

feel good because He Hates Himself, He Hates All GODS creation, & HE really HAtes Jesus for Being chosen. So, with ALL this being said the beast system is a system of demonic mind control, turmoil, Envy, HAtred, etc. as if HELL is on earth. Also, the beast system is forced Satanic worship due to the weapons he used to cause people.

185. to believe a certain way which is only Indoctrination.

*Insert ¶ #*

He has forced the world to live backwards by using the Heaven and Earth that was created by God for humans to freely possess, be, fruitful, and multiply. He has done so by Cain building a city (fast forward) Then God flooded the whole earth however he saved Noah and his family and Noahs' sons' wives plus two cattle of every kind including fowls. After Noah

186. came out the ark; God told his family to be

*Insert ¶ #*

fruitful and multiply in which they did. Then one of Noahs' sons' named Ham saw his dad naked which caused God to curse Hams' son Canaan. However through Noahs' other son Shems' bloodline came Jesus. So the world is backwards because the cursed ones have been stealing and making money off of Jesus while denouncing Him at the same time. The cursed ones have;

62

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

187. been living like they're the chosen ones as they have profitted off the chosen ones and portrayed to the entire world as if the chosen ones were the cursed ones by placing labels of lies on the names of the chosen ones. Prime example JOB is a book in the bible about a wealthy God fearing man. The world took the name of JOB and made it a label for work which is job. Many people have made

188. a very good living off of whatever job or career they have. So here's the serpent's seed Cain who kills Abel and they are hiding behind their jobs. Here are some job titles to prove my point ① Doctors (the first surgery was when God put Adam in a trance, opened his side, took out his rib, and made Eve). ② Police Officers (in Genesis 2:15: And the LORD God took the man, and put him into the garden of Eden to dress and to keep it. * Hebrew Definitions:

189. ① Dress → H5647 → ăbad → to serve ② Keep → H8104 → Shámar → to protect. Law enforcement slogan is To Protect and to Serve.). ③ Teaching (in Genesis 1:2 - And the earth was without form, and void; and darkness was upon the face of the deep. And the Spirit of God moved upon the face of the waters.) * Now, let's break this down in Hebrew: Form → H8414 → tshûw = empty place, without form, adverbially. * Adverbial means a word or group of words playing the grammatical role of an adverb. * Grammer means: the study of the way the sentences

63

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

190 . of a language are constructed, morphology and syntax; the elements of any science, art, or subject, a book treating such elements * Book is to enter an official charge against (an arrested suspect) on police register. VOID → H922 → bohuu = an undistinguishable ruin, emptiness. Darkness → H2822-7 chôsek → Misery, destruction, wickedness, ignorance, death. ***

From Genesis 1:2, I defined 3 words which are form,

191 . void, and darkness! I used Genesis 1:2 to describe how the serpent seed Cain (the son of Eve who built the city) uses jobs and the system to kill Abel (his brother who he envied because of his favor with God). Teaching is a job that is only a weapon of indoctrination to kill the Godlike character in individuals starting from a child that way they become a program (like computer simulation) that was created to destroy all Godly traits. For Example: The word form

192. in Hebrew means empty place (a childlike innocense), then it breaks down adverbial which describes the grammatical role of the adverb. Finally, the word grammer is described as a study of sentences of a language, the elements of science art, etc in the form of a book (meaning to be arrested (institutionalized in the mind; indoctrinated). Then, the next word is void meaning that the worldly teachings causes emptiness and/or an undistinguishable ruin. Finally, the words form and void sums up to darkness which means misery, destruction, wickedness, ignorance, and death (spiritually).

64

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

193. Even though I put Doctor as #1, Police as #2, and Teacher as #3 the correct order would be Teacher as #1 because God let Adam name the animals before He put Adam to sleep to create Eve. Also, in order to become a doctor, police, or teacher then you have to be educated by a teacher just to qualify according to the worlds system. Under those 3 titles can stem many other categories of

194. jobs such as under Doctor you can classify a nurse, psychologist, chemist, dentist, chiropractor, masseuse, biologist, etc because they all deal with the mind or body whether it's evaluations, medicine (chemical substances) or hands on physicals, etc. Under Police you can go back a decade and find slave catchers which were called bounty hunter. In Modern times you have similar jobs such as security, bouncers, investigators, any other

195. title that pertains to Protecting and Serving (like DCFS), etc. Finally under Teacher you will find God as the first teacher, then in humanity today there are Apostles, Prophets, Evangelist, Pastors, and Teachers. Now, in the world you have many jobs that fall under teaching such as: Substitute teacher, Pre-K, Elementary, Middle, High School, & University Teachers. There's also life coaches (in all types of curriculums/hobbies), Online Teachers, and in digital realm music, movies, social media platforms such as: Tik Tok, FaceBook, YouTube,

65

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

196. Pictures, Paintings, Lyrics, etc (that can have influencers

Insert ¶ #

who push hidden agendas while getting paid to do so at the expense of peoples' sanity, lives, or beliefs). * Mark 8:34-38 (34) And when he had called the people unto him with his disciples also, he said unto them, Whosoever will come after me, let him deny himself, and take up his cross, and follow me. (35) For whosoever will save his life shall lose it; but whosoever shall lose his life for my sake and the gospel's, the same shall

197. save it. (36) For what shall it profit a man, if he shall

Insert ¶ #

gain the whole world, and lose his own soul? (37) Or what shall a man give in exchange for his soul? (38) Whosoever therefore shall be ashamed of me and of my words in this adulterous and sinful generation; of him also shall the Son of man be ashamed, when he cometh in the glory of his Father with the holy angels. * Mark 8:15 - And he charged them, saying, Take heed, beware of the

198. leaven of the Pharisees, and of the leaven of Herod.

Insert ¶ #

* Herod the Great was the Roman appointed King of Judaea who built many fortresses, aqueducts, theatres, etc. Herod was born in southern Palestine; his father was Antipater and he was an Edomite (a semitic people that have been identified as Arab, who converted to Judaism in the 2nd century BCE) Herod was of Arab origin, although he was a practicing Jew. Herod killed the infants of Bethlehem in order to try and kill Jesus while he was still a baby then he died shortly after he had a bungled suicide attempt (Just like Judas & HITLER) * The enemy sets people up to try and kill Jesus & then they die afterwards * Set up 2 FAIL!

Civil Rights Complaint Pursuant to U.S.C. § 1983

＊PRIDE also represents LGBT Community which is PERVERSION and Perversion means "A Twisted Truth"

199. Edomites were Semitic people who fall under the category of Ammorites, Canaanites, and the Ara-maeans. The word Edom means "RED" and the Edomites sin was PRIDE. The Edomites were the descendents of Esau and the Edomites worshipped many gods. Esau became a pagan Roman who rebelled against the Torah a countermodel of the rabbinic Jew. Reading Rome, the universal empire, into the Bible, and turning Romans.

200. into wayward brothers, the rabbis made Jewish history universal. Pagan Rome disregarded them, but Christian Rome made the typology part of European history. The Church Fathers interpreted Jacob and Esau's brotherhood as that of Christians and Jews, claimed Jacob's legacy and decried the Jews as Esau. The Empire's Christianization encumbered Christianity with the Jewish-Roman past and Rome with the Christian

201. claim to disinherit Israel, and forged a traumatic relationship that still hasn't been undone. ＊Encumbered means - to restrict or burden (someone or something) in such a way that free action or movement is difficult. ＊John 10:1 Verily, Verily, I say unto you, He that entereth not by the door into the sheepfold, but climbeth up some other way, the same is a thief and a robber. John 10:10 The thief cometh not, but for to steal, and to kill, and to destroy. I am come that they might have life, and that they might

67

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

202. have it more abundantly. Matthew 23:1-10 Then spake Jesus to the multitude, and to his disciples, ② Saying, The Scribes and the Pharisees sit in Moses' seat: ③ All therefore whatsoever they bid you observe and do; but do not ye after their works: for they say, and do not. ④ For they bind heavy burdens and grievous to be borne, and lay them on men's shoulders; but they themselves will not move them with one of their fingers. ⑤ But all their

203. works they do for to be seen of men: they make broad their phylacteries, and enlarge the borders of the garments. ⑥ And love the uppermost rooms at feasts, and the chief seats in the synagogues, ⑦ And greeting in the markets, and to be called of men, Rabbi, Rabbi. ⑧ But be not ye called Rabbi: for one is you Master, even Christ; and all ye are brethren. ⑨ And call no man your father upon the earth: for one is your Father, which is in heaven. ⑩ Neither

204. be ye called Masters: for one is your Master, even Christ. ✳ Descendents of Esau also known as Edom were the People of Seir from ancient Sparta, early Rome, Venice, Germany, Russia, China, Japan, and many other nations. The Edomites were always in conflict with Gods people. Esau gave rise to military elites such as the Spartans and warriors like Alexander the Great. ✳ ✳✳ Moving Forward, I will list a few more jobs that will also prove that they perverted the word of God to make merchandise of men

68
Page Number

205. by spiritually raping the people in order to obtain self

*Insert ¶ #*

gain and control which is still a form of slavery but just in the mind, emotions, and spiritually while deceiving the world to believe that they are still free when in all actuality they are being mislead by a wolf in sheeps clothing. (A) Astrologers (in Genesis 1:14-16 (14) And God said, Let there be lights in the firmament of the heaven to divide the day from the night; and let them

206. be for signs, and for seasons, and for days, and

*Insert ¶ #*

years: (15) And let them be for lights in the firmament of the heaven to give light upon the earth: and it was so. (16) And God made two great lights; the greater light to rule the night: he made the stars also.) * According, to Genesis 1:14-16 Astrology, cosmology, physics, psychics, tarot readers, etc are people who have gone beyond what they should have, they have perverted the origin of why God created the lights

207. in the firmament which was to divide the day from

*Insert ¶ #*

night, to be for signs (not horoscope., not for satelite, technology, etc), for the seasons, for the days, and for the years. People have gone beyond their boundaries while acting like they were just studying Gods' creation but in all actuality they were coming-up with wicked inventions while getting paid to do so. * Isaiah 47:1 - Come down, and sit in the dust, O virgin daughter of Babylon, sit in the dust, O daughter of the Chaldeans: for thou shalt no

69

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

208 . more be called tender and delicate. ② Take the millstones, and grind meal: uncover thy locks, make bare the leg, uncover the thigh, pass over the rivers. ③ Thy nakedness shall be uncovered, yea, thy shame shall be seen: I will take vengeance, and I will not meet thee as a man. ④ As for our redeemer, the LORD of hosts is his name, the Holy One of Israel. ⑤ Sit thou silent, and get thee into darkness, O daughter of the

209 . Chaldeans: for thou shalt no more be called, The lady of kingdoms. ⑥ I was wroth with my people, I have polluted mine inheritance, and given them into thine hand: thou didst show them no mercy; upon the ancient hast thou very heavily laid thy yoke. ⑦ And thou saidst, I shall be a lady for ever: so that thou didst not lay these things to thy heart, neither didst remember the latter end of it. ⑧ Therefore,

210 . hear now this, thou that art given to pleasures, that dwellest carelessly, that sayest in thine heart, I am, and none else beside me; I shall not sit as a widow, neither shall I know the loss of children: ⑨ but these two things shall come to thee in a moment in one day, the loss of children, and widowhood: they shall come upon thee in their perfection for the multitude of thy sorceries, and for the great abundance of thine enchantments. ⑩ For thou hast trusted in thy wickedness: thou hast said, None seeth me.

Civil Rights Complaint Pursuant to U.S.C. § 1983

211. Thy wisdom and thy knowledge, it hath perverted thee; and thou hast said in thine heart, I am, and none else beside me. [11] Therefore shall evil come upon thee, thou shalt not know from whence it riseth: and mischief shall fall upon thee; thou shalt not be able to put it off: and desolation shall come upon thee suddenly, which thou shalt not know. [12] Stand now with thine enchantments and with the multitude of

212. thy sorceries, wherein thou hast laboured from thy youth; if so be thou shalt be able to profit, if so be thou mayest prevail. [13] Thou art wearied in the multitude of they counsels. Let now the astrologers, the stargazers, the monthly prognosticators, stand up, and save thee. [14] Behold, they shall be as stubble; the fire shall burn them; they shall not deliver themselves from the power of the flame: there shall not be a coal to warm at, nor

213. fire to sit before it. [15] Thus shall they be unto thee with whom thou hast laboured, even thy merchants, from thy youth: they shall wander every one to his quarter; none shall save thee. ✱ People who work in the astrology, Tarot, physics, etc have been paid to search the hidden mysteries of heaven and the earth which has also been used for monetary game at the expense of others while intentionally misleading people using the signs. [5] Government Jobs (in Isaiah 9:6 ✝ For

7¹

214. unto us a child is born, unto us a son is given: and the government shall be upon his shoulder: and his name shall be called Wonderful, Counsellor, The mighty God, The everlasting Father, The Prince of Peace. Of the increase of his government and peace there shall be no end, upon the throne of David, and upon his kingdom, to order it, and to establish it with judgement and with justice from henceforth even forever. The

Insert ¶ #

45 zeal of the LORD of hosts will perform this. ✳ In this passage of scripture it shows that the government was upon his shoulders however there would come a time that he would have to overturn it in order to bring order to Man made mess, he would have to establish it so that judgement and justice will move according to TRUTH instead of just the labels that humans have placed based on their own perception.

Insert ¶ #

216. See, God knew that people would pervert the truth even if they knew the truth; so all the deep state & worldly corruption only Jesus could fix entirely. ✳ To finalize the perverting of Jobs' name and story from the bible and man creating Jobs(work) while using Jobs' story to obtain the keys to rob the people, cause them to curse or be mad at God, which robs them of Gods restoration(because lack of faith), and enables the beast system to drive them into debt which is a form

Insert ¶ #

72

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

217. of slavery, and caused America to run up it's debt *Insert ¶ #* because of PRIDE, lack of Biblical Knowledge, but mainly due to somebody else attempting to rob the people of their rights so that they could push a one world order for the beast system since they put their trust in their work while thinking God hadn't heard their cries. Basically, Satan has been hiding behind God while using Gods word to enslave, deceive, and

218. destroy humanity. Let's prove it wasn't God but instead *Insert ¶ #* it was satan (satan seed) hiding behind God. People like to blame God for their misfortunes because they love to reference the story of Job due to the conversation between the LORD and Satan over trying Job as if God is just playing a game with Satan and we are stuck in the middle. But that's not the case; God isn't playing a game, it is Satan who is playing the games with humanity because he's still trying to prove

219. that humans are not better than him. God gave Adam and *Insert ¶ #* Eve dominion over the mind of his adversary (tree of Good/Evil). Satan (the serpent) played a mind game with Eve by twisting of Gods word in order to deceive her. Once Adam & Eve fell, God cursed the serpent then told him that he put enmity (jealousy) between the serpent seed and the woman's seed. Satan's goal then became his drive to steal the woman's seed, turn them against God, turn them against themselves, and cause them to fall which would then make them worship

73

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

220. Satan instead of God. Let's use a few scriptures from Job Insert ¶ # to wrap this up and move on. Job 1:9 - Then Satan answered the LORD, and said, Doth Job fear GOD for nought? (Basically he's asking if Job would still fear God even if he had nothing?) Job 1:11 - But put forth thine hand now, and touch all that he hath, and he will curse thee to thy face. (Satan told God to remove Jobs things and he would curse God to his face). Job 1:12 - And the LORD said unto Satan, Behold, all that he hath is in thy power, only upon

221. himself put not forth thine hand. So Satan went forth from Insert ¶ # the presence of the LORD. (Right here The LORD gave Satan power over everything of JOBS' except for his life. The LORD Knows the heart of man so he knew JOB would not curse him to his face also that was a way for God to show Satan that money wasn't everything to everybody and that some people Truly do love God). Mind you, satan is only looking for worship because he wanted to be greater than GOD. Mark 14:62

222. And Jesus said, I am: and ye shall see the Son of man Insert ¶ # sitting on the right hand of power, and coming in the clouds of heaven. Mark 16:19-So then after the LORD had spoken unto them, he was received up into heaven, and sat on the right hand of God. Revelation 13:13-16 And he doeth great wonders, so that he maketh fire come down from heaven on the earth in the sight of men. And deceiveth them that dwell on the earth by the means of those miracles which he had power to do in the sight of the beast;

74
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

223. saying to them that dwell on the earth, that they
Insert ¶ #
should make an image to the beast, which had the wound by a sword, and did live. (15) And he had power to give life unto the image of the beast, that the image of the beast should both speak, and cause that as many as would not worship the image of the beast should be killed. (16) And he causeth all, both small and great, rich and poor, free and bond, to receive a mark in their right

224. hand, or in their foreheads. *Breakdown of the
Insert ¶ #
scriptures pertaining to Job 1:12- And the LORD said unto Satan, Behold, all that he hath is in thy power, only upon himself put not forth thine hand... Now, I'm going to paraphrase a few scriptures from above to paint the picture of satan pretending to be Jesus but in the shadows. (1)Mark 14:61 Jesus is sitting on the right hand of power. (2)Mark 16:19 - Jesus ascends to heaven to sit on the right hand

225. of God. (3)Revelation 13:13(paraphrased) The Beast does great
Insert ¶ #
wonders (signs) by making fire come down from heaven. (4)Revelation 13:16 The Beast causes all to receive a mark in their right hand, or in their forehead (5)Genesis 1:14- God created lights in the firmament of heaven to divide day and night, Let them be signs, and for seasons, days, and years. (6)Isaiah 47:12-13 The daughter VIRGIN of Babylon was rebuked by the prophet for her enchantments, sorceries, astrologers, stargazers, and monthly prognosticators (in verse 11, he said her wisdom and knowledge perverted her & she became PRIDEFUL) (7)Mark 14:61- And

75

Page Number

226. Jesus said, I am: and ye shall see the Son of man

*Insert ¶ #* sitting on the right hand of power, and coming in the clouds of heaven. Matthew 28:18-19 ⑱ And Jesus came and spake unto them, saying, All power is given unto me in heaven and in earth. ⑲ Go ye therefore, and teach all nations, baptizing them in the name of the Father, and of the Son, and of the Holy Ghost: ⑳ Teaching them to observe all things whatsoever I have commanded

227. you: and, lo, I am with you alway, even unto

*Insert ¶ #* the end of the world. Amen. ✱ Now in Job 1:12 God told Satan that when it came to Job being tried; he had all access to Jobs' possessions except he couldn't touch Jobs' life with his hand. In the workforce (JOB) the Boss has all the power of your money, hours, days, and assignment just not over the individuals life in a personal/physical sense. Mark 14:61 Jesus sits on

228. the right hand of power. and comes in the clouds

*Insert ¶ #* of heaven, Mark 16:19 Jesus sits on the right hand of God, and Matthew 28:18 Jesus acknowledges All power is given to him in heaven and in earth ✱ So you can see Satan, taking power while hiding behind Jesus because he knows the word, knows how to manipulate it, and use it for is own wickedness. However, Mark 14:61 Jesus comes in the clouds of heaven; then in Revelation 13:13 the beast (Satan) does wonders (signs/miracles) by making fire come down from heaven

70

Civil Rights Complaint Pursuant to U.S.C. § 1983

229. Such as Astrology dealing with signs that they named in the sky & make fire come down symbolizes Technology, media, electricity, Lightening, and fireworks. All these methods of making fire come down is Satans attempt to solidify his worldly Kingdom as he uses space/universe to attempt to show forth his power as if he's God the ultimate creator Like what God did in Genesis 1:14- when he first created lights in the firmament of heaven to separate

*Insert ¶ #*

230. day from night, be as signs, seasons, days, and years. So if Satan is a replicator of the original that means his Church is Babylon according to Isaiah 47:12-13 that talks about the woman and her sorceries, enchantments, astrologers, stargazers, and prognosticators (which all these symbolize witchcraft because its not the original reason of why God created the lights in the firmament and that means the readings are not coming from

*Insert ¶ #*

(Prophetic)
231. the Holy Ghost but instead they are coming from demonic spirits) So they have the ability to transfer into humans, possess them, and drive humans to behave in abnormal ways, cause sicknesses, and/or attach themselves in different areas dealing with a persons' life. Speaking on Satan being a replica of God (Yeshua); his hirelings the witches/sorcerers are only a replica also known as a False Prophet(ess) because they use other methods outside of Christ Jesus in order

*Insert ¶ #*

77

Page Number

232. to give people a false hope, a false sense of direction, etc and even though the false prophet(ess) may be right on their readings the main question is what Spirit are they moving in because that's what determines the purity of the word That's spoken* See, Prophets are the mouthpieces of God which is a position that cannot be taken lightly because the LORD will hold every one of his

233. Prophets accountable for every word that has been spoken in the LORDs' name. The office of a Prophet comes with a lot of responsibility, accountability, etc. Prophets are called by God (Yahweh, Jehovah, Yeshua) and not by man. However, God will use another leader to confirm the prophetic gifting on a persons' life then that person will go through life with God Teaching them and Gods shepherds (apostles, evangelist,

234. pastors & teachers) helping the prophet grow in their gift. The prophetic gift CANNOT be taught by worldly/secular teachers. Prime example: I was going to school for psychology and the LORD had me drop the class because psychology tries to make sense of everything but God uses people and do things that don't make sense to the human mind all the time. Now, there's two forms of the prophetic which is ① The Office of A Prophet and ⑧ The gift of prophesy *The GIFT OF PROPHECY is a Gift of the Holy Spirit, every believer is encouraged

78
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

235. to prophecy, prophecy is for edification, exhortation, and comfort, prophetic utterance is a gift, a person that prophecy is defind as a saint doing the work of the ministry of Christ, the gift to prophecy if for life. * The OFFICE of a prophet(ess) is a gift from the Godhead, God chooses the prophet not humans, the prophetic office is a gift that is used to train, equip, direct, correct, warn and govern, the prophet is a gift to the body of Christ, a prophet is a part of the five-fold

Insert ¶ #

236. ministry to equip the saints, and the Office of a Prophet(ess) is for life. * The Characteristics of a False Prophet * They point people back to themselves instead of to Jesus Christ of Nazareth, they lack spiritual accountability, they cause dissension/division within leadership and members within the church body, they are not seeing or speaking through the heart and eyes of God, they operate out of anger, frustration, and hurt, they mislead people

Insert ¶ #

237. intentionally, they cause people to rebell against God as they lead the people to worship false Gods (paganism), their in it for self gain and not to edify the church as the Body of Christ is a hospital. 1 Corinthians 14: 10-12 There are, it may be, so many kinds of voices in the world, and none of them is without significance. Therefore if I know not the meaning of the voice, I shall be unto him that speaketh a barbarian, and he that speaketh shall be a barbarian unto me. Even so ye, forasmuch as ye are zealous of spiritual

Insert ¶ #

79

Page Number

238 . gifts, seek that ye may excel to the edifying of the church.
*Insert ¶ #*
Proverbs 18:21 — Death and Life are in the power of the tongue:
and they that love it shall eat the fruit thereof. Matthew 15:18-20
(18) But those, things which proceed out of the mouth come
forth from the heart; and they defile the man. (19) For
out of the heart proceed evil thoughts, murders, adulteries,
fornications, thefts, false witness, blasphemies: (20) These are
the things which defile a man: but to eat with unwashen

239 . hands defileth not a man. Psalms 45:1-2 (1) My heart
*Insert ¶ #*
is inditing a good matter: I speak of the things which I have
made touching the King: my tongue is the pen of a ready writer.
(2) Thou art fairer than the children of men: grace is poured
into thy lips; therefore God hath blessed thee for ever.
* The mouth has a way of revealing what is in the
heart of man whether the words are spoken in private
or in public. Now, the false prophet(ess) or witches

240 . Use ritualism, music, tarot cards, horoscope, etc to obtain
*Insert ¶ #*
results that they desire however it causes more harm than
good because they tap into demonic spirits to obtain
whatever results they desire but they fail to realize
that those demonic entities can overpower them because they
have opened up themselves and others to those spirits.
However, God will use a prophet to stand up against
what's attempting to destroy his people so a lot of times
the prophet and prophetic ministry is rejected because people

80
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

241. are looking for temporary fixes since the root of a problem is too complex, painful, and time consumming in order to correct the issue. When we are in this place it's easier to listen to people who tell you what you want to hear than to have to face the variety of emotions that show up when you have been deceived, lied on or lied to, pushed away, indoctrinated, misled, etc. However, the only way for healing to truly happen is by people being willing to

*Insert ¶ #*

242. accept the truth so that they can be set free. The Holy Ghost is the spirit of Truth, then there's the spirit of error because the person didn't know any better, and finally the spirit of falsehood which is when a person is intentionally deceiving people. Revelation 13:15- And he had power to give life to the image of the beast, that the image of the beast should both speak, and cause that as many as would not worship the image of the beast

*Insert ¶ #*

243. should be killed. Romans 1:18-32 [18] For the wrath of God is revealed from heaven against all ungodliness and unrighteousness of men, who hold the truth in unrighteousness; [19] Because that which may be known of God is manifest in them; for God hath showed it unto them. [20] For the invisible things of him from the creation of the world are clearly seen, being understood by the things that are made, even his eternal power and Godhead, so that they are without excuse. [21] Because that, when they knew God, they glorified

*Insert ¶ #*

81

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

244 _Insert ¶ #_ . him not as God, neither were thankful; but became vain in their imaginations, and their foolish heart was darkened. 22 Professing themselves to be wise, they became fools, 23 And change the glory of the incorruptible God into an image made like to corruptible man, and to birds, and four-footed beasts, and creeping things. 24 Wherefore God also gave them up to uncleanness through the lusts of their own hearts, to dishonor their own bodies between

245 _Insert ¶ #_ . themselves; 25 Who changed the truth of God into a lie, and worshiped and served the creature, more than the Creator, who is blessed for ever. Amen. 26 For this cause God gave them up unto vile affections: for even their women did change the natural use into that which is against nature: 27 And likewise also the men, leaving the natural use of the woman, burned in their lust one toward another; men with men working that which is unseemly, and receiving in

246 _Insert ¶ #_ . themselves that recompense of their error which was meet. 28 And even as they did not like to retain God in their knowledge, God gave them over to a reprobate mind, to do those things which are not convenient; 29 Being filled with all unrighteousness, fornication, wickedness, covetousness, maliciousness; full of envy, murder, debate, deceit, malignity, whisperers, 30 Backbiters, haters of God, despiteful, proud, boasters, inventors of evil things, disobedient to parents, 31 Without understanding, covenantbreakers, without natural affection, implacable, unmerciful: 32 Who knowing

82

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

247. the judgement of God, that they which commit such
*Insert ¶ #*
things are worthy of death, not only do the same, but have pleasure in them that do them. *** False Prophets according to 2 Thessalonians 2:9-14 [9] Even him, whose coming is after the working of Satan with all power and signs and lying wonders, [10] And with all deceivableness of unrighteousness in them that perish; because they received not the love of the truth, that they might be saved. [11] And for this cause

248. God shall send them strong delusion, that they should
*Insert ¶ #*
believe a lie: [12] That they all might be damned who believed not the truth, but had pleasure in unrighteousness. [13] But we are bound to give thanks always to God for you, brethren beloved of the Lord, because God hath from the beginning chosen you to salvation through sanctification of the Spirit and belief of the truth: [14] Whereunto he called you by our gospel, to the obtaining of the glory of our Lord Jesus Christ.

249. * The methods of the False Prophets * 1 John 2:15-
*Insert ¶ #*
[15] Love not the world, neither the things that are in the world. If any man love the world, the love of the Father is not in him. [16] For all that is in the world, the lust of the flesh, and the lust of the eyes, and the pride of life, is not of the Father, but is of the world. [17] And the world passeth away, and the lust thereof: but he that doeth the will of God abideth for ever. [18] Little children, it is the last time: and as ye have heard that

83
*Page Number*

Civil Rights Complaint Pursuant to U.S.C. § 1983

250. antichrist shall come, even now are there many antichrists; whereby we know that it is the last time. ⑲ They went out from us, but they were not of us; for if they had been of us, they would no doubt have continued with us: but they went out, that they might be made manifest that they were not all of us. ✻ Let me break down the words Ⓐ image, Ⓑ sound, Ⓒ logo after a few scriptures to paint the TRUE PICTURE... Genesis 1:26-27

*Insert ¶ #*

251. ㉖ And God said, Let us make man in our image, after our likeness: and let them have dominion over the fish of the sea, and over the fowl of the air, and over the cattle, and over all the earth, and over every creeping thing that creepeth upon the earth. ㉗ So God created man in his own image, in the image of God created he him; male and female created he them. Genesis 2:7 - And the LORD God formed man of the dust of the ground, and breathed into his nostrils

*Insert ¶ #*

252. the breath of life; and man became a living soul. ...

*Insert ¶ #*

Here's the words Ⓐ image, Ⓑ sound, Ⓒ logos breakdown Ⓐ image is imago in Latin meaning LIKENESS, appearance, statue, idea, echo. To me image can also mean: image (I+Mage= eye magic meaning illusion) Ⓑ sound root word in Greek is phone. Sound is a type of wave motion that originates as the vibration of a medium. In order to speak or sing, you must add sound to letters. So in this breakdown of sound I am going to use the Phoenician Alphabet which is the

84

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

253. Early Linear Script that was used to write the
*Insert ¶:*
Early Iron Age Canaanite languages. The 14th letter
in the Phoenician alphabet is nūn which is the phonemic
representation of N and the numerical value of 50.
Nun is believed to be derived from an Egyptian hieroglyph
of a snake (serpent). In all languages, the "n" represents
the alveolar nasal. The voiced alveolar nasal is a
type of consonantal sound used in numerous spoken

254. languages. The symbol in the international Phonetic
*Insert ¶ #*
Alphabet that represents dental, alveolar, and
postalveolar nasals is "n". A dental consonant is
a consonant articulated with the tongue against
the upper teeth. Alveolar consonants are articulated
with the tongue against or close to the superior alveolar
ridge, which is called that because it contains the
alveoli (the sockets) of the upper teeth. Post-alveolar

255. consonants are consonants articulated with the tongue
*Insert ¶ #*
near or touching the back of the alveolar ridge. The Phoenician
alphabet was used to write the Early Iron Age Canaanite
languages, subcategorized by historians as Phoenician,
Hebrew, Moabite, Ammonite, Edomite, as well as Old Aramaic.
Logos in Ancient Greek means word, discourse, or reason
thats used in Western philosophy, psychology, and rhetoric; it
connotes an appeal to rational discourse that relies on inductive
and deductive reasoning. In Christianity "Logos" means

86
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

256. The Word of God (John 1:1 - In the beginning was
*Insert ¶ #*
the Word, and the Word was with God, and the Word
was God). See, this is why the deception has been so
much when it comes to spells, cross of words, and
playing with the Bible in the form of manipulating, in-
doctrinating, controlling, labeling, stealing, and
altering. This has occured using ⓐ Image, ⓑ sound,
ⓒ Logos because whoever governs the Word of God as

257. a steward is who controls or frees the people
*Insert ¶ #*
and their inheritance. So in this case we can see their
motive at heart, which is their ability to play God in
order to flee from judgement. Basically, while they're
playing as God (false messiah) with their weapons of sorcery
they are also leading people into Idolatry. They are
also fleeing from judgement by pretending to be somebody
that they are not and that's also how extortion is happening.

258. All this means is that the false prophets (messengers)
*Insert ¶ #*
represents Revelation 13:11 - And I beheld another beast coming
up out of the earth, and he had two horns like a lamb, and
he spake as a dragon. *That sums up the three words ⓐ Image =
eye magic (appearance) ⓑ sound = phone in Greek; and in the
Phoenician Alphabet the Letter n (representation) which is the word
nun that resembles a snake (serpent) in Egyptian hieroglyphs. Another
meaning of nun (female) is the word Monk (male) and they are
found in the religions of Catholicism, Lutheranism, Oriental Orthodoxy.

86
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

259. Eastern Orthodoxy, Calvinism, Angelicanism, and Methodism. *Insert ¶ #* They are also found in Indian Religions such as Hinduism, Buddism, and Jainism. ① Logos = word, discourse or reason. Discourse means - written or spoken communication or debate. The word discourse is derived from the Latin prefix "dis" meaning "away" and the root word "currere" meaning "to run" and refers to the way that a conversation flows. To study discourse is to analyze the use of spoken or

260. written language in a social context. Logo also represents *Insert ¶ #* a graphic mark, emblem, or symbol used to aid and promote public identification and recognition (it can also include text of the name it represents as in a wordmark). Logo is another form of trademark or branding (sounds like mark of beast in the forehead because of perception due to the fact that Logos originally stands for The WORD of God and not the words of the World.) 2 Corinthians 4:1 - ①Therefore

261. seeing we have this ministry, as we have received mercy, *Insert ¶ #* we faint not; ②But have renounced the hidden things of dishonesty, not walking in craftiness, nor handling the word of God deceitfully; but by manifestation of the truth commending ourselves to every man's conscience in the sight of God. ③ But if our gospel be hid, it is hid to them that are lost: ④ In whom the god of this world hath blinded the minds of them which believe not, lest the light of the glorious gospel of Christ, who is the image of God should shine unto them.

87
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

262. Another example of false prophets handling the word of God deceitfully to blind the Minds of humanity in order to keep them in darkness and away from Jesus Christ of Nazareth being their savior is: Revelation 1:8- I am the Alpha and Omega, the beginning and the ending, saith the Lord, which is, and which was, and which is to come, the Almighty. The word Alpha means: 1st letter of Greek alphabet; the vowel sound represented by this letter (a) Alpha, Astronomy.

Insert ¶ #

263. used to designate the brightest star in a constellation. Chemistry (of an animal) having the highest rank in dominance of hierarchy: the alpha female of an elephant pack. Next, the word alphabet= alpha above definitions + bet = second letter in Phoenician alphabet and the letters name means "House" now put them together and you get Alpha=Astronomy + bet= house (Astronomy House or House of witchcraft). then omega= the 24th letter in the greek alphabet which is the last letter and the word omega means "great O". Finally before I add it up the

Insert ¶ #

264. last part is the movie Alpha and Omega for kids in which Alpha is a female wolf and Omega is a male wolf. Now, all this sum up to Ⓐ The movie Alpha and Omega equals Wolf(Beast)= "IMAGE (eye magic)" Ⓑ The Alphabet equals to "Astronomy House, House of Witchcraft, Babylon" meaning "SOUND-Phone in Greek" Ⓒ The word Alpha equals 1st letter of greek alphabet, the vowel sound of the letter (a), Alpha, Astronomy, Alpha Centauri (triple star system in southern constellation of Centaurus/south pole) meaning "LOGOS" equals the mark of Beast in Hand (Phone) & Forehead (movies, tv, digital realm) Technology

88

Civil Rights Complaint Pursuant to U.S.C. § 1983

✱ They swapped WHICH with WITCH because it's mentioned 3 times symbolizing TRINITY (Alpha Centauri) not the Father, Son, and Holy Ghost... (Revelation 1:8)

SEASONS of The False Prophets Deception, Pimping & Harlotry



The End of their
265. False prophets (THEIR END) Matthew 7:15 [15] BEWARE of false prophets, which come to you in sheep's clothing, but inwardly they are ravening wolves. * Now lets go to Genesis 1:14 – And God said, Let there lights in the firmament of the heaven to divide the day from the night; and let them be for signs, and for seasons, and for days, and years... Here are a few seasons and Holidays that have a different meaning or

266. overlooked meaning. #1 Autumn, also know as fall has Halloween in its season, Ironically, by autumn being labeled as fall and Halloween being labeled All Hallow's Eve, this pagan holiday is demonic, satanic, and full of devil worship as it indoctrinates the children since the children are the next generation. Autumn/Fall indirectly glorifies the serpent for causing eve to fall in the garden. Genesis 3:1 – Now

267. the serpent was more subtile than any beast of the field which the LORD God had made. And he said unto the woman, Yea, hath God said, Ye shall not eat of every tree of the garden? * This was the first voice (sound) that Eve heard after being created. This was the first time the serpent twisted the word of God (logos). Genesis 3:4-6 [4] And the serpent said unto the woman, Ye shall not surely die: [5] For God doth know that in the day ye eat thereof, then your eyes shall be

89

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

268. opened, and ye shall be as gods, knowing good and evil. ① And when the woman saw that the tree was good for food, and that it was pleasant to the eyes, and a tree to be desired to make one wise, she took of the fruit thereof, and did eat, and gave also unto her husband with her, and he did eat. ✱ This is the second time she heard his voice (sound) as he twisted the word of God (logos) just to plant a picture in her head

Insert ¶ #

269. (image). Genesis 3:7-8 ⑦ And the eyes of them were both opened, and they knew that they were naked; and they sewed fig leaves together, and made themselves aprons. ⑧ And they heard the voice of the LORD God walking in the garden in the cool of the day: and Adam and his wife hid themselves from the presence of the LORD God amongst the trees of the garden. ✱ This is where her eyes opened however they were naked so

Insert ¶ #

270. they made them some clothes to cover up their nakedness which makes sense on why clothing is a tool people use to project a certain image in society. This is also how Figueroa became a hoe street where women walk around naked to make some money. This is also a reprentation of the police showing up on prostitution streets and the men and women hide themselves when they see or hear the police, like Adam & Eve did to God. Mind you, this passage also shows that Eve finally heard the

Insert ¶ #

90

Page Number

41. Lords voice; however it was after the serpent had already talked to Eve and caused them to fall. So basically, Autumn symbolizes Adam and Fall symbolizes going downward and the Halloween symbolizes Hallow Eve. This is crossing of words also known as twisting words which is exactly what the serpent did to Eve. The crossing of words is where perversion (A twisted truth) and witchcraft (word curses) were birth out in the garden of Eden when Eve believed the

272. serpent then ate of the tree of good and evil. In this season the serpent used the same tactics perversion (a twisted truth) and witchcraft (word curses) however this time the tree of good and evil (knowledge) was "MONEY", the perversion used as weapons in this season is sexuality, identity, education, career, technology, religion, family, faith, Bible, morality etc. The witchcraft used as weapons are spells, lies, slander campaigns, influential peddling, obstruction of justice, and Biblical scriptures used to manipulate, exploit,

273. blackmail, etc. the people. So, what happened here is something we see everywhere in the world right now. It was the enemy intentionally using such tactics against the people so that they'd fall which then helps him profit off of the demise, destruction, downfall, and/or death so that he can advance his Kingdom. Another name that goes with Autumn/Fall is the words "Harvest Season" which is considered the gathering of the fruit of ones Labor. That means the enemy has used the words Autumn, Fall, Halloween (Hallow Eve), and

91

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

274. Harvest Season to indirectly mock Adams fall behind Eve listening to the serpent which caused their disobedience to God to cause them to produce the serpent a harvest. The word "Hallow" means to make holy, sanctify, consecrate, to honor as holy; consider sacred; venerate; to hallow a battlefield. The etymology of the word "ween" is the slang word for penis. Venerate means to regard with great respect; revere. Eve is defined as: ① the evening, or the day before a

275. special day ② Mother of all living (Genesis 3:20). ✱ In the western christian practice, the liturgical (customary public ritual of worship) celebration begins with its first vespers (evening prayer) (in Catholic Latin/Eastern rites, Eastern Orthodox, Oriental Orthodox, and Lutheran liturgies) on the evening of 31 October, All Hallow's Eve (All Saints Eve) and ends at the compline (night prayer) of 1 November. This is the day before All Souls Day (the commemoration of the poor souls in purgatory and gain them indulgences) on 2 November.

276. Roman Catholics take part in this portion of Allhallowtide (a 3 day religious observation called a triduum). Allhallowtide is a "time" to remember the dead, including martyrs, saints, and faithful christians. Hallowsday (All saints' day) and thus of its vigil (Halloween) was established for Rome perhaps by Pope Gregory III (731-741) and was made of obligation throughout the Frankish Empire by Louis Pious in 835. In the 11th century All Souls' Day was popularized, after Abbot Odilo established it as a day for the monks of Cluny and associated monasteries to pray for the dead. ✱ When

92

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

277. I see "Allhallowtide" being called a triduum to me *Insert ¶ #* it symbolizes a "false Trinity"; in fact it doesn't symbolize anything because. It is a "false trinity" when it comes to Christianity and I have many reasons for renouncing this as a part of Christianity. The first reason is since the church was "built" off of Jesus then the only Trinity is The Father, The Son, and The Holy Ghost. The second reason is Luke 20:38 -For he is not a God of the dead, but of the living;

278. for all live unto him. Matthew 8:21-22 And another of *Insert ¶ #* his disciples said unto him, Lord, suffer me first to go and bury my father. ㉒ But Jesus said unto him, Follow me; and let the dead bury their dead. Numbers 16:11 -And the priest shall offer the one for a sin offering, and the other for a burnt offering, and make an atonement for him, For that he sinned by the dead, and shall hallow his head that same day. Numbers 16:48 - And he stood between the dead and the

279. living, and the plague stayed. Numbers 19:11- He that toucheth *Insert ¶ #* the dead body of any man shall be unclean seven days. Numbers 19:16 - And whosoever toucheth one that is slain with a sword in the open fields, or a dead body, or a bone of a man, or a grave, shall be unclean seven days. Finally, 3rd reason, is because God says let the dead bury the dead; so ritualism and days of religious prayers for the dead are all done in vain; they go against the words of Christ which means they symbolize The Anti Christ! To conclude this

*(margin note: Numbers 16:1 Shows Hallow the dead in the same vers)*

93
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

280. topic using a steganography for the words Autumn, Fall, Halloween (HallowEve) and Harvest Season I will decode a perverted meaning hiding in plain sight. HallowEve= Holy Mother of all living + Halloween= sanctify the penis + Autumn= of Adams' + Fall= Falling nature + Harvest Season (put it all together) Holy mother of all living sanctify the penis of Adam's falling nature; Holy mother of all living sanctify the evening of November 2nd as All souls day in remembrance of the harvest season

281. of the dead (this is just what I got from looking at the words. But when I was researching Thanksgiving because its the next holiday, which is still considered to some as being Autumn also known as fall, I found under Black Friday MY 2 aunts and one of their husbands plus I found the word SACS. The word SAC means Southern Association of Colleges and Schools. It's headquarters are in North Druid Hills Georgia near Decatur in the Atlanta Metropolitan area and Decatur Georgia is where my

282. partner was born. So this confirms my halloween assumption about Adam and Eve.) Let me also breakdown "Allhallowtide" which is called a triduum according to Catholicism. As I said before triduum is a false trinity because it's for the dead and God is a living God. "Allhallowtide" means "Hallow= consecrate" + "tide= flood" (put it all together) "Total consecrated flood" and since its pertaining to the dead it will be a "totally consecrated flood of the dead (from October 31- Nov 2)". I cast out any spirit of infirmity that came into people's lives through pride, rejection,

283. trauma, accidents, witchcraft in the name of Jesus Christ
Insert ¶ #
of Nazareth. Lord, I command all spirits of lust, perversion, adultery, fornication, uncleanness, and immorality to come out of our sexual character in the name of Jesus Christ of Nazareth. I command all spirits of witchcraft, sorcery, divination, and occultism to come out. In the name of Jesus Christ of Nazareth. I speak to all generational and hereditary spirits operating in our lives through curses to be bound and cast out in the

284. name of Jesus Christ of Nazareth. I command all
Insert ¶ #
spirits operating in my back, spine, sexual organs, skeletal system, stomach, navel, abdomen, mind, heart, spleen, kidneys, liver, pancreas to come out in the name of Jesus Christ of Nazareth Amen. ✱ Autumn, also known as Fall has Thanksgiving in its season. The story of Thanksgiving is stated to had been first celebrated on September 8, 1565 in St Augustine, Florida. It was the Native Americans and

285. Spanish settlers that held a feast as the Holy Mass was
Insert ¶ #
offered. A second Thanksgiving celebration occurred on American soil on April 30, 1598 in Texas when Don Juan de Oñate declared a day of Thanksgiving to be commerated by the Holy Sacrifice of the Mass. The Catholics considered Squanto, the Native American man to be the beloved hero of Thanksgiving. Squanto mediated between the Puritan Pilgrims and the Native Americans. He had been enslaved by the English but was freed by Spanish Franciscans. Squanto was a baptized Catholic Native American who

95

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

286. orchestrated what became known as Thanksgiving. * The Franciscans are: a group of related mendicant (Roman Catholic religious orders that have adopted for their male members a lifestyle of poverty, traveling, and living in urban areas for purposes of preaching, evangelizing, and ministry to the poor.) Other mendicant orders are: Order of the Most Holy Trinity and of the Captives (The Trinitarians) the founding-intention for the order was the ransom of Christians held captives. In addition to ransoming

_Insert ¶ #_

287. Christian captives their ministry included hospitality, care of the sick and poor, churches, education, etc. The ransom is for the Christians that are held captive by Muslims. The Order of Preachers also known as the Dominican Order was founded to preach the gospel and to oppose heresy. The order is famed for its intellectual tradition by having produced many leading theologians and philosophers. This order was also into Mysticism which refers to the conviction that all believers have the capacity to experience God's love and that this

_Insert ¶ #_

288. love may manifest itself through brief estatic (religious ecstacy) (ecstacy= is also a drug pill people use to get high and enjoy sexual pleasures) experiences, such that one may be engulfed by God and gain immediate knowledge of him, which is unknowable through the intellect alone. (No wonder ecstasy was so big in the black communities.) The Patron Saints under this order is Saint Dominic (Dominic de Guzman; born in present day Castile-Leon, Spain) He is the patron saint of astronomers and natural scientists. Saint Mary Magdalene the one who witnessed the crucifixion & burial of Jesus plus she was the first person to see

_Insert ¶ #_

96

Civil Rights Complaint Pursuant to U.S.C. § 1983

289. him after the Resurrection, Saint Mary Magdalene is the patron Insert ¶ # saint of Apothcaries (pharmacist and chemist), Arahal, Spain (a place in the path where stopping to rest) in Arahal, Spain their are a few monuments like Nta. Sra. de la Victoria Church, Vera-Cruz church (founded by Knights Templar which is a Military order of the Catholic Church), Nta. Sra. del Rosario convent (of the Rosary Convent), San Roque Church (patron against diseases and healer of contagion of all kinds), Santa Maria Magdalena parish-church, and finally San Antonio Hermitage (retreat).

290. Atrani, Italy (sound like a tranny. aka transexual), Casamicciola Insert ¶ # Terme (Main Sights: Church of Saint Antonio al Mortito dedicated to Saint Anthony of Padua born in Lisbon Portugal, was given the title Doctor of the Church. Anthony's attributes consisted of the: Fransiscan habit, lily (purity, innocence, and rebirth), book (a medium for recording information), tonsure (practice of cutting or shaving hair as a sign of religious humility or devotion in Catholicism, *I believe this is hypocrisy because Sampson was an Israelite warrior and judge who was known for his prodigious strength that came from his hair until

291. Delilah found out where his strength came from then she cut his hair to Insert ¶ # weaken him), holding the Infant Jesus, mule (a hybrid between a female horse and a male donkey meaning Jackass. Anthony of Padua is the patron saint of Custody of the Holy Land (the mission of the Custody of the Holy Land is to guard "the grace of the Holy Places" of the Holy Land and the rest of the Middle East, "sanctified by the presence of Jesus" as well as pilgrims visiting them, on behalf of the Catholic Church. Activities owned by the Franciscan order are: Terra Santa College in Nicosia, Cyprus, and Magnificat Institute in Jerusalem. The

97

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

292. Custody has a communication department in charge of the official media in the Holy Land, which is based at the Terra Sancta College in Jerusalem that has a multimedia centre broadcasting news programmes in different languages, an editorial office of the Christian Media Center and the Terre Sainte Magazine in French.), Anthony of Padua is patron saint of Miracles (my daughter who is in foster custody name), travelers, finding one's spouse (sounds like cupid), pregnancy (I haven't been able to conceive with my

293. partner Antonio), harvests (all my resources have been held/dried up for 6 years), animals, lost souls (there's many of those like never before), lost people (people been disappearing), poverty (USA is in a famine), sterility (my partner), the sick (USA was hit with Covid 19 killing thousands of people), the disabled (USA is full of disabled people), the oppressed (All over the world), the hungry (All over the world), the elderly (All over the world), faith in the Blessed Sacrament, sailors, fishermen (need more soul winners for Jesus), watermen (paganism: Poseidon, Oceanus, Amphitrite, etc); swineherds, mail carriers (my mail and other people mail has been tampered with), counter-revolutionaries, indigenous

294. peoples of the Americas, etc.) * Now back to Mary Magdalene. (where I found Anthony of Padua) She is the patron saint over the rest of these: Ischia (Italian Island in the Tyrrhenian Sea), contemplative life (lifelong journey to God in prayer and worship), converts (religious conversion), glovers (maker of gloves), hairdressers, Kawit (a province of Cavite, Philippines whose sister city is Sakeagawa, Japan), Amadeo, Cavite (in Philippines), Magdalena (Laguna Philippines), Santa Magdalena (in Philippines), perfumeries, people ridiculed for their piety (piety=virtue), pharmacists, Pililla (in Philippines), penitent sinners, tanning (is

98
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

295. the process of treating skins and hides of animals to produce leather),
Insert ¶ #
Sexual temptation, and women. Saint Catherine Siena: attributes are: ring, lily, cherubim (a winged angel according to bible), crown of thorns (was placed on Jesus head for his crucifix), stigmata (body wounds that appear in areas corresponding to the wounds of Jesus Christ), crucifix, book, heart, skull, dove, rose, miniature church, miniature ship bearing Papal coat of arms (mark of beast in my eyes). St Catherine Siena is the patron saint of: against fire, bodily ills, people ridiculed for their piety, nurses,

296. Sick people, miscarriages, Europe, Italy, Diocese of Allentown,
Insert ¶ #
Pennsylvania, US; Bambang, Nueva Vizcaya (in Philippines), and Samal Bataan (Philippines). You have just read the 3 saints, their attributes, and patronage (what/who the "protect or pray for); The 3 Saints under the Dominican Order that you just learned about was St Domic, St Mary Magdaline, and St Catherine. Before I go back to St Francis; I will name a few more saints over certain topics ① St Cecilia attributes: flute, organ, roses, violin, harp, Baritone,

297. harpsichord, songbird, singing. St Cecilia patron of: Hyms, great
Insert ¶ #
musicians, luthiers, poets, Albi, France, Archdiocese of Omaha, Mar del Plata, Argentina (Pope Francis is from Argentina) & Pipe Organs. ② Saint Jesus Malverde, born in Sinaloa Mexico. Jesus Malverde is patron of Mexican drug cartels, drug trafficking, outlaws, bandits, robbers, thieves, smugglers, people in poverty (he became a saint in Sinaloa, Folk Catholicism) ③ St Maximilliam attributes: Franciscan habit, Rycerz Niepokalanej (a Polish Roman-Catholic monthly magazine), Nazi concentration prison uniform,

99
Page Number

298. Nazi concentration camp badge, crucifix, rosary. He is the patron of: families, recovery from drug addiction, prisoners, amateur radio operators, journalists, political prisoners, pro-life movement, esperantists, Militia immaculate (army of the immaculate one) His face was also commemorated on a West Germany stamp in 1973. ④ St Genesius of Rome is the patron saint of: Actors, playwrights, clowns, comedians, comics, converts, dancers, musicians, printers, steganographers, epileptics, thieves & torture victims. ⑤ Saint Columba

299. of Spain they celebrate her on September 17 annually (*this is my partners birthdate). St Columba of Spain is the patron of magic, witches, magicians, wizards, hags, andorra, chevilly, & galicia. Her shrine is at Old Castile, priory of St Columba and the royal Abbey of Our Lady at Najera. ⑥ Saint John Bosco is the patron of christian apprentices, editors, publishers, students, young children, magicians, juvenile delinquents, Piura Peru, Brasilia Brazil ⑦ St Albertus Magnus aka Albert the Great/Albert

300. of Cologne he is the patron of those who cultivate the natural sciences, medical technicians, philosophers, and scientists. His scientific career fields were: natural science, alchemy, jurisprudence, diplomacy, theology, and Natural philosophy. His main interests: philosophy, physiology, mineralogy, astrology, geography, astronomy, music theory, natural science, alchemy, jurisprudence, diplomacy, theology, and natural philosophy. *** Returning to The Franciscans (explanation) they are a group of related mendicant Christian religious orders within the Catholic Church. It

100

Page Number

301. Was founded in 1209 by the Italian saint Francis

Insert ¶ #

of Assisi, the Order of Friars Minor was for men. Their Motto is: Peace and the good and their ministry consisted of preaching, missionary, educational, parochial, & charitable works. the Order of Saint Clare which is the Franciscan's second branch was founded by Clare of Assisi and Francis of Assisi on Palm Sunday, this order is for nuns. St. Francis had a third order which was for people

302. of both sexes that were married but couldn't leave

Insert ¶ #

the world or abandon their avocations, but still were part of the Franciscan movement. He also had a Secular Franciscan order that let men and women make a spiritual commitment to their own Rule. however the Secular Franciscan fraternities can not exist without the assistance of the first and second Franciscan Order. Since Clare of Assisi is one of the founders for the Order of Saint Clare (2nd branch of the

303. Franciscan Order) I will describe her attributes: Monstrance,

Insert ¶ #

PYX (boxwood receptacle), lamp, habit of the Poor Clares. Saint Clare is the patron of: eye disease, goldsmiths, laundry, television, bicycle messengers, good weather, needleworkers, remote, viewing, extrasensory perception, Santa Clara, California; Santa Clara Pueblo, New Mexico, Obando, Bulacan, Philippines. Saint Francis attributes were: Franciscan habit, birds, animals, stigmata, crucifix, book, and a skull. Saint Francis of Assisi was patron of: Franciscan Order, poor people, ecology,

101

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

304. animals, stowaways, merchants, Aguada (town in Puerto Rico); Naga, Cebu (in Philippines); Balamban, Cebu (in Philippines), Dumanjug, Cebu (in Philippines); General Trias (in Philippines), and Italy (THE END OF THE FRANCISCANS under Saint Francis of Assisi). Finally, here are a few names of people and places with the word "Franc" in the beginning: In year 1539, France was the 1st Country to establish a nationwide population register using the Catholic parish register. ① Francis Solanus born

305. March 10, 1549 - July 14, 1610 was a Spanish friar and Missionary in South America, belonging to the Order of Friars Minors (the Franciscans) and is honored as a saint in the Roman Catholic Church. He is the patron saint of ARGENTINA, BOLIVIA, CHILE, PARAGUAY, PERU, also against earthquakes. He was born in Montilla, Spain and he died in Lima, Peru! ③ Francis Albert Lai born in Nice, Alpes-Maritimes, France. He was a Film score

306. Composer who did music for film. ④ Francis Patrick Mary Brown was a distinguished Irish Jesuit and a prolific photographer (did the photos of RMS Titanic). He also was a military chaplain during First World War. He was born in Cork, Ireland and died in Dublin Ireland. ⑤ Francis Brown Wai was born in Honolulu, Hawaii and he died in Leyte Philippines. He was a US Army Captain who was killed in action the liberation of Philippines Island from Japan. (End of Topic. for Thanksgiving which led me to The Franciscans). Some people call thanksgiving "FRANKSGIVING" because of Franklin D. Roosevelt.

Insert ¶ #

Insert ¶ #

Insert ¶ #

Page Number

357. Black Friday is not an official holiday in the U.S. but California and some other states observe "The Day After Thanksgiving" as a holiday for state government employees. The SouthPark neighborhood of Charlotte, North Carolina is the most trafficked area of the US on Black Friday. The neighborhood was once a part of a 3,000 acre (1,200ha) farm owned by former North Carolina Governor Cameron Morrison. The front entrance to the mall is on Sharon Road. * Right here,

358. under the Black Friday topic based on SouthPark, I see my aunt Charlottes name in whom she is married to Morris' her husband and then I see my Sharon's name as well and she's my other aunt (they both worked with kids) plus she's Charlottes older sister as well.)Then, when you scroll down and click on Transportation infrastructure (wikipedia search SouthPark, Charlotte) you will see bus #'s for their transit system (C.A.T.S.= Charlotte Area Transit System); #29 (UNC Charlotte/

359. (crosstown) click on UNC Charlotte and it will redirect you to University of North Carolina at Charlotte then you will see the school information. When you see accreditation is shows SAC and and a little further down you see the word Chancellor with the name Sharon Gaber (mind you Sharon is the name of my aunt who worked at a childcare, Sharon is also the mom of my cousin Dameka (who messed with me when I was around 7 (incest/homosexuality) and Sharon has a son named Steven who messed with me til I was almost 17 years old (incest) all behind another parties witchcraft,

103

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

310. perversion, narcissism, scandal, etc. that was coming *Insert ¶ #* from people misusing their position of power that was supposed to lead people to Jesus Christ of Nazareth in Italy. Messed my head up to actually come to the reality of the depth of my pain that was stemming from a part of the world that I've never seen. But to make things worst in order to confirm my statement then return to the rest of my story let me show you Italy's (Babylon/Rome) scandal that reaches "ALL OVER THE WORLD". Catholicism

311. is a Christian church that "VENERATE" (to honour or very *Insert ¶ #* much respect a person or thing) basically to venerate means to "reverence, worship". Catholicism venerates people & things who they feel are worthy of being given respect for their attributes or past accomplishments. Now there's nothing wrong with wanting to respect the accomplishments of others from the past because that's how generations learn from each other. (Disclaimer: what I am about to say will open your mind to another

312. Level of thinking that comes from the wicked, depraved, and *Insert ¶ #* perverse mind of the enemy but it will also confirm why God gave certain commandments to protect His people.) Now, the way that Catholicism venerates people or things is in a form of Idolizing the dead while attempting to control the present so that they can ensnare the future generations. "Let me pin their moves so that I can paint their picture and I'm going to paint their picture so that "YOU" may be able to pin their moves (quote by Victoria Dilldunt LOL) ① They put a seal on you at birth (footprint,

104

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

313. birth certificate, social security number @ They have their *Insert ¶ #* professionals monitor your whole life (pediatrician, dentist, etc) *Please remember this Beast is a system with Billions of peoples identity inside that it controls & NOBODY IS EXCEMPT WHETHER YOU ARE RICH, POOR, FREE, or BOND & race doesn't MATTER PERIOD!!!) Now, I understand there were systems before this time however those were destroyed but the one that has been put in place today came from Catholicism and France was the first country to use their registry in 1539 (the Catholic Parish Registry).

314 See, people fail to realize that while Europeans were playing *Insert ¶ #* the game "Scatter Africa" the mother land that they were learning other peoples way of living, culture trends, inventions (like Asia, Egypt, Babylon, etc) so that they could build, divide to conquer, steal, replicate to rename as their own. They wrote things down in their own words (better yet in their own languages) because playing with sound and words is a subtle way to manipulate a person who lacks the knowledge of the truth which brings me

315. to my next point) @ As a child (modern days) you are expected *Insert ¶ #* to go to school in order to learn what is necessary to be accepted in their system (professional field) because they know you gotta make money to live in their world (but what people fail to realize is in their world they make money off of you being in their system as soon as your born and they use you to make money as soon as you die. Ex: funeral, debt, fraud, etc.). @ In the professional field they make money off of you, they also tax you (which is more money), then you have to

105
**Page Number**

Civil Rights Complaint Pursuant to U.S,C. § 1983

31b . pay them to live (bills, entertainment, food, travel, child care, etc) now when I say them I talking about the chain of command that consists of countries debt, international trade, governments (federal & state), corporations, & even streets (depending on the person). ⑤ Now to bring it full circle and back to European & Catholicism, Europe Kings & Queens rule different countries under different titles. The Roman Catholics have their churches planted in different countries under different titles (ex: Archdiocese of Atlanta-

317 . Catholic Church, East Orthodox Catholic Church, Roman Catholic Church, etc) also different positions of hierarchy such as Pope, priest, nun, etc and they have sub categories that range from Education, Hospitals, Finances, military orders, etc. So with all this being said, here's two kingdoms that worked together on conquering everybody else until the other kingdom got out of hand and moved with betrayal. ⑥ However, the betrayal came into full affect after

318. the legalization of same sex marriages in 2015 because same sex marriage (under Barack Presidency) is when the spirit of Perversion was activated which only means a twisted truth. So, what that did was Awaken the dead, the demons, witches, etc that was already put into place by the idolatry of both Kingdoms which consisted of them coveting, stealing, & entertaining the paganism of other peoples religions now don't mistake that I am saying that it didn't exist already because that's not what I am saying instead I am saying the mixing of the religions caused strange fire. So the confusion at hand _____ is because of the truth and the lie colliding.

Civil Rights Complaint Pursuant to U.S.C. § 1983

319. **Christmas December 25**

*Insert ¶ #*

Christmas is an annual festival commemorating the birth of Jesus Christ, observed primarily on December 25 as a religious and cultural celebration among billions of people around the world. The history behind Christmas is vague, so I will break down Santa Claus also known as Father Christmas, Saint Nicholas, etc. Since Saint Nicholas is venerated

320. by the Catholic church I will talk about him. He was

*Insert ¶ #*

born March 15, 270 (Roman Empire) and he died December 6, 343 (Roman Empire, Diocese of Asia). Little was known about the historical Saint Nicholas however one of his most famous incidents from his life is that it was said that he rescued three girls from being forced into prostitution by dropping a sack of gold coins through the window of their house each night for three nights so their father could pay a dowry for each

321. of them. Saint Nicholas is the patron saint over these

*Insert ¶ #*

categories: Children, coopers, travelers, sailors, fishermen, merchants, broadcasters, the falsely accused, repentant thieves, brewers, pharmacists, archers, pawnbrokers, unmarried people, prostitutes, Prilep, Aberdeen, Galway, Russia, Greece, Hellenic Navy, Liverpool, Bari, Siggiewi, Moscow, Amsterdam, Lorraine, Royal School of Music and Duchy of Lorraine, students in various cities and countries around Europe & Russian Navy. Another thing about Saint Nicholas is that he was a monk

107
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

322. and he was born in Patara, Turkey. *After Saint Nicholas
Insert ¶ #
the prominence of Christmas Day increased gradually after Charlemagne, also known as Charles the Great who was King of the Franks (a Germanic speaking people whose land was divided into different kingdoms like③ West Francia became the Kingdom of France, East Francia became the kingdom of Germany, and Middle Francia became the kingdom of Lotharingia in the north, Kingdom of Italy in the south, and the kingdom of

323. Provence in the west.) Charles the Great was King of
Insert ¶ #
the Franks from 768 when he was crowned as the Emperors of the Romans by Pope Leo III on December 25, 800. Pope Leo III was the bishop of Rome (the pope which was head of the worldwide Catholic Church and he was ruler of the papal states which were the major states of Italy.) * So basically, if Christmas is supposedly the day to worship the birth of Jesus then what Jesus are people worshipping? because Saint Nicholas who

324. is supposedly the pagan representation of Jesus Birth
Insert ¶ #
because Saint Nicholas allegedly lived in a crypt near Bethlehem where the Nativity of Jesus is believed to have taken place and thats where the Church of Saint Nicholas in Beit Jala, a Christian town of which Nicholas is the patron saint. Then you have Charles the Great who was crowned Emperor of Rome on December 25, 800 and then you also have Jesus Malverde who is a drug lord and they made him a saint in the catholic church located in Sinaloa, Mexico? So what Jesus is really being

108
Page Number

325. represented by the church and the pagan holidays? *Insert ¶ #* Also, one of Santa's sayings is: Ho,Ho,Ho Merry Christmas and what I see when I hear that is Horace Marriage Christ's Massacre which is exactly what they tried to do, thinking that they were cheating me out of my inheritance (that's where we are now) Horace also stands for Ho Race which would symbolize Babylon's Mystery The Mother of Harlots and the abominations of the

326. Earth (Revelation 17) which is the first Bridegroom and *Insert ¶ #* Bride then after Babylon falls comes the marriage of the lamb. However, under this guise of treachery we see that Hamas has hit Israel which lets us know that all those individuals (Muslims) are the seeds of the serpent because if they weren't then they would have never touched "The Holy Land". Also, they go by the name Hamas which people will say is from Ham who is one of

327. Noah's son and that would further prove that they *Insert ¶ #* are all Canaanites and Europe Kingdoms are Cain (same thing because Cain was cursed and Ham's son Canaan was cursed). Now, what people may have not known is "Yeshua Hamashiach" means "Jesus the Messiah" so why is Hamas proclaiming Allah and denouncing the very God that their name stems from? Do you know that Christmas (Santa Claus) is how they indirectly planted the seed of pimping and hoeing to our children because

Civil Rights Complaint Pursuant to U.S,C. § 1983

328. the story of Saint Nicholas talks about him rescuing *Insert ¶ #* three girls from being forced into prostitution by dropping a sack of coins through the window of their house each night for three nights so their father could pay a dowry (the money, goods, or estate that a woman brings to her husband or his family in marriage) but that's not scripture! In Genesis 24:21-23; 29-40 (21) And the man wondering at her held his peace, to wit whether the LORD had made his

329. journey prosperous or not. (22) And it came to pass, as *Insert ¶ #* the camels had done drinking, that the man took a golden earring of half a shekel weight, and two bracelets for her hands of ten shekels weight of gold. (23) And said, Whose daughter art thou? tell me, I pray thee: is there room in thy father's house for us to lodge in? (24) And the damsel ran, and told them of her mother's house these things. (25) And Rebekah had a brother, and his name was Laban: and

330. Laban ran out unto the man, unto the well. (30) And *Insert ¶ #* it came to pass, when he saw the earring and bracelets upon his sister's hands, and when he heard the words of Rebekah his sister saying, Thus spake the man unto me; that he came unto the man; and behold, he stood by the camels at the well. (31) And he said, Come in, thou blessed of the LORD; wherefore standest thou without? for I have prepared the house, and room for the camels. (32) And the man came into the house: and he ungirded his camels, and gave straw and provender

110
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

[31] for the camels, and water to wash his feet, and the

*Insert ¶ #*

men's feet that were with him. [33] And there was set meat before him to eat: but he said, I will not eat, until I have told mine errand. And he said, Speak on. [34] And he said, I am Abraham's servant. [35] And the LORD, hath blessed my master greatly; and he is become great: and he hath given him flocks, and herds, and silver, and gold, and menservants, and maidservants, and camels, and asses.

[32] [36] And Sarah my masters wife bare a son to my master

*Insert ¶ #*

when she was old: and unto him hath he given all that he hath. [37] And my master made me swear, saying, Thou shalt not take a wife to my son of the daughters of the Canaanites, in whose land I dwell: [38] But thou shalt go unto my father's house, and to my kindred, and take a wife unto my son. [39] And I said unto my master, Peradventure the woman will not follow

[33] me. [40] And he said unto me, The LORD, before whom

*Insert ¶ #*

I walk, will send his angel with thee, and prosper thy way; and thou shalt take a wife for my son of my kindred, and of my father's house. Genesis 24:50-53 [50] Then Laban and Bethuel answered and said, The thing proceedeth from the LORD: we cannot speak unto thee bad or good. [51] Behold, Rebekah is before thee, take her, and go, and let her be thy master's son's wife, as the LORD hath spoken. [52] And it came to pass, that, when Abraham's servant heard their words, he worshiped

**/7/**

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

334. the LORD, bowing himself to the earth. (53) And the

*Insert ¶ #*

servant brought forth jewels of silver, and jewels of gold, and raiment, and gave them to Rebekah: he gave also to her brother and to her mother precious things. **** Now that you know what the scriptures say; you see with your own eyes that the story of Saint Nicholas story is a perverted (twisted truth) of God's word. However, Dowries have long

stealing from.)

335. histories in Europe, South Asia, (Africa) and other

*Insert ¶ #*

parts of the world but not in United States. Middle East still practices the Dowry system however in India, dowry is called Dahez in Hindu, and Jahez in Arabic among the Islamic Community. In other parts of India (eastern) the dowry is called Aquunnpot. Dowry is a payment from the bride's family to the bridegroom's family upon marriage. In Pakistan,

336. the dowry is called Jahez in Arabic. Pakistan's Muslims

*Insert ¶ #*

make dowry an obligation in Islamic practice. In 95 percent of all marriages in Pakistan involves transfer of a dowry from the bride's family to the groom's family. In Afghanistan the dowry is called Jehez it is transferred from the bride's family to the groom's family. *** This is called PIMPING not a marriage; a woman isn't supposed to pay a man to be married and this is what Jesus Christ died on the cross of

Civil Rights Complaint Pursuant to U.S.C. § 1983

337. Calvary for, his death was for the remission of humanities sin so how can you put a price on a person (male or female) when Christ gave his life for ALL HUMANITY. Then to make matters worst they used Christmas as a way to plant the seed of Harlotry/athiesm. Ho, Ho, Ho Merry Christmas seem so innocent to the naive however then you have the question of have you been naughty or nice? Even in some places

338. they have a person dressed up as Santa and the child goes to sit on a strangers lap just to take a picture while their parents are talking about how cute the child looks. What that parent doesn't know is that subconsciously that gets programmed into a child's mind. So, as they're growing up they remember those moments which then confuses them when their parents say stay away from strangers or don't accept

339. nothing from strangers. Instead of the child asking their parent why? they leave with a sense of confusion because. Santa Claus is a ①stranger, ②he gives good gifts, we celebrate the ③birth of the savior during that time, and they were allowed to ④sit on a strangers lap to take a picture that the ⑤parent said was cute. It's something so simple as a holiday, movie, music video, video game, etc. that plant and water seeds of twisted truths (lies &perversion). #1,2,4,&5 all look innocent as 1&2 hides in front of Christ (purity,sacrificial love,etc) the 3&4 hides behind Christ's ①③ Pureness of character but 1,2,3&4 are

Civil Rights Complaint Pursuant to U.S.C. § 1983

training tactics to be prostituted whether it be on the streets, on stage, on T.V., at a job, to get a degree, or government assistance, etc.

340. Now during Christmas season which is Winter there's a such thing as Christmastide. Its different days of celebrations during Christmas time, and here's the list: Dec. 25 - Christmas, Dec 26 - St. Stephen's Day, Dec 28 - Childermas, Dec 31 - New Years Eve, Jan 1 - the feast of the circumcision of Christ or the Solemnity of Mary, Mother of God, and The Feast of the Holy Family (date varies). * Saint Stephen's Day is to celebrate him as the first christian

341. martyr. Saint Stephen's Day is celebrated on Dec 25 in Armenia and Dec 26 other Christianity. His attributes are: red martyr, stones, dalmatic, censer, miniature church, Gospel Book, martyr's palm, orarion. He's the patron saint of: altar servers, native american Pueblo, bricklayers, casket makers, Cetona Italy, deacons, headaches, horses, Bead, Belgium, Masons, etc. The next holiday is Dec 28 called Childermas (Massacre of the Innocents) this day is pertaining

342. to children. **** Valentines Day is the feast of Saint Valentine was known as a Bishop in the Roman empire who ministered to persecuted christians. He was martyred and his body buried on the Via Flaminia on February 14, which has been observed as the feast of Saint Valentine also known as St. Valentine's Day since the eighth century. He is also a patron saint of Terni, Italy; epilepsy, affianced couples, against fainting, beekeepers, happy marriages, love, mentally ill peoples, plagues, Lesvos (for Catholics) Lesvos

114

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

343. is also called Lesbos which is a Greek Island *Insert ¶ #* located in the northern Aegean Sea. The region includes the island of Lesbos, Chios, Ikaria, Lemnos, and Samos. A third of Lesbians live in the capital, while the remainder are in small towns & villages. The larges are Plomari (the Southernmost on Lesbos Island & not too far from Plomari is the church of Agios Panteleimones with the Saint Pantaleon who is a saint over physicians, apothecaries, midwives, livestock,

344. lottery, lottery winners and victories, lottery tickets; invoked *Insert ¶ #* against headaches, constipation, locusts, witchcraft, accidents and loneliness; helpers for crying children). Kalloni is after Plomari then Gera Villages (Gera lesbos is named after a lesbian city called Hiera (sounds like hierarchy) that may have been Portus Hieraeus). After Gera there's Agiassos, Eresos, and Molyvos (the ancient Mythimna) all this falls under Saint Valentine (Valentines Day). * *** Now, let's talk

345. about names and death because this will prove a point *Insert ¶ #* I will make later on in the packet. The Catholic Encyclopedia and other hagiographical (is a biography of a saint or an ecclesiastical leader, as well as, by extension, an adulatory and idealized biography of a preacher, priest, founder, saint, monk, nun or icon in any world's religions (NOT the REAL thing because this is IDOLATRY & WORSHIP OF THE DEAD). Christian hagiographies ascribed to men and women are canonized (declaration of a deceased person as an officially recognized

Civil Rights Complaint Pursuant to U.S.C. § 1983

346. saint) by the Roman Catholic, Eastern Orthodox, Oriental Orthodox Churches, and the Church of the East (is also called East Syriac Church, Church of Seleucia-Ctesiphon, the Persian Church, the Assyrian Church, the Babylonian Church, or the Nestorian Church was the Eastern Christian Church of the East Syriac Rite based in Mesopotamia. It was one of three major branches of Eastern Christianity that arose from the Christological controversies of

Insert ¶ #

347. the 5th & 6th centuries, alongside the Oriental Orthodox Churches and the Chalcedonian Churches (whose Eastern branch became Eastern Orthodox Church.) Since the latter half of the 20th century three churches in IRAQ claim the heritage of the Church of the East. Meanwhile, the East Syriac churches in India claim the heritage of the Church of the East in India.) The East Syriac Churches or East Syrian Rite also called the Edessan Rite, Assyrian Rite, Persian

Insert ¶ #

348. Rite, Chaldean Rite, Nesotorian Rite, Babylonian Rite or Syro-Oriental Rite is an Eastern Christian liturgical rite. It originated in Edessa Mesopotamia however it is now the Church of the East and established themselves in modern-day Kerala. The Church of the East and Catholic Church split in 431 AD through the Council of Ephesus, in 1994 the Assyrian Church Patriarch Mar Dinkha IV and Pope John II signed a common declaration in Vatican. The Common Christological Declaration (1994) document

Insert ¶ #

116
Page Number

349. asserted that the split that occurred due to the Council of Ephesus in 431 was "due in large part of misunderstandings," affirmed for both that "CHRIST IS TRUE GOD and TRUE MAN," then recognized "each other as sister churches" and vowed to resolve remaining differences. * Now returning to my exploration of hagiographies it is when men & women are canonized as saints. The Roman Catholics, Eastern Orthodox, Oriental Orthodox, and Church of the East

350. that canonize deceased human names as saints in the Christian Church (this IS IDOLATRY & WITCHRAFT) Now, the other religions that also create and maintain hagiographical text concerning saints, gurus and other individuals believed to be imbued with sacred power is Buddhism, Hinduism, Taoism, Islam, Jainism, and Sikhism (such as Sikh Janamsakhis (biography of Guru Nanak - the founder of Sikhism who travelled as a missionary) and went to mythical places

351. such as Mount Meru (sacred mountain of Hindu, Jain, and Buddhist cosmology which is the center of their spiritual universes) The last part presents him as settled in Kartarpur with his followers. Sikh writers were competing with mythological stories about Muhammad created by Sufi Muslim in medieval Punjab region of South Asia). Hagiographic works, especially those of the Middle Ages (in the history of Europe the middle ages lasted from the 5th to the late 15th century while aligning with the post-classical period of global history.)

117

Page Number